UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANIEL TUROCY, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>EL POLLO LOCO HOLDINGS, INC., STEPHEN J. SATHER, LAURANCE ROBERTS, EDWARD J. VALLE, TRIMARAN POLLO PARTNERS, L.L.C., TRIMARAN CAPITAL PARTNERS, and FREEMAN SPOGLI & CO.,<br><br>                Defendants. | No. 8:15-CV-01343-DOC-KES<br><br><u>CLASS ACTION</u><br><br>ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

Based on the concurrently-filed Joint Stipulation Extending Time to Respond To Complaint, and for good cause appearing,

**IT IS HEREBY ORDERED**:

1. No Defendant needs to respond to the Turocy Complaint already filed in this action or to any subsequently filed complaints until after the appointment of the lead plaintiff and after the filing by such lead plaintiff of a consolidated complaint.

2. The time for lead plaintiff to file a consolidated complaint shall be 60 days after entry of an order appointing lead plaintiff pursuant to §21D(a)(3)(B), 15 U.S.C. §78u-4 of the Exchange Act.  The time for Defendants to answer, move or otherwise respond to the consolidated complaint shall be 60 days from filing of such lead plaintiff's consolidated complaint.  In the event Defendants file a motion to dismiss the consolidated complaint, lead plaintiff shall have 60 days from filing of such motion in which to file papers in opposition to the motion.  Defendants shall have 30 days from the filing of lead plaintiff's opposition papers in which to file reply papers.

3. This Stipulation is entered into without prejudice to any party seeking any interim relief.

4. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the Turocy Complaint already filed in this action.

**IT IS SO ORDERED.**

DATED:  September 17, 2015

_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE