SETH ARONSON (S.B. #100153)
saronson@omm.com
ALEC JOHNSON (S.B. #270960)
aljohnson@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendant
FREEMAN SPOGLI & CO.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DANIEL TUROCY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EL POLLO LOCO HOLDING, INC., STEPHEN J. SATHER, LAURANCE ROBERTS, EDWARD J. VALLE, TRIMARAN POLLO PARTNERS, LLC., TRIMARAN CAPITAL PARTNERS, and FREEMAN SPOGLI & Co.,<br><br>Defendants. | Case No.  15-CV-01343 DOC (KES)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE of the appearance of Seth Aronson of O'Melveny & Myers LLP as counsel for Defendant Freeman Spogli & Co. in the action entitled *Daniel Turocy v. El Pollo Loco Holdings, Inc.*, pending in the United States District Court, Central District of California, case number 15-CV-01343 DOC (KES).

Consent is given to receive service of documents by electronic means in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. To the extent documents are not served electronically, notice and service of all pleadings and papers relating to practice before the Court in this matter should be transmitted to the following address:

>   SETH ARONSON
>   ALEC JOHNSON
>   O'MELVENY & MYERS LLP
>   400 South Hope Street
>   Los Angeles, California  90071-2899

Respectfully submitted,

Dated:   October 27, 2015            O'MELVENY & MYERS LLP

By:   /s/ Seth Aronson
        Seth Aronson
        O'MELVENY & MYERS LLP
        Attorneys for Defendant
        Freeman Spogli & Co.