1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  RYAN A. LLORENS (225196)
   BRIAN O. O'MARA (229737)
3  LAURIE L. LARGENT (153493)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   ryanl@rgrdlaw.com
6  bomara@rgrdlaw.com
   llargent@rgrdlaw.com
7
   [Proposed] Lead Counsel for Plaintiff
8

9
                    UNITED STATES DISTRICT COURT
10
                  CENTRAL DISTRICT OF CALIFORNIA
11
                         SOUTHERN DIVISION
12

13  DANIEL TUROCY, Individually and      )  Case No. 8:15-cv-01343-DOC(KESx)
    on Behalf of All Others Similarly    )
    Situated,                            )  CLASS ACTION
14                                        )
                         Plaintiff,       )
15                                        )  [PROPOSED] ORDER
                                          )  RESCHEDULING HEARING ON
16          vs.                           )  LEAD PLAINTIFF MOTIONS AND
                                          )  SETTING BRIEFING SCHEDULE [26]
17  EL POLLO LOCO HOLDINGS, INC.,        )
    et al.,                              )
18                                        )
                         Defendants.      )
19  _____  )

20

21

22

23

24

25

26

27

28

1    Having considered the Stipulation Rescheduling Hearing on Lead Plaintiff

2 Motions and Setting Briefing Schedule and good cause appearing therefor, the Court

3 ORDERS as follows:

4        1.    The hearing date on all of the motions for appointment as lead plaintiff is

5 set for Monday, November 30, 2015, at 8:30 a.m.;

6        2.    Opposition briefs to the motions for appointment as lead plaintiff are to

7 be filed no later than Monday, November 9, 2015; and

8        3.    Reply briefs in further support of the motions for appointment as lead

9 plaintiff are to be filed no later than Monday, November 16, 2015.

10        IT IS SO ORDERED.

11 DATED: ___November 3, 2015_____        _____

12                                        THE HONORABLE DAVID O. CARTER
                                          UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28