1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL TUROCY, Individually and on Behalf of All Others Similarly Situated, | ) | No. 8:15-CV-01343-DOC-KES |
| | ) | CLASS ACTION |
| Plaintiff, | ) | ~~[PROPOSED]~~ ORDER EXTENDING TIME TO RESPOND TO |
| vs. | ) | CONSOLIDATED SECOND AMENDED COMPLAINT AND |
| EL POLLO LOCO HOLDINGS, INC., STEPHEN J. SATHER, LAURANCE ROBERTS, EDWARD J. VALLE, TRIMARAN POLLO PARTNERS, L.L.C., TRIMARAN CAPITAL PARTNERS, and FREEMAN SPOGLI & CO., | ) ) ) ) ) ) | SETTING BRIEFING SCHEDULE [60] |
| Defendants. | ) ) | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Based on the concurrently-filed Stipulation to Extend Time to Respond to

2  Consolidated Second Amended Complaint and Set Briefing Schedule, and for good

3  cause appearing,

4    **IT IS HEREBY ORDERED**:

5    1.    Defendants must file a motion to dismiss, or otherwise respond to, the

6  Consolidated Second Amended Complaint by October 21, 2016;

7    2.    Lead Plaintiffs must file its opposition to any motion to dismiss the

8  Consolidated Second Amended Complaint by December 20, 2016;

9    3.    Defendants must file a reply in support of any motion to dismiss the

10  Consolidated Second Amended Complaint by January 17, 2017.

11    4.    Nothing herein shall be deemed to constitute a waiver of any rights,

12  defenses, objections or any other application to any court that any party may have

13  with respect to the claims set forth in the Consolidated Second Amended Complaint.

14    **IT IS SO ORDERED.**

15  DATED:  ___August 23, 2016___     _David O. Carter_____

16                    THE HONORABLE DAVID O. CARTER
                     UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -