UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANIEL TUROCY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>EL POLLO LOCO HOLDINGS, INC., et al.,<br><br>　　　　　　　　　Defendants. | No. 8:15-CV-01343-DOC-KES<br><br>CLASS ACTION<br><br>ORDER EXTENDING TIME TO RESPOND TO CONSOLIDATED THIRD AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE  [76] |

Based on the concurrently-filed Stipulation to Extend Time to Respond to Consolidated Third Amended Complaint and Set Briefing Schedule, and for good cause appearing,

**IT IS HEREBY ORDERED**:

1. Defendants must file a motion to dismiss, or otherwise respond to, the Consolidated Third Amended Complaint by May 17, 2017;

2. Lead Plaintiffs must file its opposition to any motion to dismiss the Consolidated Third Amended Complaint by June 16, 2017;

3. Defendants must file a reply in support of any motion to dismiss the Consolidated Third Amended Complaint by July 3, 2017.

4. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the Consolidated Third Amended Complaint.

**IT IS SO ORDERED.**

DATED: April 21, 2017

_/s/ David O. Carter_
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE