UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

|  |  |
|---|---|
| DANIEL TUROCY, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> EL POLLO LOCO HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 8:15-cv-01343-DOC-KES |

REPORT ON MARKET EFFICIENCY

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

December 8, 2017

**TABLE OF CONTENTS**

I.      SCOPE OF PROJECT AND REPORT ...................................................................1

II.     CREDENTIALS ...................................................................................................2

III.    CONCLUSIONS...................................................................................................4

IV.     FACTUAL BACKGROUND ................................................................................5

        A.    About the Company ...................................................................................5

V.      EFFICIENT MARKET DEFINED........................................................................7

        A.    The Cammer/Krogman Factors...................................................................9

              1.    The Cammer Factors.........................................................................9

              2.    The Krogman Factors .....................................................................11

VI.     EFFICIENCY OF THE MARKET FOR EL POLLO LOCO STOCK ...........................12

        A.    Trading Volume.......................................................................................12

        B.    Analyst Coverage and Other Avenues of Information Dissemination ..................13

              1.    Analyst Coverage...........................................................................13

              2.    Institutional Ownership and Buy-Side Analysis.........................14

              3.    News Coverage ..............................................................................15

        C.    Market Makers and Listing on the NASDAQ Exchange...........................15

        D.    S-3 Registration Eligibility .....................................................................16

              1.    Float ...............................................................................................18

              2.    Financial Filings............................................................................18

        E.    Unger/Krogman Factors...........................................................................19

              1.    Market Capitalization.....................................................................19

              2.    Float ...............................................................................................19

              3.    Bid-Ask Spread..............................................................................20

VII.    EMPIRICAL EVIDENCE OF MARKET EFFICIENCY FOR EL POLLO LOCO
        STOCK ............................................................................................................21

        A.    Event Study Test of Market Efficiency ...................................................22

              1.    A Caveat About Non-Significant Stock Price Movements.........................23

              2.    Selection of Earnings Surprise Events...........................................24

              3.    Isolating the Impact of Company-Specific Information ...........................26

              4.    t-Test ..............................................................................................28

        B.    Event Study Results ................................................................................29

              1.    15 May 2015 ..................................................................................29

     a.  Event Study Results: 15 May 2015 .................................................31

   2.  14 August 2015 ..........................................................................31

     a.  Event Study Results: 14 August 2015 .........................................33

   3.  Event Study Summary ................................................................33

  C.  Collective Tests of Market Efficiency ..................................................34

   1.  Tests of Event Return Dispersion ..............................................34

     a.  F-Test ...........................................................................35

     b.  Ansari-Bradley Test .....................................................35

VIII. MARKET EFFICIENCY SUMMARY ...............................................................36

IX. EFFICIENCY OF THE MARKET FOR EL POLLO LOCO OPTIONS ........................37

  A.  Event Study Test of Market Efficiency for El Pollo Loco Options .......................38

  B.  Event Study Results .............................................................................40

   1.  15 May 2015 .............................................................................40

   2.  14 August 2015 .........................................................................41

   3.  Event Study Summary ...............................................................41

X. COMMON DAMAGE METHODOLOGY ............................................................42

  A.  Section 10(b) Damage Methodology ..................................................42

XI. LIMITING FACTORS AND OTHER ASSUMPTIONS ...............................................45

XII. APPENDIX: LOGARITHMIC RETURNS ...........................................................46

## I.    SCOPE OF PROJECT AND REPORT

1.    I was asked by Robbins Geller Rudman & Dowd LLP and The Rosen Law Firm, Co-Lead Counsel for the Plaintiffs, to determine whether the common stock of El Pollo Loco Holdings, Inc. ("El Pollo Loco" or the "Company") traded in an efficient market during the period from 15 May 2015 through 13 August 2015 (the "Class Period"). I was also asked to determine whether the exchange-traded call and put options on El Pollo Loco common stock ("El Pollo Loco options") traded in an efficient market during the Class Period.

2.    In addition, I have been asked to opine on whether damages in this matter can be computed using a common methodology for all Class members in connection with their claims under Section 10(b) of the Exchange Act of 1934 (the "Exchange Act") and U.S. Securities & Exchange Commission ("SEC") Rule 10b-5 adopted thereunder (collectively, "Section 10(b)").

3.    Toward these ends, I analyzed the market for El Pollo Loco stock, the price behavior of the stock, the price behavior of El Pollo Loco's options, and the factors that are generally accepted to be indicative of market efficiency. I examined Company press releases, conference call transcripts, equity analyst reports, news articles, SEC filings, daily prices of the stock, daily prices of the put and call contracts, trading volume, the performance of the overall stock market, and the performance of El Pollo Loco's peer group, as well as other pertinent data and documents. I also read the Consolidated Third Amended Complaint for Violations of the Federal Securities Laws (the "Complaint") filed 17 April 2017, and considered the allegations therein. Exhibit-1 lists the documents I considered in preparing this report and arriving at the opinions expressed herein.

4.    This report presents my methodology, findings, and conclusions.

5.    I reserve the right to amend, refine, or modify my opinion and report, including in the event any additional information or analysis becomes available.

1

## II.    CREDENTIALS

6.    I am an Associate Professor of Finance at Babson College, and the founder and president of Crowninshield Financial Research, Inc., a financial economics consulting firm.

7.    I hold a Ph.D. in Economics from Yale University, a Master of Philosophy degree in Economics from Yale University, a Master of Arts in Economics from Yale University, and a Bachelor of Arts degree in Economics from Pomona College. I also hold the Chartered Financial Analyst ("CFA") designation, granted by the CFA Institute.

8.    At Babson College, I have taught undergraduate and MBA level courses in Capital Markets, Investments, Equity Analysis, Fixed Income Analysis, Financial Management, Risk Management, Quantitative Methods, and Valuation. I have also taught executive courses on investments and corporate financial management for numerous corporations. Other courses I have taught are listed in my curriculum vitae, which is attached as Exhibit-2.

9.    I have held the Chair in Applied Investments at Babson College and served as the Director of the Stephen D. Cutler Investment Management Center, a research and education center dedicated to the study and teaching of investments and capital markets.

10.    Prior to my joining the faculty at Babson College, I taught finance at Boston University. Previously, I was an Economist at the Federal Reserve Bank of Atlanta where my primary responsibilities were to monitor financial markets, analyze proposed regulation, and advise the Bank President in preparation for his participation in meetings of the Federal Open Market Committee – the government body responsible for monetary policy in the United States.

11.    I have published in the field of finance. My finance articles have appeared in the *Atlanta Federal Reserve Bank Economic Review*, *Derivatives Quarterly*, *Derivatives Weekly*, *The Engineering Economist*, *The Journal of Risk*, *The American Bankruptcy Institute Journal*, *The Journal of Financial Planning*, *The Journal of Forensic Economics*, *Managerial Finance*, *Risk Management*, and *Primus*. I am the author of *Finance and Accounting for Project Management*, published by the American Management Association. I wrote two chapters in the book *The Portable MBA in Finance and Accounting* – one on corporate financial planning and the other on risk management. I have presented research at the annual conventions of the American Finance Association, the Academy of Financial

2

Services, the Multinational Finance Society, the Financial Management Association, the Taxpayers Against Fraud Education Fund Conference, and the International Conference on Applied Business Research. Co-authored papers of mine have been presented at the Eastern Finance Association meetings and the Midwestern Finance Association meetings. A list of all the publications I authored in the previous ten years can be found in my curriculum vitae, which is attached as Exhibit-2.

12.   I have been selected to review papers for numerous finance journals and conferences, and I have reviewed finance textbook manuscripts for Prentice-Hall, Elsevier, Blackwell, and Southwestern Publishing. I have been quoted on matters relating to finance and investments in *The Wall Street Journal*, *The Washington Post*, *The New York Times*, *The Financial Times*, *The Boston Globe*, and *Bloomberg News*, and my research relating to financial analysis and valuation has been discussed in *The Wall Street Journal*, *Bond Buyer*, and *Grant's Municipal Bond Observer*.

13.   I am a member of the American Finance Association, the Financial Management Association, the North American Case Research Association, the National Association of Forensic Economics, the CFA Institute, and the CFA Society Boston, where I have served as a member of the education committee and ethics subcommittee. I served on the Fixed Income Specialization Examination Committee of the CFA Institute.

14.   The CFA designation is the premier credential for financial analysts worldwide. In order to receive this credential, applicants must pass a series of three exams covering such topics as economics, equity analysis, financial valuation, business analysis, quantitative methods, investment analysis, portfolio management, risk management, financial accounting, and ethical and professional standards. For over ten years I taught in the Boston University CFA Review Program and the CFA Society Boston Review Program – two of the leading review programs that prepared candidates for the CFA exams. In both of these programs I taught candidates at the most advanced level.

15.   In addition to my teaching, research, CFA, and academic community responsibilities, I practice extensively as a financial consultant. Past clients include the United States Securities and Exchange Commission, the Internal Revenue Service, the Attorney General of the State of Illinois, and the National Association of Securities Dealers. As a financial consultant, I have conducted analyses and presented opinions related to markets,

3

valuation, and damages in over 80 cases. Exhibit-3 lists my prior testimony appearances over the past four years.

16. I am the sole owner of the consulting firm Crowninshield Financial Research, which receives compensation for the work performed by me and the analysts who assist me on this case. My firm is being compensated at a rate of $875 per hour for my work. My compensation is neither contingent on my findings nor on the outcome of this matter.

## III. CONCLUSIONS

17. I examined the factors set forth in *Cammer v. Bloom*, 711 F. Supp. 1264, 1273 (D.N.J. 1989) and *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001), which, consistent with financial economic principles and empirical research, indicate market efficiency. El Pollo Loco stock satisfied all of the *Cammer* and *Krogman* factors by wide margins.

18. Event study analysis demonstrates that there was a cause and effect relationship between the release of new, Company-specific information and movements in El Pollo Loco's stock price during the Class Period. El Pollo Loco's stock price responded in a statistically significant fashion to new, Company-specific information, which not only indicates market efficiency, but demonstrates market efficiency.

19. Similarly, event study analysis demonstrates that there was a cause and effect relationship between the release of new, Company-specific information and movements in the price of El Pollo Loco's put and call option contracts during the Class Period. El Pollo Loco's option prices responded in a statistically significant fashion to new, Company-specific information, which not only indicates market efficiency, but demonstrates market efficiency.

20. Based on the foregoing, I conclude that the El Pollo Loco stock and the put and call option contracts on El Pollo Loco stock traded in efficient markets over the course of the Class Period.

21. Damages in this matter can be computed on a class-wide basis for all Class Members using a common methodology that is consistent with the Plaintiffs' allegations of liability.

## IV.   FACTUAL BACKGROUND

### A.   About the Company

22.   El Pollo Loco describes itself as a restaurant chain offering "health[y] alternatives to traditional food on the go." As of 31 December 2014, El Pollo Loco had 415 restaurants located in California, Arizona, Nevada, Texas, and Utah, comprising 172 Company-operated restaurants and 243 restaurants operated by franchisees (collectively, "system-wide restaurants").[1]

23.   El Pollo Loco generates revenue from "sales of food and beverages in company-operated restaurants net of promotional allowances, employee meals, and other discounts"[2] and from its franchisees in the form of "franchise royalties, initial franchise fees, license fees due from franchisees, IT support services and rental income for leases and subleases to franchisees."[3] According to the Company, "Company-operated restaurant revenue in any period is directly influenced by the number of operating weeks in the period, the number of open restaurants, and comparable restaurant sales."[4]

24.   For FY 2014 and FY 2015, the Company reported revenues of $322.5 million, and $332.0 million, respectively.[5] For the same years, the Company reported net income of $42.5 million, and $24.1 million, respectively.[6] For FY 2014 and FY 2015, the

---

[1] El Pollo Loco Holdings, Inc., Form 10-K for the fiscal year ended 31 December 2014, filed 17 March 2015, p. 3.

[2] Id., p. 41.

[3] Id., p. 73.

[4] El Pollo Loco Holdings, Inc., Form 10-K for the fiscal year ended 31 December 2014, filed 17 March 2015, p. 41; The Company defined comparable restaurant sales growth as: "the change in year-over-year sales for the comparable company, franchise, and total system restaurant base. We define our comparable restaurant base to include those restaurants open for 15 months or longer. … This measure highlights the performance of existing restaurants as the impact of new restaurant openings is excluded. Comparable restaurant sales growth can be generated by an increase in the number of meals sold and/or by increases in the average check amount, resulting from a shift in menu mix and/or higher prices resulting from new products or price increases."

[5] El Pollo Loco Holdings, Inc., Form 10-K for the fiscal year ended 31 December 2015, filed 11 March 2016, p. 31.

[6] Id., p. 31.

5

Company's system-wide comparable restaurant sales grew by 7.0% and 2.2% year-over-year, respectively.[7]

25. Prior to the start of the Class Period, on 30 July 2014, El Pollo Loco completed its initial public offering of 8,214,286 shares of common stock for $15.00 per share, for total net proceeds of $112.8 million.[8]

26. Throughout the Class Period, the Company's stock was traded on the NASDAQ Exchange ("NASDAQ") under the ticker symbol LOCO.[9]

27. El Pollo Loco's stock price peaked during the Class Period at $24.70 per share on 15 May 2015, according to price data obtained from the Center for Research in Security Prices ("CRSP"), a reliable data source that is widely used by academic researchers and investment professionals. By the close of trading on 14 August 2015, the first day after the end of the Class Period, El Pollo Loco's stock price had fallen to $14.56 per share. The share price decline from 15 May 2015 to 14 August 2015 was $10.14, representing a decline of 41.05% from the Class Period peak.

28. As of the close of trading on 15 May 2015, El Pollo Loco's market capitalization (the aggregate value of all outstanding shares) stood at $924.7 million.[10] By the close of trading on 14 August 2015, the Company's market capitalization had fallen to $557.1 million. The decline in market capitalization from 15 May 2015 to 14 August 2015 was $367.6 million, or 39.75% of the Company's market value of equity.

---

[7] El Pollo Loco Holdings, Inc., Form 10-K for the fiscal year ended 31 December 2014, filed 17 March 2015, p. 41; and El Pollo Loco Holdings, Inc., Form 10-K for the fiscal year ended 31 December 2015, filed 11 March 2016, pp. 33-34.

[8] "El Pollo Loco Holdings, Inc. Announces Completion of Initial Public Offering and Exercise of Option to Purchase Additional Shares," Company Press Release, 30 July 2014.

[9] El Pollo Loco Holdings, Inc., Form 10-K for the fiscal year ended 31 December 2014, filed 17 March 2015, p. 36.

[10] Shares outstanding data obtained from Company SEC filings.

## V.    EFFICIENT MARKET DEFINED

29.    The definition of market efficiency set forth by Judge Alfred J. Lechner, Jr. in the 1989 decision in *Cammer v. Bloom*, 711 F. Supp. 1263 (D.N.J.), which is often cited as a legal authority on the meaning of market efficiency and is consistent with the definition of informational efficiency generally accepted by the academic finance community, is set forth below.

> "As relevant here, courts have permitted a rebuttable presumption of reliance in the case of securities traded in 'efficient markets' (i.e., markets which are so active and followed that material information disclosed by a company is expected to be reflected in the stock price)."
> **Cammer v. Bloom, 711 F. Supp. 1264, 1273 (D.N.J. 1989).**

30.    Judge Lechner also cited the definitions offered by commentators Alan R. Bromberg and Lewis D. Lowenfels, and by renowned financial economist and Nobel laureate Eugene Fama.

> "An efficient market is one which rapidly reflects new information in price."
> **Alan Bromberg & Lewis Lowenfels, *Securities Fraud and Commodities Fraud*, §7.4 (Dec. 2003); see also *Cammer*, 711 F. Supp. at 1276.**

> "A market in which prices always 'fully reflect' available information is called 'efficient.'"
> **"Efficient Capital Markets: A Review of Theory and Empirical Work," by Eugene Fama, *Journal of Finance*, 1970, cited in *Cammer*, 711 F. Supp. at 1280.**

31.    In his 1991 follow up article titled "Efficient Capital Markets II," Professor Fama further elaborated.

> "I take the market efficiency hypothesis to be the simple statement that security prices fully reflect all available information …. A weaker and more economically sensible version of the efficiency hypothesis says that prices reflect information to the point where the marginal benefits of acting on information (the profits to be made) do not exceed the marginal cost."
> **"Efficient Capital Markets: II," Eugene Fama, *Journal of Finance*, 1991, p. 1575.**

32.     More recently, Professor Fama and a group of other pre-eminent economists described market efficiency thusly in an *amicus curiae* brief that they submitted to the United States Supreme Court in the *Halliburton II* case.

> "There is widespread debate about market efficiency among economists, and the signatories of this brief include participants with varying positions on that debate. It is critical, however, to be clear on what issues are in dispute – and what issues are not. Economists disagree about whether markets *perfectly* process information and how quickly they do so; about whether prices reflect the fundamental value of the underlying stock; … and about whether it is possible to 'beat the market' by pursuing various investment strategies designed to exploit pricing anomalies. Such disagreements existed when *Basic [Inc. v. Levinson*, 485 U.S. 224] was decided in 1988, and they exist today. But economists do *not* generally disagree about whether market prices respond to new material information. In particular, there is little doubt that the stock price will increase reasonably promptly after favorable news about a company is released and decline after unfavorable news. Our conclusion that prices generally move reasonably promptly in the predicted direction in response to unexpected material public information (favorable or unfavorable) is perfectly consistent with the view that there are sometimes anomalies in the way markets process information and that bubbles can exist."
>
> **Brief of Financial Economists as Amici Curiae in Support of Respondents, *Halliburton Co. and David Lesar v., Erica P. John Fund, Inc.*, 5 February 2014, p. 3 (emphasis in original).**

33.     The Supreme Court in the 1988 *Basic v. Levinson* decision focused on the same important characteristic at the heart of these definitions of market efficiency.

> "The fraud on the market theory is based on the hypothesis that, in an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business … ."
>
> ***Basic v. Levinson*, 485 U.S. 224, 108 S. Ct. 978, 988-91, 99 L. Ed. 2d 194 (1988); see also *Cammer*, 711 F. Supp. at 1276.**

34.     The Supreme Court's 2013 *Amgen* decision defined market efficiency similarly.

> "The fraud-on-the market premise is that the price of a security traded in an efficient market will reflect all publicly available information about a company ... ."
>
> ***Amgen Inc. v. Conn. Ret. Plans & Trust Funds*, 133 S. Ct. 1184, 1190, 185 L. Ed. 2d 308 (2013).**

8

35.   In its 2014 *Halliburton II* decision, the Supreme Court addressed the cause and effect relationship at the center of market efficiency as follows.

> "Even the foremost critics of the efficient-capital-markets hypothesis acknowledge that public information generally affects stock prices. … Debates about the precise *degree* to which stock prices accurately reflect public information are thus largely beside the point. 'That the . . . price [of a stock] may be inaccurate does not detract from the fact that false statements affect it, and cause loss,' which is 'all that *Basic* requires.'"
> **Halliburton Co. v. Erica P. John Fund, Inc., 134 S. Ct. 2398, 2410, 189 L. Ed. 339 (2014) (emphasis in original).**

36.   An efficient market, as defined and discussed by *Cammer, Basic, Amgen, Halliburton II*, Bromberg & Lowenfels, and Professor Fama and other leading scholars, is a market in which available information is incorporated into the price of a security such that the trading price reflects available information with reasonable promptness. As these cases and considerable academic work have recognized, market efficiency is relevant to a securities case as it addresses the question of whether false information (e.g., in the form of an alleged misrepresentation or omission) would likely have impacted the prices at which investors bought and sold securities, and which were relied upon.

### A.    The *Cammer*/*Krogman* Factors

#### 1.    The *Cammer* Factors

37.   The *Cammer* opinion lays out five factors that generally indicate whether the market for a security is efficient. As described below, economic rationales support each factor as an indicator of market efficiency. The five factors are: 1) trading volume, 2) coverage by securities analysts, 3) number of market makers, 4) eligibility for S-3 registration, and 5) empirical evidence that the security price reacts to new, company-specific information.

38.   Empirical research has confirmed that trading volume, number of market makers, and analyst coverage are indicative of market efficiency.

> "Consistent with the efficiency indicators used recently by the courts, the inefficient firms have lower mean trading volume, fewer market makers, lower analyst following, and lower institutional ownership (number and percentage) than efficient firms."
> **"The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber, *et al.*, *The Journal of Corporation Law*, 1994, p. 302.**

39. Barber, Griffin & Lev [1994], also found that high institutional ownership is indicative of market efficiency.

40. With respect to the fifth *Cammer* factor - empirical evidence - Barber, Griffin & Lev, [1994], used empirical tests as the standard for market efficiency by which to judge the significance of the other variables.[11] Consequently, they acknowledge the importance of the empirical factor.

41. Consistent with financial economic theory and empirical research, the language used by the *Cammer* court describes the factors not as five **necessary** factors, but rather as indicative of the degree to which the market for a security is expected to be efficient.

> "There are several different characteristics pertaining to the markets for individual stocks which are probative of the degree to which the purchase price of a stock should reflect material company disclosures."
> **Cammer, 711 F. Supp. at 1283.**

42. The *Cammer* opinion describes the nature of the five factors as follows.

> "There are several types of facts which, if alleged, might give rise to an inference that Coated Sales [stock] traded in an efficient market. It is useful to set forth an explanation of how the existence of such facts would cause the understanding that disclosed company information (or misinformation) would be reflected in the company's stock price, the underpinning of the fraud on the market theory. *Peil, supra, 806 F.2d at 1160.*"
> **Id. at 1285-86 (footnote omitted).**

> "First, plaintiffs could have alleged there existed an average weekly trading volume during the class period in excess of a certain number of shares. *Abell v. Potomac Ins. Co.,* 858 F.2d 1104, 1121 (5th Cir.1988)."
> **Id. at 1286.**

> "Second, it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period."
> **Id.**

---

[11] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber, Paul Griffin, and Baruch Lev, *The Journal of Corporation Law*, 1994.

"Third, it could be alleged the stock had numerous market makers."
**Id.**

"Fourth, as discussed, it would be helpful to allege the company was entitled to file an S-3 Registration in connection with public offerings…"
**Id. at 1287.**

"Finally, it would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."
**Id.**

"As previously noted, one of the most convincing ways to demonstrate efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price."
**Id. at 1291.**

## 2.    The *Krogman* Factors

43.    In addition to the five *Cammer* factors that indicate market efficiency, the district court in *Krogman v. Sterritt,* 202 F.R.D. 467 (N.D.Tex. 2001) identified three additional factors that are also indicative of market efficiency.

44.    These additional factors, which have since also been adopted by various other courts, (*e.g.*, *In re PolyMedica Corp. Sec. Litig.*, 453 F. Supp. 2d 260, 266 n.2 (D. Mass. 2006), *Unger v. Amedisys*, 401 F.3d 316 (5th Cir. 2005)), are: 1) the company's market capitalization, 2) the stock's float, and 3) the typical bid-ask spread.

45.    Market capitalization is the total value of all outstanding shares. It equals the number of shares outstanding times the price per share. Reasonably, the larger a company's market capitalization, the more prominent and well known the company will be. Larger companies tend to attract more analyst and news media coverage, and gain the attention of greater numbers of investors, including large institutional investors. All of these characteristics, which accompany a large market capitalization, promote market efficiency.

11

46.	The stock's float is the number of shares outstanding, less shares held by insiders and affiliated corporate entities. It is generally the number of shares available for trading by outside investors in the open market. Float is highly correlated with market capitalization, but it focuses on the shares available for trading rather than all outstanding shares. Stocks with large floats tend to trade more actively, attract more analyst and news media coverage, and garner the attention of greater numbers of investors, including large institutional investors. All of these characteristics, which accompany a high float level, promote market efficiency.

47.	The bid-ask spread is the difference between the price at which market makers are offering to buy a security and the price at which they are offering the security for sale. If a security is actively traded and information about the security is readily available, the bid-ask spread will tend to be narrow. Moreover, a narrow bid-ask spread makes trading in the security less costly for investors, and thereby tends to attract greater interest, greater coverage, and greater volume, which in turn are factors that are generally understood to promote market efficiency.

## VI.	EFFICIENCY OF THE MARKET FOR EL POLLO LOCO STOCK

48.	To assess whether the market for El Pollo Loco stock was efficient during the Class Period, I analyzed the market for, and behavior of, El Pollo Loco stock, focusing on the *Cammer/Krogman* factors which are generally accepted to be indicative of market efficiency for a publicly-traded stock.

### A.	Trading Volume

49.	Throughout the Class Period, El Pollo Loco stock traded regularly and actively. On average, 975,113 shares changed hands daily.[12] El Pollo Loco stock trading data are presented in Exhibit-4.

---

[12] Data obtained from CRSP.

50.  In addition to average daily trading volume, another volume metric to consider in determining market efficiency is the percentage of outstanding shares that turn over each week. During the Class Period, the average weekly trading volume of El Pollo Loco stock was approximately 4.9 million shares, or 13.0% of shares outstanding.[13] This level of trading activity is above levels accepted by courts as being indicative of market efficiency for common stock.[14] In the case of the common stock of Coated Sales, Inc., the *Cammer* court cited the conclusion of Alan R. Bromberg and Lewis D. Lowenfels that "average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption."[15] The trading volume for El Pollo Loco stock during the Class Period was well above the threshold for a strong presumption of market efficiency.

51.  Both in terms of average daily trading volume and the percentage of outstanding shares traded weekly, the market for El Pollo Loco stock was active. Consistent with the *Cammer* opinion, economic theory, and empirical research, the active trading volume in El Pollo Loco stock is strong evidence of the efficiency of the market for El Pollo Loco stock over the course of the Class Period.

### B.  Analyst Coverage and Other Avenues of Information Dissemination

#### 1.  Analyst Coverage

52.  Securities analysts disseminate and interpret information about the companies they cover. They conduct research and provide valuation opinions, helping market participants acquire relevant information and understand the implications of that information for valuation and investment decisions. Consequently, securities analysts facilitate the flow of information and the digestion of information within the marketplace. These functions promote market efficiency.

---

[13] Estimated by averaging the daily ratio of the trading volume to the number of shares outstanding, and multiplying by 5 (the number of trading days in a typical week).

[14] *Cammer*, 711 F. Supp. at 1286.

[15] Id. at 1293.

53.   I obtained analyst reports published on El Pollo Loco during the Class Period by three different analyst firms: Jefferies, Morgan Stanley, and William Blair.

54.   Transcripts of El Pollo Loco's conference calls conducted during the Class Period reveal that at least one additional firm also followed the Company: Robert W. Baird.[16]

55.   Consequently, analysts from at least four firms followed the Company during the Class Period.

56.   Coverage by four analysts is reasonably broad analyst coverage, and more than adequate to promote and indicate market efficiency. Barber, Griffin & Lev [1994] found that coverage by one or two analysts strengthened the presumption of efficiency for a publicly traded stock.[17] Consistent with the *Cammer* opinion, financial economic principles, and published empirical research, the coverage of El Pollo Loco by professional securities analysts is strong evidence of the efficiency of the market for El Pollo Loco stock during the Class Period.

### 2.   Institutional Ownership and Buy-Side Analysis

57.   Consistent with published empirical research, some courts have also considered high institutional ownership in a security during the class period to be indicative of market efficiency.[18]

58.   Thomson Eikon compiles and provides institutional ownership data derived from SEC Form 13-F filings. The data show the holdings of El Pollo Loco stock by major investment institutions as of the end of each quarter. Major institutions are defined as firms or individuals that exercise investment discretion over the assets of others in excess of $100 million. Large investment firms often employ financial analysts who conduct their own research on the stocks they buy. According to the SEC filings compiled and reported by Thomson Eikon data, at least 115 unique major institutions owned El Pollo

---

[16] Conference call transcripts obtained from Thomson Eikon.

[17] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber, Paul Griffin, and Baruch Lev, *The Journal of Corporation Law*, 1994, p. 302 and pp. 310-311.

[18] *See, e.g., In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008).

Loco stock during the Class Period.[19] This fact further supports a finding that the market for El Pollo Loco stock was an efficient market during the Class Period.

### 3. News Coverage

59. Although the *Cammer* court focused on coverage by securities analysts, other courts have noted that news media – including availability of news reports on the internet or other electronic sources – also facilitate the flow of material information to the marketplace, thereby promoting market efficiency.[20] In the case of El Pollo Loco, such coverage was extensive. My search of the Factiva database found that at least 113 articles were published about the Company during the Class Period.[21] The articles I obtained from Factiva include published news articles and press releases.

60. Information about El Pollo Loco also emerged in the form of SEC filings and conference calls.

61. In sum, during the Class Period, information about El Pollo Loco was readily available to market participants, not only in the form of analyst reports but also in the form of widely available news media reports. This news coverage is further evidence of the efficiency of the market for El Pollo Loco stock.

### C. Market Makers and Listing on the NASDAQ Exchange

62. The number of market makers is one of the factors the *Cammer* court determined indicates market efficiency. Market makers are financial intermediaries who trade in a particular security, standing ready to buy and sell with individual investors, institutions, and other market makers. A large number of market makers implies that many market participants are trading that particular stock, which generally provides a high degree of liquidity and a narrower bid-ask spread. With a large number of market makers, it is

---

[19] According to the SEC filings compiled and reported by Thomson Eikon data, 115 unique institutions held shares of El Pollo Loco stock on the following reporting date: 30 June 2015. There may have been additional institutions that held El Pollo Loco stock during the Class Period, though not on the quarterly reporting dates.

[20] *See, e.g., Cheney v. Cyberguard Corp.,* 213 F.R.D. 484, 499 (S.D. Fl. 2003).

[21] Based on a Factiva search in "All Sources" for articles published during the Class Period where "El Pollo Loco Holdings Inc." was the "Company" search field parameter.

generally easy for investors to execute trades in a timely fashion and with reasonable transaction costs.

63. During the Class Period, there were 276 market makers for El Pollo Loco stock according to Bloomberg, including such well known firms as Barclays Capital, Goldman Sachs, J.P. Morgan, Morgan Stanley, and UBS.[22]

64. The *Cammer* court's understanding that the market-making infrastructure of a stock market is indicative of its efficiency, or lack thereof, makes the fact that El Pollo Loco stock traded on the NASDAQ during the Class Period highly relevant. NASDAQ is an electronic exchange consisting of multiple competing market makers, using electronic systems to make quotes and effect trades. The subject company in the *Cammer* case, Coated Sales, Inc., was listed on the NASDAQ. Citing Bromberg and Lowenfels, the *Cammer* court explicitly acknowledged the importance of a NASDAQ listing and the implications of such a listing for market efficiency.

> "We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System."
> **Cammer, 711 F. Supp. at 1292 (quoting Bromberg & Lowenfels, *Securities Fraud and Commodities Fraud*, §8.6 (1988)).**

65. That El Pollo Loco stock traded on the NASDAQ and had a large number of market markers is strong evidence that El Pollo Loco stock traded in an efficient market throughout the Class Period.

### D.   S-3 Registration Eligibility

66. A company is eligible for S-3 registration when, among other things, it has filed Exchange Act reports for a specified length of time and has outstanding float above a certain sizable value. At the time of the *Cammer* opinion, the conditions for S-3 registration were that a company had filed financial reports with the SEC for 36 months,

---

[22] Market maker data obtained from Bloomberg.

16

and had outstanding float over $150 million held by non-affiliates, or $100 million of such float coupled with annual trading volume exceeding 3 million shares.[23]

67. In 1992, the SEC changed its requirements for S-3 registration eligibility to 12 months of filings and at least $75 million of float. Since 2007, the SEC has allowed companies with less than $75 million of float to file an S-3 registration so long as the company had been filing financial reports for at least a year, has "a class of common equity securities listed and registered on a national securities exchange, and the issuers do not sell more than the equivalent of one third of their public float in primary offerings over any period of 12 calendar months."[24] Despite the fact that the $75 million float requirement has been relaxed, courts continue to focus on the $75 million float benchmark when analyzing this *Cammer* factor.[25]

68. The *Cammer* court noted that S-3 registration eligibility is indicative of market efficiency because the filing requirement ensures that financial data are available to market participants, and the "public float" requirement indicates that many market participants would have examined the information.[26]

> "Proposed Form S-3 recognizes the applicability of the efficient market theory to the registration statement framework with respect to those registrants which usually provide high quality corporate reports, including Exchange Act reports, and whose corporate information is broadly disseminated, because such companies are widely followed by professional analysts and investors in the market place. Because of the foregoing observations made by the SEC, the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient."
> **Cammer, 711 F. Supp. at 1284-85.**

---

[23] "Revisions To The Eligibility Requirements For Primary Securities Offerings On Forms S-3 And F-3," SEC Release No. 33-8812, 20 June 2007.

[24] "Revisions To The Eligibility Requirements For Primary Securities Offerings On Forms S-3 And F-3," SEC Release No. 33-8878, 19 December 2007.

[25] *See, e.g.*, *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 573 (C.D. Cal. 2012).

[26] *Cammer*, 711 F. Supp. at 1284-85.

"The 'public float' aspect of the Form S-3 requirements ensures that enough investors have in fact read the previously filed document."
*Id.* at 1285.

"Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency."
*Id.* at 1287.

### 1. Float

69. A company's float is the number or value of shares that can potentially trade freely in the marketplace. It is generally defined as the number or value of outstanding shares, minus insider holdings and shares owned by affiliated corporate entities.[27] I computed El Pollo Loco's common stock float using data on shares outstanding, insider holdings, and stock price data obtained from CRSP.

70. El Pollo Loco satisfied both the original and revised float conditions for S-3 registration eligibility throughout the entire Class Period. El Pollo Loco's average float during the Class Period of $407.0 million exceeded the level required for S-3 registration. During the Class Period, float ranged between $300.9 million and $466.2 million, always exceeding the minimum requirement for S-3 registration.

### 2. Financial Filings

71. El Pollo Loco regularly filed financial reports with the SEC throughout the Class Period.

72. The financial information in the SEC filings, supplemented by information provided by analysts and news coverage, provided investors with access to financial information about the Company on a continuous basis.

73. The Company was eligible to file an S-3 registration during the Class Period after 24 July 2015. Prior to that date, El Pollo Loco was technically not eligible for S-3 registration, because it had not filed financial reports for a full 12 months on account of it being a private entity prior to its IPO on 24 July 2014. However, it is important to note that, in conjunction with the IPO, El Pollo Loco filed registration statements for its common

---

[27] For a discussion of the generally accepted definitions of shares outstanding and float, see *Indices: Float Adjustment Methodology*, S&P Dow Jones Indices (July 2012).

stock. The final amended S-1 filed prior to the IPO, on 22 July 2014, contained three years of financial statement data.[28] Consequently, the public had access to detailed current and historical financial information about the Company throughout the Class Period.

74. To the extent that S-3 registration eligibility indicates company characteristics associated with market efficiency, the Company clearly possessed those particular characteristics throughout the Class Period.

### E. *Unger/Krogman* Factors

75. In addition to evaluating market efficiency using the *Cammer* factors, I also examined El Pollo Loco stock and its market with respect to the three additional *Unger*/*Krogman* factors.

#### 1. Market Capitalization

76. During the Class Period, the market capitalization of El Pollo Loco averaged $759.7 million, putting El Pollo Loco in the 4th decile of U.S. companies by size – meaning that El Pollo Loco's average market capitalization was larger than at least 60% of all other publicly-traded companies in the United States.[29]

77. Consistent with the *Unger* and *Krogman* opinions, El Pollo Loco's sizeable market capitalization throughout the Class Period is further evidence of the efficiency of the market for El Pollo Loco stock.

#### 2. Float

78. El Pollo Loco's float averaged $407.0 million during the Class Period. While float excludes shares held by insiders and affiliated corporate entities, El Pollo Loco's average float was still larger than the total market capitalization of at least 40% of all other

---

[28] El Pollo Loco Holdings, Inc. Form S-1A, filed 22 July 2014, p. 11.

[29] Using averaged month-end data from CRSP for 31 May 2015 through 31 July 2015, I grouped public companies into deciles, so that the 1st decile contains the largest 10% of all public companies listed on the NYSE, AMEX, NASDAQ, and ARCA, while the 10th decile contains the smallest 10%.

publicly-traded companies in the U.S.[30] The size of El Pollo Loco's float satisfied the second *Unger/Krogman* factor for market efficiency.

79.  Float can also be analyzed as a percentage of total shares outstanding, as well as in absolute share and value terms. On average during the Class Period, there were 20.2 million shares in El Pollo Loco's float and 37.5 million shares outstanding, resulting in an average float of 53.8% of shares outstanding.[31] Despite the percentage of shares held by insiders, the magnitude of El Pollo Loco outstanding float was still greater than the entire market capitalizations of at least 40% of all publicly traded stocks in the United States.

80.  The large size of El Pollo Loco's float is indicative of the efficiency of the market for its stock during the Class Period.

### 3.  Bid-Ask Spread

81.  I obtained from CRSP the daily closing bid and ask quotes for El Pollo Loco stock during the Class Period.

82.  I measured the percentage bid-ask spread as the difference between the bid and ask quotes, divided by the average of the bid and ask quotes, which is the standard way of measuring percentage bid-ask spreads in the finance literature.[32] Exhibit-4 presents El Pollo Loco's bid-ask spread data.

83.  The average bid-ask spread for El Pollo Loco stock over the course of the Class Period was 0.10%. By comparison, the average month-end bid-ask spread over the course of the Class Period for all stocks in the CRSP database was 0.58%.[33] El Pollo Loco's bid-ask spread was therefore narrower than the mean level among all other CRSP stocks – which comprises stocks traded on the NYSE, AMEX, NASDAQ, and ARCA.

---

[30] This calculation is based upon averaged month-end data from CRSP for 31 May 2015 through 31 July 2015. El Pollo Loco share data were obtained from SEC filings.

[31] Apparent slight discrepancy is due to rounding.

[32] "Price Reversals, Bid-Ask Spreads, and Market Efficiency," by Allen Atkins and Edward Dyl, *Journal of Financial and Quantitative Analysis*, Vol. 25, No. 4, 1990, pp. 535-547.

[33] This calculation is based upon averaged month-end data from CRSP for 31 May 2015 through 31 July 2015.

84.    In dollar terms, El Pollo Loco's bid-ask spread during the Class Period averaged $0.02 per share. For all stocks in the CRSP database, the average bid-ask spread was $0.12 during the Class Period.[34]

85.    The average bid-ask spread in the market for El Pollo Loco stock over the course of the Class Period was well below the typical bid-ask spreads exhibited by other publicly-traded stocks in the United States. El Pollo Loco's narrow bid-ask spread supports a conclusion of market efficiency.

## VII.   EMPIRICAL EVIDENCE OF MARKET EFFICIENCY FOR EL POLLO LOCO STOCK

86.    Of the five *Cammer* factors, the empirical factor was cited by the *Cammer* court as "one of the most convincing ways to demonstrate efficiency:"

> "As previously noted, one of the most convincing ways to demonstrate efficiency would be to illustrate over time, a cause and effect relationship between company disclosures and resulting movements in stock price." **Cammer, 711 F. Supp. at 1291.**

87.    The special importance the *Cammer* court placed on the empirical factor is justified by economic principles, as the empirical factor is a demonstration of market efficiency, whereas the other four factors are indicators that signal market efficiency.

88.    I conducted two empirical tests of the efficiency of the market for El Pollo Loco stock.

89.    The first empirical test is an event study that investigates whether El Pollo Loco stock reacted to the release of new valuation-relevant information on earnings surprise events during the Class Period. Significant reactions to new valuation-relevant information indicates market efficiency.

90.    The second test investigates whether El Pollo Loco stock exhibited market efficiency by examining events collectively to determine whether the stock responded to the increased flow of information that transpires on earnings and guidance announcement dates. This

---

[34] Id.

21

test collectively compares earnings and guidance announcement dates to all ordinary non- or lesser news dates.

91. According to the finance literature, the flow of company-specific information is elevated on earnings and guidance announcement dates.[35]  More stock price movement on days with more information would indicate a cause and effect relationship between information and responses in El Pollo Loco's stock price, which is the essence of informational market efficiency. I conducted this collective event analysis using an F-test and an Ansari-Bradley volatility test. These statistical tests compare El Pollo Loco's stock price dynamics on earnings and guidance announcement dates to the behavior of the stock price on all ordinary non- or lesser news dates in the Class Period. A pattern of greater dispersion and larger stock price movements on earnings and guidance announcement dates would indicate market efficiency.

### A.    Event Study Test of Market Efficiency

92. The event study is the paramount tool for testing market efficiency, as renowned financial economist and Nobel laureate Eugene Fama attests.

> "The cleanest evidence on market-efficiency comes from event studies, especially event studies on daily returns. When an information event can be dated precisely and the event has a large effect on prices, the way one abstracts from expected returns to measure abnormal daily returns is a second-order consideration. As a result, event studies give a clear picture of the speed of adjustment of prices to information."
> **"Efficient Capital Markets II," by Eugene F. Fama, *Journal of Finance*, 1991, p. 1607.**

93. Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers. Campbell, Lo, and MacKinlay [1997] present an excellent description and examples of the methodology and write about how it is generally

---

[35] *See*, *e.g.*, *Financial Reporting an Accounting Revolution*, 3rd ed., by William Beaver, 1998, p. 38.

22

accepted and widely used in academic research.[36] Crew, et al., [2012] write about how the methodology is generally accepted and widely used in forensic applications.[37]

94. An event study measures how much a stock price rises or falls in response to new, company-specific information. One component of an event study is statistical regression analysis that determines how much of a stock price change is explained by market and sector (industry) factors, rather than company-specific information, so that those influences can be statistically factored out. The portion of a stock price change that cannot be attributable to market or sector factors is called the residual stock price movement or "residual return." The event study isolates the residual return and also tests whether the residual return can reasonably be explained as merely a random fluctuation.

95. If a stock's return is statistically significant, it indicates that the stock price movement cannot be attributed to market factors, sector factors, or to random volatility, but rather was caused by new, company-specific information. Such proof of a cause and effect relationship between the release of information and movements in the stock price establishes market efficiency.

### 1. A Caveat About Non-Significant Stock Price Movements

96. It is important to note that an event study tests the joint hypothesis that the stock trades in an efficient market and that the proper valuation impact of the information disseminated on an event date is of such a large magnitude as to exceed the threshold for statistical significance. A finding of statistical significance indicates market efficiency, but the converse is not necessarily true, i.e. a finding of non-significance does not establish inefficiency. That is because a modest non-significant stock price reaction may be the appropriate and efficient stock price reaction to a particular event.[38]

---

[36] Chapter 4 of *The Econometrics of Financial Markets*, by John Campbell, Andrew Lo, and A. C. MacKinlay, Princeton University Press, 1997.

[37] "Federal Securities Acts and Areas of Expert Analysis," by Nicholas I. Crew, et al., in Chapter 24 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 5th ed., edited by Roman L. Weil, Daniel G. Lentz, and David P. Hoffman, John Wiley & Sons, Inc., 2012.

[38] "Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias," by Alon Brav and J.B. Heaton, *Washington University Law Review*, 30 March 2015, p. 602.

97. For example, if a company reports earnings that are in line with the expectations of analysts and investors, even though the announcement would be important, the mix of information may not have changed sufficiently on that date to elicit a statistically significant stock price reaction. Similarly, if a misrepresentation is made alongside countervailing confounding news that impacts the stock price in the opposite direction, one might reasonably expect this mix of new information to not cause a statistically significant stock price reaction. In these examples, a modest stock price movement, or even no movement at all, may be the appropriate stock price reaction. In such cases, the event study finding that the stock return was non-significant would not indicate inefficiency. In fact, in such cases, a non-significant stock price movement would indicate that the stock is behaving as it should in an efficient market.

98. Similarly, when a company deceives analysts and investors by concealing important information, the effect of the concealment may not be a significant stock price movement at the time of the concealment and over its duration. Instead, the concealment could maintain the mix of information as it previously was, so the appropriate price reaction would be a maintenance of the price level where it previously was.

### 2. Selection of Earnings Surprise Events

99. An event study testing market efficiency does not require a comprehensive identification of all events during a class period on which new allegation-related information was disclosed or testing of all events identified in a complaint.[39] Similarly, to test for market efficiency, not all of the selected events need to be allegation-related. Events should be selected on the basis of an independent analysis of which candidate events would be most informative about market efficiency.

100. A company's financial results and forecasts are among the most important considerations to investors assessing the value of its stock.[40] While not every earnings and guidance

---

[39] A comprehensive identification of all disclosures of information related to the alleged fraud is beyond the scope of this report, and is properly addressed in an analysis of loss causation and damages.

[40] *See, e.g.*, Beaver [1968], Ball and Brown [1968], Ball [1978], Watts [1978], Patell and Wolfson [1984], and Ball and Kothari [1991] have specifically examined stock price movements caused by earnings announcements, and concur that earnings announcements are unusually important information events generally.

announcement contains new, unexpected, highly impactful valuation information, the finance literature notes that such information more frequently arrives on earnings announcement dates than on ordinary dates.

> "No other figure in the financial statements receives more attention by the investment community than earnings per share. The relationship between accounting earnings and security prices is probably the single most important relationship in security analysis, and its prominence is reflected in the attention given to price-earnings ratios."
> **Financial Reporting an Accounting Revolution, 3rd ed., by William H. Beaver, 1998, p. 38.**

> "Analysts, investors, senior executives, and boards of directors consider earnings the single most important item in the financial reports issued by publicly held firms."
> **"Earnings Management to Exceed Thresholds," by Francois Degeorge, Jayendu Patel, and Richard Zeckhauser, *Journal of Business*, 1999, p. 1.**

101.  Based on these principles, for the purpose of testing market efficiency, the events I selected were El Pollo Loco earnings surprises during the Class Period. I examined the content of the news on each of these announcement dates, and on the basis of that news analysis determined that these are appropriate events for a market efficiency event study for El Pollo Loco stock over the Class Period. Information provided on these dates included earnings and guidance announcements, and other business and financial performance metrics and forecasts.

102.  Earnings surprises took place on the following two dates during the Class Period:

 i.  **15 May 2015** – on 14 May 2015, after the close of trading, the Company announced its financial results for Q1 2015 and held a conference call with investors. The Company also reiterated FY 2015 guidance.[41]

---

[41] "El Pollo Loco Holdings, Inc. Announces First Quarter 2015 Financial Results," *Globe Newswire*, Company press release, 14 May 2015, 4:01 PM; and "Q1 2015 El Pollo Loco Holdings Inc Earnings Call," *Thomson Reuters*, conference call, 14 May 2015, 5:00 PM.

ii.    **14 August 2015** – on 13 August 2015, after the close of trading, the Company announced its financial results for Q2 2015 and held a conference call with investors. The Company also updated its FY 2015 guidance.[42]

### 3.    Isolating the Impact of Company-Specific Information

103.    Event study analysis determines how much of the Company's stock return following each of the events was driven by Company-specific information as opposed to market and peer group factors.

104.    The method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of El Pollo Loco stock typically behaved in relation to the overall stock market and its peer group, and then using the regression model to determine how much of each event day's actual return is explained by the market and peer group factors. The portion of the stock return that is apportioned to market and peer group factors is called the explained return.

105.    The explained return is then subtracted from the actual return to isolate the residual return, which is the stock's return after controlling for market and peer group (industry) effects.

106.    The regression equation models the return of El Pollo Loco stock as a function of: 1) a constant term, 2) the returns of the overall stock market, and 3) a peer group index return.

107.    For the overall stock market factor I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "Market Index"), which is a generally accepted and widely used measure of the overall stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

108.    For the peer group factor, I used the same index that El Pollo Loco identified as representative of its peers. In its Form 10-K for the fiscal year 2015, El Pollo Loco compared its performance to the S&P's Super Composite Restaurants Index (the "Peer Index").[43]

---

[42] Id.

[43] El Pollo Loco Holdings, Inc., Form 10-K for the fiscal year ended 30 December 2015, filed 11 March 2016, p. 30.

109.  All returns used in the regression are logarithmic returns – that is, the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis. Analysts and researchers generally use logarithmic returns instead of percent price changes because of various computational advantages.[44]

110.  El Pollo Loco's stock prices, trading volume, and returns are shown in Exhibit-4. Exhibit-5 presents Market Index and Peer Index data.

111.  I ran the regression on daily returns covering one full year starting on the first day of the Class Period, 15 May 2015 through 13 May 2016 ("Estimation Period").[45] I used dummy variables to control for potentially abnormal returns on the earnings and guidance announcement events that occurred during the Estimation Period. Using dummy variables to control for potentially atypical observations in the regression estimation period, especially when those dates are the subject of the event study analysis, so that the model parameters properly reflect typical stock price dynamics, is a widely used and generally accepted methodology, as noted in the academic and finance literature.[46]

112.  The choice of using one full year starting on the first day of the Class Period for the regression estimation period is a widely used and generally accepted practice in event study analysis.

---

[44] The Appendix presents the mathematical formula for the logarithmic return and a discussion of the measure.

[45] My regression results are robust to the estimation period covering one full year starting on the 14 August 2014 through 13 August 2015.

[46] *See*, *e.g.*: "Event Studies with a Contaminated Estimation Period," by Nihat Aktas, et al., *Journal of Corporate Finance*, 2007; "Measuring the Effects of Regulation with Stock Price Data," by John J. Binder, *The RAND Journal of Economics*, 1985; "Intervention Analysis with Applications to Economic and Environmental Problems," by G. E. P. Box and G. C. Tiao, *Journal of the American Statistical Association*, 1975; "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," by David F. Larcker, et al., *Journal of Financial & Quantitative Analysis*, 1980; "Measuring Abnormal Performance: The Event Parameter Approach Using Joint Generalized Least Squares," by Paul H. Malatesta, *The Journal of Financial and Quantitative Analysis*, 1986; "Conditioning the Return-Generating Process on Firm-Specific Events: A Discussion of Event Study Methods," by Rex Thompson, *The Journal of Financial and Quantitative Analysis*, 1985.

> "Three general choices for the placement of an estimation window are before the event window, surrounding the event window, and after the event window."
>
> **"Materiality and Magnitude: Event Studies in the Courtroom," by David I. Tabak and Frederick C. Dunbar in** *Litigation Services Handbook: The Role of the Financial Expert*, **3rd ed., edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001, p. 19.5.**

113.   The regression results are presented in Exhibit-6.

114.   I computed the explained portion of El Pollo Loco stock return on each event date by adding: 1) the estimated regression intercept term, 2) the respective day's Market Index return multiplied by the Market Index coefficient estimated by the regression, and 3) the respective day's Peer Index return multiplied by the Peer Index coefficient estimated by the regression.

115.   I then computed the residual return for each event date by subtracting the explained return from the actual return.

### 4.   *t*-Test

116.   For each event, a statistical test called a *t*-test was conducted to determine whether the residual return of El Pollo Loco stock was statistically significant. Statistical significance means that the event return after controlling for the market and peer group effects, was of such magnitude that it cannot be reasonably attributed to random volatility, but alternatively must have been caused by Company-specific information. A *t*-test compares the residual return on an event date to the typical residual return exhibited over the regression estimation period. If the event date residual return is far greater (positively or negatively) than the typical residual return, the *t*-test indicates that the residual return is statistically significant.[47]

117.   The results of the event study are presented below and summarized in Exhibit-7.

---

[47]   The test is called the *t*-test because it involves the computation of a *t*-statistic, which is the event day residual return divided by the standard deviation of residual returns from the control period, *i.e.*, the regression estimation data comprising all other days. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value (±1.96 for large samples), the likelihood that the residual return could have been caused by random volatility alone is less than 5%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the stock return for that day is deemed statistically significant.

28

**B.**     **Event Study Results**

**1.**     **15 May 2015**

118.   On 14 May 2015, after the close of trading, El Pollo Loco announced financial results for Q1 2015 and held a conference call with investors.[48] For the quarter, the Company reported revenue of $90.4 million and pro forma net income of $7.1 million, or $0.18 per diluted share.[49] System-wide comparable restaurant sales rose by 5.1% year-over-year, as compared to 7.2% year-over-year growth in Q1 2014.[50] Company-operated comparable restaurant year-over-year sales growth was 3.5%, missing consensus estimates of 5.0%.[51] The growth in Company-operated comparable sales comprised a 0.1% year-over-year increase in traffic and a 3.4% year-over-year increase in average check size.[52]

119.   The Company also reiterated its previously announced financial guidance for FY 2015, which included system-wide comparable restaurant sales growth of between 3% and 5% year-over-year.[53] While guidance for comparable sales growth was reaffirmed, the

---

[48] "El Pollo Loco Holdings, Inc. Announces First Quarter 2015 Financial Results," *Globe Newswire*, Company press release, 14 May 2015, 4:01 PM; and "Q1 2015 El Pollo Loco Holdings Inc Earnings Call," *Thomson Reuters*, conference call, 14 May 2015, 5:00 PM.

[49] "El Pollo Loco Holdings, Inc. Announces First Quarter 2015 Financial Results," *Globe Newswire*, Company press release, 14 May 2015, 4:01 PM.

[50] "El Pollo Loco Holdings, Inc. Announces First Quarter 2015 Financial Results," *Globe Newswire*, Company press release, 14 May 2015, 4:01 PM; "Q1 2015 El Pollo Loco Holdings Inc Earnings Call," *Thomson Reuters*, conference call, 14 May 2015, 5:00 PM, p. 2.

[51] "El Pollo Loco Holdings, Inc. Announces First Quarter 2015 Financial Results," *Globe Newswire*, Company press release, 14 May 2015, 4:01 PM; and "SSS Slowdown Looks Like It Will Create Buying Opportunity for Unit Ramp," by Andy Barish and Alexander Slagle, Jefferies, analyst report, 14 May 2015, p. 1.

[52] "Q1 2015 El Pollo Loco Holdings Inc Earnings Call," Thomson Reuters, conference call, 14 May 2015, 5:00 PM, p. 4.

[53] "El Pollo Loco Holdings, Inc. Announces First Quarter 2015 Financial Results," *Globe Newswire*, Company press release, 14 May 2015, 4:01 PM; and "Q1 2015 El Pollo Loco Holdings Inc Earnings Call," Thomson Reuters, conference call, 14 May 2015, 5:00 PM, p. 3.

29

Company expected the "second quarter comparable sales to be closer to the low end of the [guided] range."[54]

120.   On the conference call, management explained that weaker than expected comparable sales growth in 1Q 2015 was due to the "timing of the New Year's holiday" and a menu shift.[55] Specifically, the Company explained that the lower comparable store sales were "a marketing communication story, not a product story."[56]

121.   In their reports following the earnings announcement, analysts commented on the Company's lower-than-expected comparable restaurant sales growth.

> "While 1Q15 results met expectations on bottom line, co. comps unexpectedly decelerated as many new offerings possibly diluted their efficacy. More broadly, this may underscore how the business has become dependent on LTOs [Limited Time Offers]. EPS benefits from lower int. exp, so no cuts, but lowering comp ests. …Vs our prior model, we are lowering systemwide FY15 comps to 3.8% vs 4.5% prior and 2Q comps to 3.1% (vs 5% prior)."
> **"1Q15: Lower Comps Create Flap over LTOs," by John Glass and Courtney O'Brien, Morgan Stanley, analyst report, 14 May 2015, p. 1.**

> "EPS $0.18 (+35%), beat cons by $0.01 on slightly better sales (potentially indicating better new unit productivity) even as Co. SSS of 3.5% missed cons of 5%. This, and 2Q SSS guide down due to tough start to qtr on marketing issue related to new proteins, will weigh on the stock…. 2Q has started out softer than 3-5% SSS guide given promo of both shrimp and beef at same time. …'15 guide maintained, but the NT SSS trends will dictate stock price direction, as is becoming increasingly evident in the sector."
> **"SSS Slowdown Looks Like It Will Create Buying Opportunity for Unit Ramp," by Andy Barish and Alexander Slagle, Jefferies, analyst report, 14 May 2015, p. 1, (emphasis in original).**

---

[54] "Q1 2015 El Pollo Loco Holdings Inc Earnings Call," *Thomson Reuters*, conference call, 14 May 2015, 5:00 PM, pp. 4-5.

[55] Id., p. 6.

[56] Id., p. 7.

"Still, in the interim, comps for the second quarter are anticipated at the low end of full-year guidance of 3% to 5% (versus consensus of 4% to 5%), with traffic likely inflecting into negative territory for the quarter. … Given that the second quarter comp slowdown appears to stem from self-inflicted wounds related to two overlapping high-ticket LTOs and a less focused value message, we are optimistic comps will begin to recover in the third quarter, although we acknowledge that the stock may be in a show-me state in the interim, particularly as traffic turns negative this quarter."

**"First-Quarter EPS Tops Expectations but Second-Quarter Comps Softer on Lack of Value Message," by Sharon Zackfia, *et. al.*, William Blair, analyst report, 15 May 2015, p. 1.**

### a.   Event Study Results: 15 May 2015

122.   On 15 May 2015, El Pollo Loco stock fell 16.26% (on a logarithmic return basis). The Market Index return that day was 0.11%, and the Peer Index return was 0.82%. Based on the regression model, the explained return on El Pollo Loco stock was 0.24%. The difference between the actual return of -16.26% and the explained return of 0.24% is a residual return of -16.49%.

123.   A residual return of -16.49% is an unusually large one-day decrease for El Pollo Loco stock. That residual return is associated with a *t*-statistic value of -6.37, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated *t*-statistic given that particular explanation is virtually nil. Therefore, the stock return is deemed statistically significant.

### 2.   14 August 2015

124.   On 13 August 2015, after the close of trading, El Pollo Loco announced financial results for Q2 2015 and held a conference call with investors.[57] For the quarter, the Company reported revenue of $89.5 million and a pro forma net income of $7.4 million, or $0.19 per diluted share. System-wide comparable restaurant sales rose by 1.3% year-over-year, as compared to growth 5.4% year-over-year growth in Q2 2014. Company-operated

---

[57] "El Pollo Loco Holdings, Inc. Announces Second Quarter 2015 Financial Results," *Globe Newswire*, Company press release, 13 August 2015, 4:01 PM; and "Q2 2015 El Pollo Loco Holdings Inc Earnings Call," *Thomson Reuters*, conference call, 13 August 2015, 5:00 PM.

comparable restaurant sales declined by 0.5% year-over-year.[58] The decline in Company-operated comparable sales comprised a 3.9% year-over-year decrease in traffic and a 3.4% year-over-year increase in average check size.[59]

125. During the conference call, management explained that the reason why system-wide comparable restaurant sales were below the previously expected 3% growth, was due to "combination of higher-priced offerings and a reduction of our value portion of our menu."[60]

126. Analysts commented on the Company's lower-than-expected comparable restaurant sales and the decline in traffic during 2Q 2015.

> "2Q comps again missed expectations, with -4% traffic particularly disappointing. The combination of running multiple higher price point offerings while removing lower price point value messaging ($5 combo and under 500 line) was blamed for the reduction in visits. Traffic has improved since LOCO reintroduced the $5 combo meal and under 500 line in 3Q, but remains negative. The severe dropoff in traffic due to higher price points in 2Q calls into question LOCO's ability to take pricing to offset future cost pressures, including looming minimum wage hikes in CA and LA in '16 and beyond, as well as raise the average check. The broader issue remains that the company had relied on product innovation to drive comps historically, and is seeing less incrementality from similar promos today. We are lowering our comp ests for the year, with our new EPS estimate of 67c at the low end of guided range. The overhang of comp uncertainty likely weighs on shares near term."
> **"2Q15: Another Comp Miss," by John Glass, *et. al.*, Morgan Stanley, analyst report, 13 August 2015, p. 1.**

> "**2Q SSS Trends Worsened.** Although we thought SSS would improve as 2Q went on, the focus on premium items did not resonate with consumers to the extent to offset what appears to be a drop-off in value-oriented traffic. We were estimating +2.5% company-owned SSS and the results came in at a disappointing -0.5%, including a 3.9% traffic decline partly offset by +3.4% check average. … We have been looking for a return to 4% SSS in

---

[58] "El Pollo Loco Holdings, Inc. Announces Second Quarter 2015 Financial Results," *Globe Newswire*, Company press release, 13 August 2015, 4:01 PM; and "Q2 2015 El Pollo Loco Holdings Inc Earnings Call," *Thomson Reuters*, conference call, 13 August 2015, 5:00 PM, p. 2.

[59] "Q2 2015 El Pollo Loco Holdings Inc Earnings Call," *Thomson Reuters*, conference call, 13 August 2015, 5:00 PM, p. 4.

[60] Id., pp. 2-3.

the 2H at company-owned units, but it does not appear as if the company will get there with 3Q trends improving to date from 2Q but traffic still running negative. New SSS guidance of approximately 3% systemwide implies about +3% for the 2H, although it sounds like 3Q will be below that and 4Q could be back on track as value message builds and drives consumer visits."

**"2Q Results Show Deceleration in SSS Trends; 3Q Improving Modestly," by Andy Barish, *et. al.*, Jefferies, analyst report, 13 August 2015, p. 1 (emphasis in original).**

"Systemwide same-store sales grew 1.3% against a 5.4% comparison, short of guidance for the low end of full-year guidance of 3% to 5% and resulting in the second straight quarter of decelerating one- and two-year comp trends."

**"Second-Quarter Comps Disappoint; Top-Line Guidance Lowered Despite Some Improvement in Third Quarter," by Sharon Zackfia and Matthew Curtis, William Blair, analyst report, 13 August 2015, p. 1.**

a.      Event Study Results: 14 August 2015

127.   On 14 August 2015, El Pollo Loco stock fell 23.19% (on a logarithmic return basis). The Market Index return that day was 0.38%, and the Peer Index return was 0.12%. Based on the regression model, the explained return on El Pollo Loco stock was 0.37%. The difference between the actual return of -23.19% and the explained return of 0.37% is a residual return of -23.56%.

128.   A residual return of -23.56% is an unusually large one-day decrease for El Pollo Loco stock. That residual return is associated with a *t*-statistic value of -9.10, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated *t*-statistic given that particular explanation is virtually nil. Therefore, the stock return is deemed statistically significant.

3.      **Event Study Summary**

129.   The event study shows that for each event tested, there was a statistically significant price reaction to Company-specific news. The event study shows that there was a cause and effect relationship between new, unexpected, valuation-relevant information and significant reactions in the market price of El Pollo Loco stock. These findings demonstrate that El Pollo Loco stock reacted to new information, and thus the market for El Pollo Loco stock was efficient.

33

### C.   Collective Tests of Market Efficiency

### 1.   Tests of Event Return Dispersion

130. Announcements of financial results sometimes constitute unexpected good news and sometimes constitute unexpected bad news. Therefore, one would expect a wider dispersion of returns on earnings announcement dates, as compared to ordinary days, as long as some of the announcements contained some unexpected good or bad news.

131. It follows that if the dispersion of El Pollo Loco returns on earnings and guidance announcement days was significantly greater than the dispersion of El Pollo Loco stock returns on non- or lesser-news days, this finding would further demonstrate that the stock price reacted to news, which establishes market efficiency. I conducted an F-test and an Ansari-Bradley test to determine whether this is the case. These tests focus on return dispersion.

132. Because the Class Period only contains two earnings and guidance events, I broadened the collective test examination period to include the Estimation Period. That is, I ran the collective tests on the period from 15 May 2015 through 13 May 2016 to include El Pollo Loco earnings and guidance announcement dates on 13 November 2015, 11 March 2016, and 6 May 2016. During this period, there were five total earnings and guidance announcement dates: 14 May 2015, 13 August 2015, 13 November 2015, 11 March 2016, and 6 May 2016. Therefore, there were five days in the set of information event dates, and 247 days in the sample of ordinary lesser or no-news days.

133. Because these earnings and guidance announcements were each after the close of trading, for each of these events the trading day on which the new information would impact El Pollo Loco stock price would have been 15 May 2015, 14 August 2015, 13 November 2015, 11 March 2016, and 6 May 2016, respectively. Consequently, for testing purposes, the event dates are 15 May 2015, 14 August 2015, 13 November 2015, 11 March 2016, and 6 May 2016.

134. I ran both tests on the residual returns for El Pollo Loco stock. Running the tests on residual returns focuses the tests more precisely on the effects of Company-specific information on the Company's stock price.

### a. *F-Test*

135. The sample standard deviation of the earnings and guidance announcement event day residual returns was 5.38%. The sample standard deviation of all other returns was 2.58%. Clearly, the earnings announcement day sample standard deviation was greater than the sample standard deviation for all other non- or lesser-news dates – over two times greater.

136. An F-test assesses whether the difference between the two sample standard deviations is statistically significant, or alternatively, a potentially random result. The F-statistic for these two samples is 4.35 which is greater than the 95% confidence level critical F-statistic value of 2.41 (with 4 and 246 degrees of freedom), indicating that the difference in sample standard deviations is statistically significant and meaningful.

137. The F-test finds that the dispersion of earnings and guidance announcement returns is significantly greater than the dispersion of returns for all other non- or lesser-news dates. This result demonstrates that the price of El Pollo Loco stock moved more on earnings and guidance announcement days than on other days. This statistical result indicates that there was a cause and effect relationship between the release of new information and reactions in the El Pollo Loco stock price, which therefore establishes that El Pollo Loco stock traded in an efficient market.

### b. *Ansari-Bradley Test*

138. The Ansari-Bradley test is another test that determines whether two data samples have significantly different dispersions, which, as discussed above, when applied to a sample of earnings announcement dates, in comparison to all other non- or lesser-news dates, would indicate market efficiency. The Ansari-Bradley test is a well-regarded and generally accepted test for comparing sample dispersions and is presented and described in numerous authoritative textbooks.[61]

---

[61] *See, e.g.*, "Rank-Sum Tests For Dispersions," *The Annals of Mathematical Statistics*, vol. 31, by A.R. Ansari and R. A. Bradley, 1960, pp. 1174-1189; *Applied Nonparametric Statistical Methods*, 4th Edition, by Peter Sprent and Nigel C. Smeeton, 2007, pp. 170-178; *Applied Nonparametric Statistics*, by Wayne W. Daniel, Houghton Mifflin, 1978, pp. 103-107; *Nonparametric Statistical Methods*, by Myles Hollander and Douglas A. Wolfe, John Wiley & Sons, 1973, pp. 142-158; *Beyond ANOVA: Basics of Applied Statistics*, by Rupert G. Miller, Jr., John Wiley & Sons, 1986, pp. 266-278.

139. Applied to the earnings and guidance announcement returns, and the sample of all other returns observed during the Estimation Period, the Ansari-Bradley test, like the F-test, finds with an extremely high degree of statistical certainty that the dispersion of earnings and guidance announcement returns was significantly greater than the dispersion of returns on all other non- or lesser-news dates. The Ansari-Bradley C-statistic for the two samples of El Pollo Loco stock residual returns is 3.75, which is greater than the critical C-statistic threshold of 1.65 for significance at the 95% confidence level.[62] This result demonstrates that the price of El Pollo Loco stock moved more on earnings and guidance announcement days than on other days during the Estimation Period.

140. This statistical test result indicates that there was a cause and effect relationship between the release of new, Company-specific information and reactions in the El Pollo Loco stock price, which therefore further supports that El Pollo Loco stock traded in an efficient market during the Class Period.

## VIII.  MARKET EFFICIENCY SUMMARY

141. El Pollo Loco stock traded on the NASDAQ stock exchange, and numerous market makers facilitated trading in the stock. The Company was covered by analysts and the news media. Institutional ownership of El Pollo Loco stock was widespread, and trading was active. Market capitalization and float were high. The stock's bid-ask spread was narrow. Current and historical financial information about the Company was readily available to investors and analysts. The Company was eligible for S-3 registration during the Class Period after 24 July 2015. Prior to that date, El Pollo Loco was technically not eligible for S-3 registration, however, information provided by analysts, news coverage, SEC filings, and the Company itself provided investors with access to financial information about the Company on a continuous basis. To the extent that S-3 registration eligibility indicates company characteristics associated with market

---

[62] The Ansari-Bradley critical C-statistic threshold of 1.65 indicates statistical significance at the 95% confidence level for a one-tailed test. Here the critical test statistic is for a one-tailed test because the question at issue is whether event dates have *greater* volatility than non-events.

efficiency, the Company clearly possessed those particular characteristics throughout the Class Period.

142. The market for El Pollo Loco stock satisfied all of the *Cammer* and *Unger/Krogman* factors, which indicate market efficiency, with the innocuous exception to S-3 registration eligibility noted above.

143. El Pollo Loco stock satisfied the empirical *Cammer* factor, demonstrating market efficiency. The empirical tests proved that there was a cause and effect relationship between new, Company-specific information, and movements in the price of El Pollo Loco stock.

144. Given these facts, I conclude that El Pollo Loco stock traded in an efficient market over the course of the Class Period.

## IX. EFFICIENCY OF THE MARKET FOR EL POLLO LOCO OPTIONS

145. I was asked to also assess whether the market for El Pollo Loco options was efficient during the Class Period. Stock options are contracts that allow the holder of the contract to buy or sell an underlying stock at a specified price ("strike price") at or up to a specified date ("expiration date").  Exchange-traded options are traded in units called "contracts." Each option contract entitles the holder to buy or sell 100 shares of the underlying stock upon exercise or expiration. The holder of a call option has the right, but not the obligation, to purchase 100 shares of the underlying stock at the strike price, and the holder of a put option has the right, but not the obligation, to sell 100 shares of the underlying stock at the strike price.

146. Because the relationship between option contracts and the underlying stock is derivative, the value of a call option should generally increase (decrease) following an increase (decrease) in the price of underlying stock and the value of a put option should generally decrease (increase) following an increase (decrease) in the price of the underlying stock.

147. Therefore, the factors that indicate the efficiency of the market for El Pollo Loco common stock examined above are relevant to assessing the efficiency of the market for the El Pollo Loco options. On account of these factors, which foster and indicate market efficiency, consistent with the *Cammer* opinion, and the empirical analysis presented below, I conclude that the market for the El Pollo Loco Options were similarly efficient.

37

148. The *Cammer* court explicitly acknowledged the importance of a Chicago Board Options Exchange listing and the implications of such a listing for market efficiency:

> "We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System."
> **Cammer, 711 F. Supp. at 1292 (quoting Bromberg & Lowenfels, *Securities Fraud and Commodities Fraud*, §8.6 (1988)).**

149. That the El Pollo Loco Options traded on the Chicago Board Options Exchange is strong evidence that the El Pollo Loco Options traded in an efficient market throughout the Class Period.

### A.      Event Study Test of Market Efficiency for El Pollo Loco Options

150. In an informationally efficient market, one would expect the price of the El Pollo Loco call options to decline following the two negative earnings surprise events tested in the common stock event study. Conversely, one would expect the price of the Company's put options to increase following these two events. To test this hypothesis, I conducted an event study for the El Pollo Loco options on the same two earnings surprise events tested for the common stock event study: 15 May 2015 and 14 August 2015.

151. According to option pricing principles, a combination portfolio consisting of a purchased call option, a written put option, and a long position in a risk-free investment initially equal to the strike price of the options should replicate an investment in El Pollo Loco common stock. Based on this principle I constructed a timeseries of synthetic stock prices so that I could test whether the option prices responded to the release of new Company-specific information, in a statistically significant manner similar to the behavior of the underlying stock.[63]

152. If an investor were to purchase a synthetic share of El Pollo Loco stock, that investor would need to buy a call option at its ask price, sell a put at its bid price, and invest at the

---

[63] *See*, for example, *Option, Futures, and other Derivatives*, by John C. Hull, eighth edition, Prentice Hall, 2012.

risk-free rate to execute this transaction ("synthetic ask price").[64] For the risk-free rate I used the 1-Year Treasury Constant Maturity Rate.[65] The synthetic ask price can be expressed as follows:

$$S_{Ask} = C_{Ask} - P_{Bid} + PV(K)$$

Where:

S = Synthetic stock price

C = Call price

P = Put price

PV(K) = Present value of the forwards contract (invested money)

153. Alternatively, if an investor were to sell a synthetic share of El Pollo Loco stock, that investor would need to sell a call option at its bid price, buy a put option at its ask price, and borrow the present value of the strike price ("synthetic bid price"). I used the Broker-Call Money Rate Index as the interest rate for borrowed money.[66] Interest rate data are presented in Exhibit-8. The synthetic bid price can be expressed as follows:

$$S_{Bid} = C_{Bid} - P_{Ask} + PV(K)$$

Where:

S = Synthetic stock price

C = Call price

P = Put price

PV(K) = Present value of the forwards contract (borrowed money)

154. Using the above methodology and option contract data obtained from *iVolatility*, I computed synthetic stock prices from El Pollo Loco options, for every day during the Estimation Period. I used every option contract for which there was positive trading volume on each respective day. On each day, I averaged all computed synthetic stock

---

[64] The call and put options must have the same strike price and time to expiration.

[65] Interest rate data obtained from: https://fred.stlouisfed.org/series/DGS1.

[66] Broker-Call Money Rate Index obtained from Bloomberg.

prices, to arrive at that day's synthetic stock bid price. On each day, I averaged all computed synthetic stock ask prices, to arrive at that day's synthetic stock ask price. I then took the midpoint of the synthetic stock ask and bid prices, to arrive at each day's synthetic stock price constructed from option prices. From the synthetic stock prices, I calculated daily logarithmic returns.[67] The prices and returns of the synthetic stock are presented in Exhibit-9.

155.   I ran a regression on the daily synthetic stock price returns using the same explanatory variables, Estimation Period, and dummy variables that I used for the common stock event study regression. The regression results are presented in Exhibit-10.

156.   I then computed the explained portion of El Pollo Loco synthetic stock return on the two earnings surprise events by adding: 1) the estimated regression intercept term, 2) the respective day's Market Index return multiplied by the Market Index coefficient estimated by the regression, and 3) the respective day's Peer Index return multiplied by the Peer Index coefficient estimated by the regression. Residual returns were computed by subtracting the explained return from the actual return.

157.   Just as with the common stock, a $t$-test was conducted to determine whether the residual return of the El Pollo Loco synthetic stock (which reflects the option prices) was statistically significant on both of the earning surprise event dates. The results of the event study are presented below and summarized in Exhibit-11.

### B.   Event Study Results

#### 1.   15 May 2015

158.   On 15 May 2015, El Pollo Loco synthetic stock fell 16.01% (on a logarithmic return basis). The Market Index return that day was 0.11%, and the Peer Index return was 0.82%. Based on the regression model, the explained return on El Pollo Loco synthetic stock was 0.14%. The difference between the actual return of -16.01% and the explained return of 0.14% is a residual return of -16.15%.

---

[67] Because creating a synthetic share of stock requires that the call option and put option have the same strike price and time to expiry, the analysis was performed on only option contracts that could be matched based on strike price, date of execution, and date of expiry.

159. A residual return of -16.15% is associated with a *t*-statistic value of -6.63, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated *t*-statistic given that particular explanation is virtually nil. Therefore, the synthetic stock return is deemed statistically significant.

### 2.   14 August 2015

160. On 14 August 2015, El Pollo Loco synthetic stock fell 22.54% (on a logarithmic return basis). The Market Index return that day was 0.38%, and the Peer Index return was 0.12%. Based on the regression model, the explained return on El Pollo Loco synthetic stock was 0.20%. The difference between the actual return of -22.54% and the explained return of 0.20% is a residual return of -22.74%.

161. A residual return of -22.74% is associated with a *t*-statistic value of -9.34, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated *t*-statistic given that particular explanation is virtually nil. Therefore, the synthetic stock return is deemed statistically significant.

### 3.   Event Study Summary

162. The event study shows that for both of the events tested, there was a statistically significant price reaction to Company-specific news. The event study shows that the cause and effect relationship already observed between new, unexpected, valuation-relevant information and significant reactions in the market price of El Pollo Loco common stock was similarly reflected in the price movements of the El Pollo Loco Options. These findings demonstrate that El Pollo Loco options contracts reacted to new information, which is the hallmark of an informationally efficient market.

163. Given these facts, I conclude that the El Pollo Loco option contracts traded in an efficient market during the Class Period.

## X.      COMMON DAMAGE METHODOLOGY

### A.      Section 10(b) Damage Methodology

164.   Plaintiffs' counsel asked me to opine on whether per share or per contract damages could be measured for each Class member under Section 10(b) of the Exchange Act using a common methodology for all Class members.

165.   It should be noted that I have not conducted a loss causation analysis at this time and reserve the right to address such issues at the appropriate stage. The loss causation analysis that will be necessary to actually calculate damages in the current case requires the full development of the record.

166.   Nonetheless, the methodology discussed herein allows the calculation of individual and class-wide damages stemming from various alleged misrepresentations and omissions and therefore will accommodate alternative potential determinations of liability. Economic analyses (including valuation and empirical event study analysis) can be used to estimate the relationship between specific statements or sets of statements and the subsequent effect on prices, in the case of affirmative statements, omissions, and/or corrective disclosures. As such, class-wide damages in response to the specific misrepresentations and omissions ultimately established by the Plaintiffs can be calculated in a straightforward manner common to all Class members. Out-of-pocket damages can be measured as the difference between the amount of security price inflation at purchase and the amount of inflation in the security price at sale taking into account formulaic prescriptions in relevant case law and statutes.

167.   Assuming a Plaintiff verdict on the allegations of fraud, Section 10(b) per share damages, respectively for each investor, can be measured as follows:

> i.      First, valuation tools, which would include event study analysis such as that described herein, would be used to establish that the disclosure(s), correcting the alleged misrepresentations and omissions, caused the price of El Pollo Loco securities to fall. This analysis, after controlling for potentially non-fraud-related information, would establish that the alleged misrepresentations and omissions had caused the security prices to be artificially inflated, and that the corrective disclosure(s) caused the inflation

  to dissipate, in turn causing investor losses. This analysis would apply on a class-wide basis.

ii. Second, an inflation ribbon would be constructed, using generally accepted empirical analysis and valuation tools, indicating how much artificial inflation caused by the alleged misrepresentations and omissions was in the price of El Pollo Loco securities on each day during the Class Period. An inflation ribbon is a time series of the difference between a security's actual price observed in the marketplace, and the estimated price that the security would have traded at each day had there been full disclosure from the outset of the Class Period. Construction of the inflation ribbon generally employs event study analysis, combined with widely used and generally accepted valuation tools and models. The inflation ribbon is often constructed by working chronologically backwards from the final corrective disclosure to the start of the Class Period, accounting for alleged fraud-related residual price declines as they occurred. Inflation prior to a corrective disclosure that dissipated inflation is greater than the inflation afterward by the amount of inflation that dissipated. The full array of generally accepted and widely used valuation tools can be applied, if necessary, to calculate the but-for security prices under the assumption of prior full disclosure. This analysis would also apply on a class-wide basis.

iii. Third, the measure of per share or per contract damages generally applied in 10(b)-5 cases is the reduction in the inflation ribbon over an investor's holding period (the economic/inflation loss) that was caused by corrective disclosures. That is, for each Class member, per share or per contract damages would be calculated as the difference between the inflation on the date the shares were purchased and the inflation on the date those same shares were subsequently sold, excluding any inflation dissipation caused by factors other than corrective disclosure. Per share or per contract damages are also limited, however, to be no greater than the decline in security price over the holding period, which is the investment loss actually sustained. Pursuant to the Private Securities Litigation Reform Act of 1995 (the

43

"PSLRA") (15 U.S.C. § 78u-4(e)), for any shares or contracts sold during the 90-day period after the end of the Class Period, per share or per contract damages would be calculated as the lesser of the reduction in the dollar inflation over the investor's holding period (the economic/inflation loss), or the decline in the security price (the investment loss), where the terminal security price is deemed to be the average price from a corrective disclosure date to the sale date. Also pursuant to the PSLRA, for any shares or contracts held 90 days or more "beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market," damages would equal the lesser of the reduction in the dollar inflation over the investor's holding period (the economic/inflation loss) or the decline in the security price (the investment loss), where the terminal security price is deemed to be the average price over the 90 days following the date on "which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." The calculation of each Class member's damages would be a mechanical arithmetical exercise, conducted the same way for all Class members, applying the results of the class-wide analyses described above to each Class member's trading data.

168. Consequently, each Class member's damages under Section 10(b) can be computed in the same way, common to all Class members, using readily available daily pricing information, in accordance with widely used and generally accepted methodologies and the PSLRA.

169. I have not yet been asked to calculate damages for any of the claims alleged on behalf of the Class, and such calculations will likely depend, in part, on the completion of discovery. However, the methodology described above is generally accepted and widely used for calculating damages under Section 10(b) consistently on a class-wide basis in securities class actions.

44

## XI.    LIMITING FACTORS AND OTHER ASSUMPTIONS

170.    This report is furnished solely for the purpose of court proceedings in the above referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to supplement or amend this report, including in the event additional information becomes available.

Steven P. Feinstein, Ph.D., CFA

## XII.   APPENDIX: LOGARITHMIC RETURNS

A-1.   Logarithmic returns, rather than percent change returns are commonly used in stock return regressions and event study analysis and were used in the regression modeling here. The formula for a logarithmic return is:

$$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:

$R_t$ is the logarithmic return on day t;
$P_t$ is the stock price at the end of day t;
$P_{t-1}$ is the stock price from the previous day, day t-1;
$d_t$ is the dividend on day t, if any.

A-2.   The formula for converting a logarithmic return into a dollar return is:

$$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:

$DR_t$ is the dollar return on day t;
$P_{t-1}$ is the stock price from the previous day, day t-1;
e is natural e (approximately 2.7);
$R_t$ is the logarithmic return on day t.

A-3.   If a stock falls from $20 to $18, the percent change in price is -10%, equal to the $2 decline divided by the original $20 price. The logarithmic return, however, is -10.54%, equal to ln($18/$20).

A-4.   The logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

A-5.   An attractive feature of a logarithmic return is that it can be decomposed into contributing factors linearly. That is, the portion of a logarithmic return caused by company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by market and peer group factors.

**Exhibit-1**

**Documents and Other Information Considered**

**CASE DOCUMENTS**

- Consolidated Third Amended Complaint for Violations of the Federal Securities Laws, filed 17 April 2017.

**NEWS ARTICLES/PRESS RELEASES**

- Factiva news articles (819) from 15 May 2014 to 13 August 2016, downloaded using the following search parameters: Sources Field: All Subjects; Company: El Pollo Loco Holdings Inc.; All Subjects; All Industries; All Regions.
- Factiva news articles (113) from 15 May 2015 to 13 August 2015, downloaded using the following search parameters: Sources Field: All Subjects; Company: El Pollo Loco Holdings Inc.; All Subjects; All Industries; All Regions.

**ANALYST REPORTS**

- Jefferies, 14 May 2015
- Morgan Stanley, 14 May 2015
- William Blair & Company, 15 May 2015
- William Blair & Company, 10 Jun 2015
- Jefferies, 13 Aug 2015
- Morgan Stanley, 13 Aug 2015
- William Blair & Company, 13 Aug 2015
- Jefferies, 18 Aug 2015

**SEC FILINGS**

- El Pollo Loco Corporation, S-1/A, filed 22 July 2014.
- El Pollo Loco Corporation, 424B4, filed 28 July 2014.
- El Pollo Loco Corporation, 424B4, filed 20 November 2014.
- El Pollo Loco Corporation, Form 10-K for the Fiscal Year Ended 31 December 2014, filed 17 March 2015.
- El Pollo Loco Corporation, Form 10-Q for the Quarter Ended 1 April 2015, filed 15 May 2015.
- El Pollo Loco Corporation, Form 8-K, filed 30 June 2015.
- El Pollo Loco Corporation, Form DEF 14A, filed 1 July 2015.
- El Pollo Loco Corporation, Form DEFA14A, filed 1 July 2015.

**Exhibit-1**

**Documents and Other Information Considered**

- El Pollo Loco Corporation, Form 8-K, filed 13 August 2015.
- El Pollo Loco Corporation, Form 10-Q for the Quarter Ended 1 July 2015, filed 14 August 2015.
- El Pollo Loco Corporation, Form 8-K, filed 14 August 2015.
- El Pollo Loco Corporation, Form 10-Q for the Quarter Ended 30 September 2015, filed 13 November 2015.
- El Pollo Loco Corporation, Form 8-K, filed 13 November 2015.
- El Pollo Loco Corporation, Form 8-K, filed 22 February 2016.
- El Pollo Loco Corporation, Form 10-K for the Fiscal Year Ended 31 December 2015, filed 11 March 2016.
- El Pollo Loco Corporation, Form 8-K, filed 14 March 2016.
- El Pollo Loco Corporation, Form 8-K, filed 4 April 2016.
- El Pollo Loco Corporation, Form DEF 14A, filed 26 April 2016.
- El Pollo Loco Corporation, Form DEFA14A, filed 26 April 2016.
- El Pollo Loco Corporation, Form 10-Q for the Quarter Ended 30 March 2016, filed 6 May 2016.
- El Pollo Loco Corporation, Form 8-K, filed 6 May 2016.


**ACADEMIC AND PROFESSIONAL LITERATURE**

- Ansari, A.R. and R. A. Bradley, "Rank-Sum Tests For Dispersions," *The Annals of Mathematical Statistics*, 31, 1960.
- Aktas, Nihat, et al., "Event Studies with a Contaminated Estimation Period," *Journal of Corporate Finance*, 2007.
- Atkins, Allen B. and Edward A. Dyl, "Price Reversals, Bid-Ask Spreads, and Market Efficiency," *Journal of Financial and Quantitative Analysis*, 1990.
- Ball, Ray, and Stephen J. Brown, "An Empirical Evaluation of Accounting Income Numbers," *Journal of Accounting Research*, 1968.
- Ball, Ray, "Anomalies in Relationships Between Securities' Yield and Yield-Surrogates," *Journal of Financial Economics*, 1978.
- Ball, Ray, and S. P. Kothari, "Security Returns around Earnings Announcements," *The Accounting Review*, 1991.
- Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stock Efficiency," *The Journal of Corporation Law*, 1994.
- Beaver, William H., "The Information Content of Annual Earnings Announcements" *Journal of Accounting and Research*, 1968.
- Beaver, William H., *Financial Reporting: An Accounting Revolution*, 3rd ed., 1998.
- Binder, John J., "Measuring the Effects of Regulation with Stock Price Data," *The RAND Journal of Economics*, 1985.

48

**Exhibit-1**

**Documents and Other Information Considered**

- Box, G. E. P., and G. C. Tiao "Intervention Analysis with Applications to Economic and Environmental Problems," *Journal of the American Statistical Association*, 1975.
- Brav, Alon and J.B. Heaton, "Event Studies in Securities Litigation: Low Power, Confounding Effects, And Bias," *Washington University Law Review*, 30 March 2015.
- Bromberg, Alan R. and Lewis D. Lowenfels, *Securities Fraud and Commodities Fraud,* December 2003.
- Campbell, John Y., Andrew W. Lo and A. Craig MacKinlay, *The Econometrics of Financial Markets*, Princeton University Press, 1997.
- Crew, Nicholas I., et al., "Federal Securities Acts and Areas of Expert Analysis," *Litigation Services Handbook*; Chapter 24, *The Role of the Financial Expert*, 5th ed., edited by Roman L. Weil, Daniel G. Lentz, and David P. Hoffman, John Wiley & Sons, Inc., 2012.
- Daniel, Wayne W., *Applied Nonparametric Statistics*, Houghton Mifflin, 1978.
- Degeorge, Francois, Jayendu Patel, and Richard Zeckhauser, "Earnings Management to Exceed Thresholds," *Journal of Business*, 1999.
- Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970.
- Fama, Eugene F., "Efficient Capital Markets: II," *Journal of Finance*, 1991.
- Hull, John C., *Options, Futures and other Derivatives,* 8th Edition, 2012.
- Hollander, Myles, and Douglas A. Wolfe, *Nonparametric Statistical Methods*, John Wiley & Sons, 1973.
- Larcker, David F., et al., "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial & Quantitative Analysis*, 1980.
- Malatesta, Paul H., "Measuring Abnormal Performance: The Event Parameter Approach Using Joint Generalized Least Squares," *The Journal of Financial and Quantitative Analysis*, 1986.
- Miller, Rupert G., *Beyond ANOVA: Basics of Applied Statistics*, John Wiley & Sons, 1986.
- Patell, James M., and Mark A. Wolfson, "The Intraday Speed Of Adjustment Of Stock Prices To Earnings And Dividend Announcements," *Journal of Financial Economics*, 1984.
- Sprent, Peter and Nigel Smeeton, *Applied Nonparametric Statistical Methods*, 4th Edition, 2007.
- Tabak, David I., and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001.

**Exhibit-1**

**Documents and Other Information Considered**

- Thompson, Rex, "Conditioning the Return-Generating Process on Firm-Specific Events: A Discussion of Event Study Methods," *The Journal of Financial and Quantitative Analysis*, 1985.
- Watts, Ross L., "Systematic Abnormal Returns After Quarterly Earnings Announcements" *Journal of Financial Economics*, 1978.

**CONFERENCE CALLS**

- "Q1 2015 El Pollo Loco Holdings Inc Earnings Call," *Thomson Reuters*, conference call, 14 May 2015.
- "Q2 2015 El Pollo Loco Holdings Inc Earnings Call," *Thomson Reuters*, conference call, 13 August 2015.

**DATA AND DATABASES**

- Bloomberg
- Capital IQ
- CRSP (Center for Research in Security Prices)
- Factiva
- FRED
- iVolatility
- Thomson Eikon

**LEGAL CASES**

- *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y 2008).
- *Amgen Inc., et al. v. Connecticut Retirement Plans*, 133 S. Ct. 1184, 1190 (2013).
- *Basic, Inc. v. Levinson*, 485 U.S. (1988).
- *Cammer v. Bloom,* 711 F. Supp. 1264 (N.J., 1989).
- *Cheney v. Cyberguard Corp.,* 213 F.R.D. 484, 499 (S.D. Fl. 2003).
- *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D.Tex. 2001).
- *In re PolyMedica Corp. Sec. Litig.*, 453 F. Supp. 2d 266 (D. Mass. 2006).
- *Unger v. Amedisys*, 401 F.3d 316 (5th Cir. 2005).
- *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 573 (C.D. Cal. 2012).
- *Halliburton Co. Et Al. v. Erica P. John Fund, Inc.,* 573 U. S. 10 (2014).

50

**Exhibit-1**

**Documents and Other Information Considered**

**OTHER**

- Section 10(b) of the Exchange Act of 1934.
- "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8812, 20 June 2007.
- "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.
- *Indices: Float Adjustment Methodology*, S&P Dow Jones Indices, July 2012.
- "Brief of Financial Economists as Amici Curiae in Support of Respondents," *Halliburton Co. and David Lesar v., Erica P. John Fund, Inc.*, 5 February 2014.
- https://fred.stlouisfed.org/series/DGS1
- Any other documents and data cited in the report.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Babson College
Finance Division
Babson Park, MA  02457
781-239-5275
Feinstein@Babson.edu

## EDUCATION

1989    YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986    YALE UNIVERSITY
M.Phil. in Economics

1983    YALE UNIVERSITY
M.A. in Economics

1981    POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)

## TEACHING EXPERIENCE

1996 - present        BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center (2002-2007)
Assistant Professor (1996-2000)

1990 - 1995        BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994        WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

52

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## BUSINESS EXPERIENCE

2008 - present      CROWNINSHIELD FINANCIAL RESEARCH, INC.
Wellesley, MA
President and Senior Expert

1996 - 2008      THE MICHEL-SHAKED GROUP
Boston, MA
Senior Expert (2001 - 2008)
Affiliated Expert (1996 - 2001)

1987 - 1990      FEDERAL RESERVE BANK OF ATLANTA
Economist

## PROFESSIONAL DESIGNATIONS

1998   Awarded the Chartered Financial Analyst designation by the Association for Investment Management and Research.

## RESEARCH AWARDS

1999   Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010.  Available from http://www.law360.com/articles/170690.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked). *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

54

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management*.  New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*.  New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.


## PRESENTATIONS

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility:  Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.


**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk
Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

57

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


## COURSES TAUGHT

Capital Markets
Mod B: Decision Making and Applications, Finance stream (MBA)
Financial Reporting and Corporate Finance (MBA)
Valuation (MBA)
Investments (MBA and Executive)
Equity Markets (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Babson College Fund (Undergraduate and MBA)
Options and Futures (Undergraduate)
Advanced Derivative Securities (MBA)
Corporate Finance (MBA and Executive)
Financial Management (MBA)
Risk Management (MBA)
Corporate Financial Strategy (MBA)
Integrated Management (Undergraduate)
Cross-Functional Management (Integrated curriculum, Undergraduate)
Continuous-Time Finance (Doctoral)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)


## TEACHING AWARDS

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.


## SELECT LIST OF MEDIA CITATIONS

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

58

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe*, March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.


**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

60

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

Anwar, et al., v. Fairfield Greenwich Limited, et al.
Civil Action No. 09-cv-0118 (VM)
United States District Court
Southern District of New York
Deposition Testimony
February 2014

Mary K. Jones, et al., vs. Pfizer Inc., et al.
United States District Court
Southern District of New York
Civil Action no. 10-cv-03864-AKH
Deposition Testimony
January 2012 and October 2014

In Re Questcor Pharmaceuticals, Inc. Securities Litigation
Civil Action No. 12-cv-01623-DMG
United States District Court
Central District of California
Deposition Testimony
October 2014

In Re Longtop Financial Technologies, Ltd. Securities Litigation
Civil Action No. 11-cv-3658-SAS
United States District Court
Southern District of New York
Trial Testimony
November 2014

In Re Delcath Systems, Inc. Securities Litigation
Civil Action No. 13 Civ. 3116 (LGS)
United States District Court
Southern District of New York
Deposition Testimony
December 2014

In Re Prudential Financial, Inc. Securities Litigation
Civil Action No. 2:12-cv-05275-SDW-MCA
United States District Court
District of New Jersey
Deposition Testimony
January 2015

61

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Walter Energy, Inc. Securities Litigation
Civil Action No. 2:12-cv-00281-VEH
United States District Court
Northern District of Alabama
Deposition Testimony
January 2014 and March 2015

In Re CVS Caremark Corporation Securities Litigation
Civil Action No. 1:09-cv-00554-S-DLM
United States District Court
District of Rhode Island
Deposition Testimony
March 2015

In Re JPMorgan Chase & Co. Securities Litigation
Civil Action No. 1:12-cv-03852-GBD
United States District Court
Southern District of New York
Deposition Testimony
March 2015

In Re Baxter International Inc., et al. Securities Litigation
Civil Action No. 1:10-cv-06016
United States District Court
Northern District of Illinois Eastern Division
Deposition Testimony
November 2014 and May 2015

In Re Goldman, Sachs & Co., et al. Securities Litigation
Civil Action No. 10 Civ. 4429 (MGC)
United States District Court
Southern District of New York
Deposition Testimony
June 2015

In Re United States of America, et al. v. Frank Kurnik and Pharmerica Corp., et al.
Case No. 3:11-cv-1464-JFA
United States District Court
District South Carolina
Deposition Testimony
June 2015

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re HCA Holdings, Inc., Securities Litigation
Civil Action No. 3:11-cv-01033
United States District Court
Middle District of Tennessee
Nashville Division
Deposition Testimony
June 2015

In Re Claude A. Reese, et al. v. Robert A. Malone, et al.
Civil Action No. C08-1008 MJP
United States District Court
Western District of Washington at Seattle
Deposition Testimony
June 2015

In Re Bridgepoint Education, Inc. Securities Litigation
Civil Action No. 3:12-cv-01737-JM-JLB
United States District Court
Southern District of California
Deposition Testimony
July 2015

In Re Dana Corporation, et al. Securities Litigation
Civil Action No. 3:05-cv-07393-JGC
United States District Court
Northern District of Ohio
Deposition Testimony
June 2015 and August 2015

In Re Las Vegas Sands Corp. Securities Litigation
Civil Action No. 2:10-cv-00765-KJD-LRL
United States District Court
District of Nevada
Deposition Testimony
March 2015 and December 2015

In Re Groupon, Inc. Securities Litigation
Civil Action No. 12-cv-2450
United States District Court
Northern District of Illinois
Deposition Testimony
February 2014 and December 2015
Testimony at Evidentiary Hearing
September 2014

63

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re: Petrobras Securities Litigation
Case No. 14-cv-9662 (JSR)
United States District Court
Southern District of New York
Deposition Testimony
October 2015 and December 2015
Testimony at Evidentiary Hearing
December 2015

In Re Symbol Technologies, Inc. Securities Litigation
Civil Action No. 05-cv-3923-DRH
United States District Court
Eastern District of New York
Deposition Testimony
June 2014 and January 2016

In Re KBR, Inc. Securities Litigation
Case No. 4:14-CV-01287
United States District Court
Southern District of Texas
Deposition Testimony
April 2016

In Re: Petrobras Securities Litigation
Case No. 15-cv-04226 (JSR)
Case No. 15-cv-03923 (JSR)
Case No. 15-cv-03911 (JSR)
United States District Court
Southern District of New York
Deposition Testimony
June 2016

In Re World Acceptance Corporation Securities Litigation
Case No. 6:14-cv-01606
United States District Court
District of South Carolina
Deposition Testimony
February 2017

64

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Silver Wheaton Corp. Securities Litigation
Case No. 4 2:15-cv-05146
United States District Court
Central District of California
Deposition Testimony
February 2017

In Re Puma Biotechnology, Inc. Securities Litigation
Case No. 8:15-cv-00865-AG-JLG
United States District Court
Central District of California
Deposition Testimony
April 2017

In Re Medtronic, Inc. Securities Litigation
Master File No. 0:13-cv-01686-JRT-FLN
United States District Court
District of Minnesota
Deposition Testimony
April 2017

In Re LSB Industries, Inc. Securities Litigation
Master File No. 1:15-cv-07614-RA
United States District Court
Southern District of New York
Deposition Testimony
June 2017

In Re Resource Capital Corp. Securities Litigation
Master File No. 1:15-cv-07081-LLS
United States District Court
Southern District of New York
Deposition Testimony
July 2017

In Re American Realty Capital Properties Inc. Securities Litigation
Master File No. 1:14-cv-08668-ER
United States District Court
Southern District of New York
Deposition Testimony
June 2017
Testimony at Evidentiary Hearing
August 2017

65

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Marvell Technology Group, Ltd. Securities Litigation
Master File No. 5:15-cv-05447-WHA
United States District Court
Northern District of California
Deposition Testimony
August 2017

In Re Eletrobras Securities Litigation
Master File No. 1:15-cv-5754-JGK
United States District Court
Southern District of New York
Deposition Testimony
September 2017

In Re Insulet Corporation Securities Litigation
Master File No. 15-12345-MLW
United States District Court
District of Massachusetts
Deposition Testimony
October 2017

In Re Federal Home Loan Mortgage Corporation Securities Litigation
Master File No. 4:08-cv-00160-BYP
United States District Court
Northern District of Ohio Eastern Division
Deposition Testimony
August 2017
Deposition Testimony
November 2017

66

# Exhibit-4

## El Pollo Loco Common Stock
## Prices, Volume, and Returns

14 May 2015 through 13 May 2016

| Date | El Pollo Loco Closing Price | El Pollo Loco Closing Bid | El Pollo Loco Closing Ask | El Pollo Loco Trading Volume | El Pollo Loco Logarithmic Return |
|---|---|---|---|---|---|
| 5/14/2015 | $29.06 | | | | |
| 5/15/2015 | $24.70 | $24.69 | $24.70 | 6,984,624 | -16.26% |
| 5/18/2015 | $24.27 | $24.25 | $24.27 | 1,917,124 | -1.76% |
| 5/19/2015 | $23.31 | $23.30 | $23.33 | 2,985,868 | -4.04% |
| 5/20/2015 | $22.35 | $22.32 | $22.35 | 3,919,200 | -4.21% |
| 5/21/2015 | $22.80 | $22.78 | $22.80 | 1,634,293 | 1.99% |
| 5/22/2015 | $22.53 | $22.49 | $22.53 | 1,097,417 | -1.19% |
| 5/26/2015 | $22.15 | $22.12 | $22.15 | 1,164,431 | -1.70% |
| 5/27/2015 | $21.72 | $21.70 | $21.73 | 995,251 | -1.96% |
| 5/28/2015 | $21.28 | $21.25 | $21.28 | 1,065,821 | -2.05% |
| 5/29/2015 | $20.74 | $20.74 | $20.77 | 1,275,974 | -2.57% |
| 6/1/2015 | $20.78 | $20.76 | $20.78 | 867,139 | 0.19% |
| 6/2/2015 | $20.95 | $20.92 | $20.95 | 953,417 | 0.81% |
| 6/3/2015 | $21.14 | $21.11 | $21.14 | 725,786 | 0.90% |
| 6/4/2015 | $20.88 | $20.85 | $20.88 | 737,284 | -1.24% |
| 6/5/2015 | $20.88 | $20.88 | $20.90 | 508,308 | 0.00% |
| 6/8/2015 | $20.78 | $20.78 | $20.79 | 634,648 | -0.48% |
| 6/9/2015 | $20.67 | $20.64 | $20.65 | 768,544 | -0.53% |
| 6/10/2015 | $20.70 | $20.67 | $20.69 | 714,400 | 0.15% |
| 6/11/2015 | $20.65 | $20.64 | $20.65 | 504,275 | -0.24% |
| 6/12/2015 | $20.65 | $20.62 | $20.64 | 620,944 | 0.00% |
| 6/15/2015 | $20.71 | $20.69 | $20.71 | 517,504 | 0.29% |
| 6/16/2015 | $20.74 | $20.74 | $20.76 | 744,714 | 0.14% |
| 6/17/2015 | $20.89 | $20.87 | $20.89 | 473,023 | 0.72% |
| 6/18/2015 | $20.93 | $20.93 | $20.95 | 687,206 | 0.19% |
| 6/19/2015 | $21.45 | $21.41 | $21.42 | 1,207,197 | 2.45% |
| 6/22/2015 | $20.76 | $20.76 | $20.78 | 1,219,317 | -3.27% |
| 6/23/2015 | $20.81 | $20.79 | $20.81 | 509,224 | 0.24% |
| 6/24/2015 | $20.61 | $20.61 | $20.63 | 766,325 | -0.97% |
| 6/25/2015 | $20.70 | $20.69 | $20.70 | 488,873 | 0.44% |
| 6/26/2015 | $21.00 | $21.00 | $21.02 | 1,631,756 | 1.44% |
| 6/29/2015 | $20.76 | $20.75 | $20.77 | 773,318 | -1.15% |
| 6/30/2015 | $20.71 | $20.71 | $20.74 | 434,901 | -0.24% |
| 7/1/2015 | $20.47 | $20.47 | $20.50 | 390,262 | -1.17% |
| 7/2/2015 | $20.38 | $20.38 | $20.42 | 351,021 | -0.44% |

67

## Exhibit-4

### El Pollo Loco Common Stock
### Prices, Volume, and Returns

14 May 2015 through 13 May 2016

| Date | El Pollo Loco Closing Price | El Pollo Loco Closing Bid | El Pollo Loco Closing Ask | El Pollo Loco Trading Volume | El Pollo Loco Logarithmic Return |
|---|---|---|---|---|---|
| 7/6/2015 | $20.41 | $20.41 | $20.43 | 495,589 | 0.15% |
| 7/7/2015 | $20.03 | $20.03 | $20.04 | 889,535 | -1.88% |
| 7/8/2015 | $19.50 | $19.50 | $19.52 | 568,620 | -2.68% |
| 7/9/2015 | $19.26 | $19.24 | $19.27 | 613,324 | -1.24% |
| 7/10/2015 | $19.66 | $19.64 | $19.65 | 439,341 | 2.06% |
| 7/13/2015 | $20.39 | $20.38 | $20.39 | 529,207 | 3.65% |
| 7/14/2015 | $19.92 | $19.88 | $19.91 | 624,203 | -2.33% |
| 7/15/2015 | $19.22 | $19.22 | $19.23 | 905,121 | -3.58% |
| 7/16/2015 | $19.51 | $19.50 | $19.51 | 411,858 | 1.50% |
| 7/17/2015 | $18.93 | $18.93 | $18.95 | 687,973 | -3.02% |
| 7/20/2015 | $18.80 | $18.80 | $18.81 | 1,042,170 | -0.69% |
| 7/21/2015 | $18.70 | $18.68 | $18.70 | 663,029 | -0.53% |
| 7/22/2015 | $19.36 | $19.34 | $19.36 | 591,138 | 3.47% |
| 7/23/2015 | $18.86 | $18.86 | $18.88 | 462,461 | -2.62% |
| 7/24/2015 | $18.52 | $18.52 | $18.54 | 662,756 | -1.82% |
| 7/27/2015 | $18.19 | $18.19 | $18.21 | 410,482 | -1.80% |
| 7/28/2015 | $18.37 | $18.36 | $18.37 | 388,339 | 0.98% |
| 7/29/2015 | $18.97 | $18.95 | $18.97 | 584,829 | 3.21% |
| 7/30/2015 | $18.29 | $18.29 | $18.30 | 671,854 | -3.65% |
| 7/31/2015 | $18.79 | $18.77 | $18.79 | 547,200 | 2.70% |
| 8/3/2015 | $18.73 | $18.73 | $18.74 | 607,442 | -0.32% |
| 8/4/2015 | $19.11 | $19.11 | $19.12 | 513,740 | 2.01% |
| 8/5/2015 | $19.57 | $19.57 | $19.60 | 1,230,783 | 2.38% |
| 8/6/2015 | $18.97 | $18.97 | $19.00 | 804,247 | -3.11% |
| 8/7/2015 | $18.50 | $18.49 | $18.50 | 658,150 | -2.51% |
| 8/10/2015 | $18.40 | $18.40 | $18.41 | 771,569 | -0.54% |
| 8/11/2015 | $17.93 | $17.91 | $17.93 | 803,706 | -2.59% |
| 8/12/2015 | $17.84 | $17.83 | $17.85 | 742,768 | -0.50% |
| 8/13/2015 | $18.36 | $18.36 | $18.37 | 2,841,302 | 2.87% |
| 8/14/2015 | $14.56 | $14.55 | $14.56 | 8,779,764 | -23.19% |
| 8/17/2015 | $14.69 | $14.67 | $14.68 | 2,064,364 | 0.89% |
| 8/18/2015 | $14.10 | $14.11 | $14.11 | 1,338,421 | -4.10% |
| 8/19/2015 | $13.32 | $13.31 | $13.33 | 2,334,467 | -5.69% |
| 8/20/2015 | $12.45 | $12.44 | $12.45 | 2,569,089 | -6.75% |
| 8/21/2015 | $12.26 | $12.24 | $12.26 | 1,765,346 | -1.54% |

68

# Exhibit-4

## El Pollo Loco Common Stock
## Prices, Volume, and Returns

14 May 2015 through 13 May 2016

| Date | El Pollo Loco Closing Price | El Pollo Loco Closing Bid | El Pollo Loco Closing Ask | El Pollo Loco Trading Volume | El Pollo Loco Logarithmic Return |
|---|---|---|---|---|---|
| 8/24/2015 | $11.37 | $11.35 | $11.36 | 1,843,810 | -7.54% |
| 8/25/2015 | $12.15 | $12.14 | $12.15 | 1,785,426 | 6.64% |
| 8/26/2015 | $11.79 | $11.79 | $11.80 | 957,630 | -3.01% |
| 8/27/2015 | $12.62 | $12.60 | $12.62 | 1,167,548 | 6.80% |
| 8/28/2015 | $13.70 | $13.71 | $13.72 | 1,979,374 | 8.21% |
| 8/31/2015 | $13.01 | $13.01 | $13.03 | 1,060,707 | -5.17% |
| 9/1/2015 | $12.79 | $12.78 | $12.79 | 818,608 | -1.71% |
| 9/2/2015 | $12.68 | $12.67 | $12.69 | 542,825 | -0.86% |
| 9/3/2015 | $12.51 | $12.48 | $12.51 | 583,734 | -1.35% |
| 9/4/2015 | $12.69 | $12.70 | $12.71 | 589,488 | 1.43% |
| 9/8/2015 | $12.55 | $12.53 | $12.55 | 585,623 | -1.11% |
| 9/9/2015 | $12.35 | $12.35 | $12.37 | 609,817 | -1.61% |
| 9/10/2015 | $12.30 | $12.29 | $12.31 | 536,194 | -0.41% |
| 9/11/2015 | $12.30 | $12.29 | $12.30 | 485,149 | 0.00% |
| 9/14/2015 | $12.29 | $12.27 | $12.29 | 385,518 | -0.08% |
| 9/15/2015 | $12.39 | $12.39 | $12.40 | 351,609 | 0.81% |
| 9/16/2015 | $12.63 | $12.62 | $12.63 | 623,955 | 1.92% |
| 9/17/2015 | $12.49 | $12.48 | $12.49 | 548,453 | -1.11% |
| 9/18/2015 | $12.28 | $12.28 | $12.29 | 606,348 | -1.70% |
| 9/21/2015 | $12.28 | $12.27 | $12.28 | 431,823 | 0.00% |
| 9/22/2015 | $12.03 | $12.03 | $12.04 | 641,873 | -2.06% |
| 9/23/2015 | $11.60 | $11.59 | $11.60 | 924,229 | -3.64% |
| 9/24/2015 | $11.20 | $11.20 | $11.22 | 955,145 | -3.51% |
| 9/25/2015 | $11.10 | $11.10 | $11.11 | 530,422 | -0.90% |
| 9/28/2015 | $10.64 | $10.64 | $10.65 | 508,511 | -4.23% |
| 9/29/2015 | $10.98 | $10.97 | $10.98 | 557,216 | 3.15% |
| 9/30/2015 | $10.78 | $10.78 | $10.79 | 462,933 | -1.84% |
| 10/1/2015 | $10.38 | $10.38 | $10.39 | 755,927 | -3.78% |
| 10/2/2015 | $10.91 | $10.90 | $10.91 | 796,224 | 4.98% |
| 10/5/2015 | $11.27 | $11.26 | $11.27 | 463,455 | 3.25% |
| 10/6/2015 | $11.03 | $11.02 | $11.03 | 398,264 | -2.15% |
| 10/7/2015 | $11.07 | $11.06 | $11.07 | 348,814 | 0.36% |
| 10/8/2015 | $12.28 | $12.28 | $12.29 | 1,699,165 | 10.37% |
| 10/9/2015 | $13.00 | $13.00 | $13.01 | 2,645,022 | 5.70% |
| 10/12/2015 | $11.79 | $11.78 | $11.80 | 1,488,046 | -9.77% |

69

# Exhibit-4

## El Pollo Loco Common Stock
## Prices, Volume, and Returns

14 May 2015 through 13 May 2016

| Date | El Pollo Loco Closing Price | El Pollo Loco Closing Bid | El Pollo Loco Closing Ask | El Pollo Loco Trading Volume | El Pollo Loco Logarithmic Return |
|---|---|---|---|---|---|
| 10/13/2015 | $11.74 | $11.74 | $11.75 | 608,581 | -0.42% |
| 10/14/2015 | $11.56 | $11.57 | $11.58 | 662,010 | -1.55% |
| 10/15/2015 | $11.69 | $11.70 | $11.71 | 612,500 | 1.12% |
| 10/16/2015 | $11.76 | $11.75 | $11.76 | 454,413 | 0.60% |
| 10/19/2015 | $12.12 | $12.12 | $12.13 | 507,477 | 3.02% |
| 10/20/2015 | $12.02 | $12.00 | $12.02 | 476,557 | -0.83% |
| 10/21/2015 | $11.64 | $11.64 | $11.66 | 600,955 | -3.21% |
| 10/22/2015 | $11.51 | $11.50 | $11.51 | 377,488 | -1.12% |
| 10/23/2015 | $11.80 | $11.79 | $11.80 | 448,497 | 2.49% |
| 10/26/2015 | $11.48 | $11.48 | $11.49 | 350,277 | -2.75% |
| 10/27/2015 | $11.06 | $11.05 | $11.06 | 724,901 | -3.73% |
| 10/28/2015 | $11.52 | $11.51 | $11.52 | 897,353 | 4.07% |
| 10/29/2015 | $11.60 | $11.58 | $11.60 | 366,256 | 0.69% |
| 10/30/2015 | $11.48 | $11.48 | $11.50 | 262,847 | -1.04% |
| 11/2/2015 | $11.96 | $11.96 | $11.99 | 841,505 | 4.10% |
| 11/3/2015 | $11.78 | $11.78 | $11.79 | 1,122,173 | -1.52% |
| 11/4/2015 | $11.47 | $11.47 | $11.48 | 720,059 | -2.67% |
| 11/5/2015 | $11.36 | $11.35 | $11.36 | 450,577 | -0.96% |
| 11/6/2015 | $11.61 | $11.60 | $11.61 | 446,734 | 2.18% |
| 11/9/2015 | $11.73 | $11.73 | $11.74 | 846,043 | 1.03% |
| 11/10/2015 | $11.62 | $11.62 | $11.63 | 1,002,220 | -0.94% |
| 11/11/2015 | $12.09 | $12.08 | $12.09 | 956,793 | 3.97% |
| 11/12/2015 | $11.52 | $11.53 | $11.54 | 1,756,800 | -4.83% |
| 11/13/2015 | $10.20 | $10.19 | $10.20 | 5,512,667 | -12.17% |
| 11/16/2015 | $10.61 | $10.60 | $10.61 | 1,358,937 | 3.94% |
| 11/17/2015 | $10.60 | $10.59 | $10.60 | 867,964 | -0.09% |
| 11/18/2015 | $10.64 | $10.63 | $10.64 | 722,113 | 0.38% |
| 11/19/2015 | $11.15 | $11.14 | $11.15 | 848,495 | 4.68% |
| 11/20/2015 | $11.12 | $11.12 | $11.13 | 509,712 | -0.27% |
| 11/23/2015 | $11.56 | $11.55 | $11.56 | 706,946 | 3.88% |
| 11/24/2015 | $11.62 | $11.60 | $11.61 | 449,954 | 0.52% |
| 11/25/2015 | $11.88 | $11.87 | $11.88 | 772,487 | 2.21% |
| 11/27/2015 | $11.74 | $11.73 | $11.74 | 217,819 | -1.19% |
| 11/30/2015 | $12.28 | $12.27 | $12.28 | 863,165 | 4.50% |
| 12/1/2015 | $12.65 | $12.63 | $12.65 | 802,252 | 2.97% |

# Exhibit-4

## El Pollo Loco Common Stock
## Prices, Volume, and Returns

14 May 2015 through 13 May 2016

| Date | El Pollo Loco Closing Price | El Pollo Loco Closing Bid | El Pollo Loco Closing Ask | El Pollo Loco Trading Volume | El Pollo Loco Logarithmic Return |
|---|---|---|---|---|---|
| 12/2/2015 | $12.30 | $12.28 | $12.29 | 542,347 | -2.81% |
| 12/3/2015 | $12.09 | $12.09 | $12.10 | 586,012 | -1.72% |
| 12/4/2015 | $12.04 | $12.04 | $12.05 | 330,733 | -0.41% |
| 12/7/2015 | $12.16 | $12.16 | $12.17 | 504,746 | 0.99% |
| 12/8/2015 | $12.40 | $12.39 | $12.41 | 570,339 | 1.95% |
| 12/9/2015 | $12.44 | $12.42 | $12.44 | 546,685 | 0.32% |
| 12/10/2015 | $12.67 | $12.65 | $12.66 | 357,635 | 1.83% |
| 12/11/2015 | $12.43 | $12.43 | $12.44 | 454,461 | -1.91% |
| 12/14/2015 | $12.32 | $12.32 | $12.33 | 694,670 | -0.89% |
| 12/15/2015 | $12.71 | $12.71 | $12.72 | 487,904 | 3.12% |
| 12/16/2015 | $13.00 | $12.99 | $13.00 | 858,328 | 2.26% |
| 12/17/2015 | $12.66 | $12.66 | $12.67 | 614,619 | -2.65% |
| 12/18/2015 | $12.76 | $12.75 | $12.76 | 665,512 | 0.79% |
| 12/21/2015 | $12.81 | $12.81 | $12.82 | 405,187 | 0.39% |
| 12/22/2015 | $12.77 | $12.77 | $12.78 | 585,334 | -0.31% |
| 12/23/2015 | $13.04 | $13.04 | $13.05 | 520,564 | 2.09% |
| 12/24/2015 | $13.11 | $13.10 | $13.11 | 186,610 | 0.54% |
| 12/28/2015 | $12.80 | $12.79 | $12.80 | 403,051 | -2.39% |
| 12/29/2015 | $12.90 | $12.89 | $12.90 | 342,247 | 0.78% |
| 12/30/2015 | $12.68 | $12.68 | $12.70 | 342,361 | -1.72% |
| 12/31/2015 | $12.63 | $12.62 | $12.63 | 431,861 | -0.40% |
| 1/4/2016 | $12.60 | $12.58 | $12.60 | 663,895 | -0.24% |
| 1/5/2016 | $12.72 | $12.72 | $12.73 | 411,933 | 0.95% |
| 1/6/2016 | $12.69 | $12.68 | $12.69 | 519,376 | -0.24% |
| 1/7/2016 | $12.32 | $12.31 | $12.32 | 745,976 | -2.96% |
| 1/8/2016 | $12.34 | $12.34 | $12.37 | 596,563 | 0.16% |
| 1/11/2016 | $12.51 | $12.51 | $12.54 | 602,626 | 1.37% |
| 1/12/2016 | $12.27 | $12.27 | $12.28 | 698,942 | -1.94% |
| 1/13/2016 | $12.58 | $12.58 | $12.60 | 1,104,237 | 2.50% |
| 1/14/2016 | $13.55 | $13.55 | $13.56 | 1,369,534 | 7.43% |
| 1/15/2016 | $12.90 | $12.88 | $12.90 | 912,706 | -4.92% |
| 1/19/2016 | $11.92 | $11.91 | $11.92 | 1,033,235 | -7.90% |
| 1/20/2016 | $11.28 | $11.26 | $11.28 | 1,596,624 | -5.52% |
| 1/21/2016 | $11.72 | $11.70 | $11.71 | 790,045 | 3.83% |
| 1/22/2016 | $12.12 | $12.11 | $12.13 | 633,049 | 3.36% |

71

## Exhibit-4

### El Pollo Loco Common Stock
### Prices, Volume, and Returns

14 May 2015 through 13 May 2016

| Date | El Pollo Loco Closing Price | El Pollo Loco Closing Bid | El Pollo Loco Closing Ask | El Pollo Loco Trading Volume | El Pollo Loco Logarithmic Return |
|---|---|---|---|---|---|
| 1/25/2016 | $11.90 | $11.89 | $11.90 | 371,326 | -1.83% |
| 1/26/2016 | $12.16 | $12.15 | $12.16 | 625,035 | 2.16% |
| 1/27/2016 | $12.01 | $11.99 | $12.00 | 381,999 | -1.24% |
| 1/28/2016 | $11.61 | $11.60 | $11.61 | 348,731 | -3.39% |
| 1/29/2016 | $12.12 | $12.11 | $12.12 | 534,046 | 4.30% |
| 2/1/2016 | $12.47 | $12.46 | $12.47 | 371,719 | 2.85% |
| 2/2/2016 | $12.00 | $12.00 | $12.01 | 486,994 | -3.84% |
| 2/3/2016 | $11.79 | $11.79 | $11.80 | 304,597 | -1.77% |
| 2/4/2016 | $12.00 | $12.00 | $12.01 | 285,215 | 1.77% |
| 2/5/2016 | $11.52 | $11.52 | $11.53 | 428,047 | -4.08% |
| 2/8/2016 | $11.11 | $11.11 | $11.12 | 623,738 | -3.62% |
| 2/9/2016 | $10.83 | $10.83 | $10.84 | 512,583 | -2.55% |
| 2/10/2016 | $10.52 | $10.53 | $10.54 | 263,617 | -2.90% |
| 2/11/2016 | $10.56 | $10.55 | $10.56 | 266,717 | 0.38% |
| 2/12/2016 | $10.98 | $10.98 | $11.00 | 308,355 | 3.90% |
| 2/16/2016 | $11.52 | $11.51 | $11.52 | 324,462 | 4.80% |
| 2/17/2016 | $11.89 | $11.89 | $11.90 | 436,629 | 3.16% |
| 2/18/2016 | $12.11 | $12.10 | $12.11 | 390,343 | 1.83% |
| 2/19/2016 | $12.08 | $12.08 | $12.09 | 284,526 | -0.25% |
| 2/22/2016 | $12.37 | $12.37 | $12.39 | 354,647 | 2.37% |
| 2/23/2016 | $12.40 | $12.40 | $12.42 | 324,272 | 0.24% |
| 2/24/2016 | $12.64 | $12.64 | $12.65 | 293,439 | 1.92% |
| 2/25/2016 | $12.66 | $12.65 | $12.66 | 349,422 | 0.16% |
| 2/26/2016 | $12.66 | $12.66 | $12.67 | 273,161 | 0.00% |
| 2/29/2016 | $12.91 | $12.90 | $12.91 | 459,744 | 1.96% |
| 3/1/2016 | $13.31 | $13.32 | $13.33 | 375,647 | 3.05% |
| 3/2/2016 | $13.74 | $13.74 | $13.76 | 578,468 | 3.18% |
| 3/3/2016 | $13.74 | $13.74 | $13.75 | 686,733 | 0.00% |
| 3/4/2016 | $14.25 | $14.25 | $14.26 | 767,577 | 3.64% |
| 3/7/2016 | $14.89 | $14.89 | $14.91 | 917,544 | 4.39% |
| 3/8/2016 | $15.05 | $15.04 | $15.06 | 827,564 | 1.07% |
| 3/9/2016 | $14.90 | $14.90 | $14.91 | 736,169 | -1.00% |
| 3/10/2016 | $15.13 | $15.13 | $15.14 | 1,839,253 | 1.53% |
| 3/11/2016 | $13.89 | $13.88 | $13.89 | 3,204,445 | -8.55% |
| 3/14/2016 | $13.15 | $13.13 | $13.14 | 1,170,062 | -5.47% |

72

## Exhibit-4

### El Pollo Loco Common Stock
### Prices, Volume, and Returns

14 May 2015 through 13 May 2016

| Date | El Pollo Loco Closing Price | El Pollo Loco Closing Bid | El Pollo Loco Closing Ask | El Pollo Loco Trading Volume | El Pollo Loco Logarithmic Return |
|---|---|---|---|---|---|
| 3/15/2016 | $13.08 | $13.08 | $13.09 | 499,763 | -0.53% |
| 3/16/2016 | $12.88 | $12.87 | $12.88 | 479,741 | -1.54% |
| 3/17/2016 | $13.08 | $13.05 | $13.06 | 407,213 | 1.54% |
| 3/18/2016 | $13.26 | $13.24 | $13.25 | 492,534 | 1.37% |
| 3/21/2016 | $12.97 | $12.97 | $12.98 | 245,344 | -2.21% |
| 3/22/2016 | $12.87 | $12.86 | $12.87 | 244,970 | -0.77% |
| 3/23/2016 | $12.41 | $12.41 | $12.43 | 394,143 | -3.64% |
| 3/24/2016 | $12.27 | $12.27 | $12.28 | 242,442 | -1.13% |
| 3/28/2016 | $12.37 | $12.36 | $12.37 | 256,743 | 0.81% |
| 3/29/2016 | $13.05 | $13.05 | $13.06 | 516,771 | 5.35% |
| 3/30/2016 | $13.45 | $13.45 | $13.46 | 553,518 | 3.02% |
| 3/31/2016 | $13.34 | $13.33 | $13.34 | 319,142 | -0.82% |
| 4/1/2016 | $13.73 | $13.73 | $13.75 | 492,598 | 2.88% |
| 4/4/2016 | $13.38 | $13.37 | $13.38 | 297,157 | -2.58% |
| 4/5/2016 | $13.01 | $13.01 | $13.02 | 363,450 | -2.80% |
| 4/6/2016 | $13.01 | $13.01 | $13.03 | 302,907 | 0.00% |
| 4/7/2016 | $12.81 | $12.81 | $12.82 | 243,309 | -1.55% |
| 4/8/2016 | $12.94 | $12.94 | $12.95 | 332,811 | 1.01% |
| 4/11/2016 | $13.19 | $13.19 | $13.21 | 387,190 | 1.91% |
| 4/12/2016 | $13.52 | $13.51 | $13.52 | 316,172 | 2.47% |
| 4/13/2016 | $14.21 | $14.20 | $14.21 | 624,279 | 4.98% |
| 4/14/2016 | $14.14 | $14.14 | $14.15 | 335,748 | -0.49% |
| 4/15/2016 | $14.38 | $14.37 | $14.38 | 291,443 | 1.68% |
| 4/18/2016 | $14.22 | $14.22 | $14.23 | 287,567 | -1.12% |
| 4/19/2016 | $14.31 | $14.30 | $14.32 | 421,339 | 0.63% |
| 4/20/2016 | $14.55 | $14.54 | $14.55 | 322,233 | 1.66% |
| 4/21/2016 | $14.45 | $14.45 | $14.46 | 243,221 | -0.69% |
| 4/22/2016 | $14.59 | $14.59 | $14.61 | 234,826 | 0.96% |
| 4/25/2016 | $14.34 | $14.33 | $14.34 | 228,545 | -1.73% |
| 4/26/2016 | $14.91 | $14.91 | $14.92 | 315,593 | 3.90% |
| 4/27/2016 | $13.71 | $13.70 | $13.71 | 1,264,724 | -8.39% |
| 4/28/2016 | $13.12 | $13.08 | $13.10 | 499,533 | -4.40% |
| 4/29/2016 | $13.19 | $13.19 | $13.20 | 367,992 | 0.53% |
| 5/2/2016 | $13.30 | $13.30 | $13.31 | 348,378 | 0.83% |
| 5/3/2016 | $13.39 | $13.37 | $13.38 | 446,633 | 0.67% |

73

## Exhibit-4

**El Pollo Loco Common Stock
Prices, Volume, and Returns**

14 May 2015 through 13 May 2016

| Date | El Pollo Loco Closing Price | El Pollo Loco Closing Bid | El Pollo Loco Closing Ask | El Pollo Loco Trading Volume | El Pollo Loco Logarithmic Return |
|---|---|---|---|---|---|
| 5/4/2016 | $13.41 | $13.41 | $13.42 | 263,772 | 0.15% |
| 5/5/2016 | $13.16 | $13.16 | $13.17 | 661,305 | -1.88% |
| 5/6/2016 | $11.15 | $11.14 | $11.17 | 1,902,975 | -16.57% |
| 5/9/2016 | $11.71 | $11.68 | $11.69 | 614,281 | 4.90% |
| 5/10/2016 | $11.94 | $11.94 | $11.95 | 500,924 | 1.95% |
| 5/11/2016 | $11.20 | $11.20 | $11.21 | 554,420 | -6.40% |
| 5/12/2016 | $11.20 | $11.19 | $11.20 | 300,402 | 0.00% |
| 5/13/2016 | $10.97 | $10.97 | $10.98 | 845,056 | -2.07% |

**Source:** CRSP.

# Exhibit-5

## Market and Peer Index Returns

15 May 2015 through 13 May 2016

| Date | Market Index Return | Peer Index Return |
|------|---------------------|-------------------|
| 5/15/2015 | 0.11% | 0.82% |
| 5/18/2015 | 0.33% | 0.28% |
| 5/19/2015 | -0.14% | 1.36% |
| 5/20/2015 | -0.03% | -0.42% |
| 5/21/2015 | 0.25% | -0.31% |
| 5/22/2015 | -0.22% | -0.48% |
| 5/26/2015 | -1.05% | -0.63% |
| 5/27/2015 | 0.86% | 0.55% |
| 5/28/2015 | -0.12% | -0.17% |
| 5/29/2015 | -0.58% | -0.61% |
| 6/1/2015 | 0.15% | 0.24% |
| 6/2/2015 | 0.04% | -0.33% |
| 6/3/2015 | 0.26% | 0.70% |
| 6/4/2015 | -0.89% | -0.49% |
| 6/5/2015 | -0.00% | 0.20% |
| 6/8/2015 | -0.66% | -0.53% |
| 6/9/2015 | -0.00% | -0.27% |
| 6/10/2015 | 1.15% | 1.27% |
| 6/11/2015 | 0.19% | -0.03% |
| 6/12/2015 | -0.62% | 0.06% |
| 6/15/2015 | -0.41% | -0.66% |
| 6/16/2015 | 0.49% | 0.59% |
| 6/17/2015 | 0.17% | 0.41% |
| 6/18/2015 | 0.92% | 1.12% |
| 6/19/2015 | -0.49% | -0.10% |
| 6/22/2015 | 0.58% | 0.51% |
| 6/23/2015 | 0.13% | 0.01% |
| 6/24/2015 | -0.74% | -0.58% |
| 6/25/2015 | -0.27% | -0.05% |
| 6/26/2015 | -0.08% | 1.21% |
| 6/29/2015 | -2.17% | -2.10% |
| 6/30/2015 | 0.30% | 0.15% |
| 7/1/2015 | 0.55% | 0.62% |
| 7/2/2015 | -0.06% | 0.29% |
| 7/6/2015 | -0.45% | -0.28% |
| 7/7/2015 | 0.50% | 0.63% |
| 7/8/2015 | -1.66% | -1.43% |

75

# Exhibit-5

## Market and Peer Index Returns

15 May 2015 through 13 May 2016

| Date | Market Index Return | Peer Index Return |
|---|---|---|
| 7/9/2015 | 0.27% | 0.87% |
| 7/10/2015 | 1.26% | 1.48% |
| 7/13/2015 | 1.02% | 1.37% |
| 7/14/2015 | 0.47% | 0.14% |
| 7/15/2015 | -0.25% | -0.63% |
| 7/16/2015 | 0.69% | -0.28% |
| 7/17/2015 | -0.06% | -0.37% |
| 7/20/2015 | -0.12% | 0.54% |
| 7/21/2015 | -0.41% | -0.03% |
| 7/22/2015 | -0.24% | 1.30% |
| 7/23/2015 | -0.55% | -0.66% |
| 7/24/2015 | -1.01% | -0.30% |
| 7/27/2015 | -0.71% | -0.36% |
| 7/28/2015 | 1.22% | 0.78% |
| 7/29/2015 | 0.75% | 1.19% |
| 7/30/2015 | 0.08% | 0.81% |
| 7/31/2015 | -0.08% | 0.17% |
| 8/3/2015 | -0.37% | 0.09% |
| 8/4/2015 | -0.17% | 0.31% |
| 8/5/2015 | 0.26% | 0.61% |
| 8/6/2015 | -0.79% | -1.88% |
| 8/7/2015 | -0.33% | -0.13% |
| 8/10/2015 | 1.30% | -0.49% |
| 8/11/2015 | -0.93% | -0.84% |
| 8/12/2015 | 0.07% | -0.61% |
| 8/13/2015 | -0.21% | 1.16% |
| 8/14/2015 | 0.38% | 0.12% |
| 8/17/2015 | 0.57% | 1.14% |
| 8/18/2015 | -0.35% | -0.43% |
| 8/19/2015 | -0.88% | 0.20% |
| 8/20/2015 | -2.19% | -2.45% |
| 8/21/2015 | -2.84% | -3.23% |
| 8/24/2015 | -3.93% | -3.94% |
| 8/25/2015 | -1.03% | -0.37% |
| 8/26/2015 | 3.32% | 3.96% |
| 8/27/2015 | 2.41% | 2.63% |
| 8/28/2015 | 0.25% | -0.36% |

# Exhibit-5

## Market and Peer Index Returns

15 May 2015 through 13 May 2016

| Date | Market Index Return | Peer Index Return |
|---|---|---|
| 8/31/2015 | -0.73% | -1.69% |
| 9/1/2015 | -2.86% | -1.54% |
| 9/2/2015 | 1.62% | 2.49% |
| 9/3/2015 | 0.18% | -0.28% |
| 9/4/2015 | -1.38% | -0.91% |
| 9/8/2015 | 2.34% | 2.09% |
| 9/9/2015 | -1.29% | -1.22% |
| 9/10/2015 | 0.44% | 0.14% |
| 9/11/2015 | 0.34% | 1.91% |
| 9/14/2015 | -0.42% | -0.43% |
| 9/15/2015 | 1.14% | 0.97% |
| 9/16/2015 | 0.95% | 0.28% |
| 9/17/2015 | -0.07% | -0.13% |
| 9/18/2015 | -1.54% | -1.10% |
| 9/21/2015 | 0.33% | 0.80% |
| 9/22/2015 | -1.37% | -0.66% |
| 9/23/2015 | -0.35% | 0.51% |
| 9/24/2015 | -0.37% | 0.12% |
| 9/25/2015 | -0.21% | -0.02% |
| 9/28/2015 | -2.74% | -2.79% |
| 9/29/2015 | -0.09% | 0.47% |
| 9/30/2015 | 1.92% | 1.78% |
| 10/1/2015 | 0.19% | 0.06% |
| 10/2/2015 | 1.51% | 1.10% |
| 10/5/2015 | 1.86% | 1.37% |
| 10/6/2015 | -0.31% | -0.24% |
| 10/7/2015 | 0.98% | -2.18% |
| 10/8/2015 | 0.85% | 0.75% |
| 10/9/2015 | 0.14% | 0.64% |
| 10/12/2015 | -0.02% | 0.64% |
| 10/13/2015 | -0.78% | -0.33% |
| 10/14/2015 | -0.43% | -1.82% |
| 10/15/2015 | 1.46% | 1.06% |
| 10/16/2015 | 0.34% | 1.06% |
| 10/19/2015 | -0.07% | 0.51% |
| 10/20/2015 | -0.12% | -0.44% |
| 10/21/2015 | -0.81% | -1.42% |

# Exhibit-5

## Market and Peer Index Returns

15 May 2015 through 13 May 2016

| Date | Market Index Return | Peer Index Return |
|------|---------------------|-------------------|
| 10/22/2015 | 1.39% | 2.88% |
| 10/23/2015 | 0.95% | 1.29% |
| 10/26/2015 | -0.28% | 0.81% |
| 10/27/2015 | -0.45% | -0.96% |
| 10/28/2015 | 1.36% | 1.20% |
| 10/29/2015 | -0.22% | -1.33% |
| 10/30/2015 | -0.40% | -0.63% |
| 11/2/2015 | 1.24% | 0.07% |
| 11/3/2015 | 0.31% | 0.17% |
| 11/4/2015 | -0.34% | -0.77% |
| 11/5/2015 | -0.14% | 0.13% |
| 11/6/2015 | -0.04% | 0.01% |
| 11/9/2015 | -0.97% | -0.90% |
| 11/10/2015 | 0.13% | 0.80% |
| 11/11/2015 | -0.41% | -0.00% |
| 11/12/2015 | -1.46% | -1.39% |
| 11/13/2015 | -0.98% | -1.55% |
| 11/16/2015 | 1.37% | 0.82% |
| 11/17/2015 | -0.14% | -0.11% |
| 11/18/2015 | 1.52% | 1.66% |
| 11/19/2015 | -0.10% | 0.43% |
| 11/20/2015 | 0.30% | 0.03% |
| 11/23/2015 | -0.07% | 1.00% |
| 11/24/2015 | 0.24% | -0.32% |
| 11/25/2015 | 0.12% | 0.44% |
| 11/27/2015 | 0.08% | 0.15% |
| 11/30/2015 | -0.39% | -0.59% |
| 12/1/2015 | 0.95% | 0.33% |
| 12/2/2015 | -1.08% | -0.24% |
| 12/3/2015 | -1.44% | -1.53% |
| 12/4/2015 | 1.63% | 2.72% |
| 12/7/2015 | -0.98% | 0.31% |
| 12/8/2015 | -0.61% | -0.02% |
| 12/9/2015 | -0.66% | -0.77% |
| 12/10/2015 | 0.20% | 0.68% |
| 12/11/2015 | -2.00% | -1.84% |
| 12/14/2015 | 0.16% | 0.13% |

## Exhibit-5

### Market and Peer Index Returns

15 May 2015 through 13 May 2016

| Date | Market Index Return | Peer Index Return |
|------|------|------|
| 12/15/2015 | 1.12% | 0.47% |
| 12/16/2015 | 1.48% | 0.76% |
| 12/17/2015 | -1.47% | -1.04% |
| 12/18/2015 | -1.52% | -0.79% |
| 12/21/2015 | 0.71% | 1.04% |
| 12/22/2015 | 0.88% | -0.08% |
| 12/23/2015 | 1.36% | 0.75% |
| 12/24/2015 | -0.08% | -0.10% |
| 12/28/2015 | -0.33% | -0.03% |
| 12/29/2015 | 1.00% | 1.03% |
| 12/30/2015 | -0.74% | -0.53% |
| 12/31/2015 | -0.82% | -1.07% |
| 1/4/2016 | -1.50% | -1.86% |
| 1/5/2016 | 0.14% | 0.74% |
| 1/6/2016 | -1.39% | -1.02% |
| 1/7/2016 | -2.42% | -2.44% |
| 1/8/2016 | -1.10% | -0.22% |
| 1/11/2016 | -0.17% | 0.94% |
| 1/12/2016 | 0.61% | 1.60% |
| 1/13/2016 | -2.62% | -1.56% |
| 1/14/2016 | 1.53% | 1.49% |
| 1/15/2016 | -2.19% | -1.39% |
| 1/19/2016 | -0.24% | 1.27% |
| 1/20/2016 | -1.07% | -1.75% |
| 1/21/2016 | 0.57% | 2.02% |
| 1/22/2016 | 2.22% | 0.55% |
| 1/25/2016 | -1.68% | -1.06% |
| 1/26/2016 | 1.58% | 1.63% |
| 1/27/2016 | -1.06% | -0.66% |
| 1/28/2016 | 0.51% | 1.78% |
| 1/29/2016 | 2.42% | 1.67% |
| 2/1/2016 | -0.04% | 0.97% |
| 2/2/2016 | -2.02% | -0.63% |
| 2/3/2016 | 0.57% | -1.63% |
| 2/4/2016 | 0.36% | -0.58% |
| 2/5/2016 | -1.98% | -4.76% |
| 2/8/2016 | -1.71% | -0.61% |

79

# Exhibit-5

## Market and Peer Index Returns

15 May 2015 through 13 May 2016

| Date | Market Index Return | Peer Index Return |
|------|------|------|
| 2/9/2016 | -0.31% | 0.06% |
| 2/10/2016 | 0.03% | 0.75% |
| 2/11/2016 | -1.20% | -0.54% |
| 2/12/2016 | 1.99% | 1.88% |
| 2/16/2016 | 1.75% | 1.50% |
| 2/17/2016 | 1.79% | 1.31% |
| 2/18/2016 | -0.42% | -1.19% |
| 2/19/2016 | -0.02% | 0.06% |
| 2/22/2016 | 1.42% | 1.52% |
| 2/23/2016 | -1.19% | -0.18% |
| 2/24/2016 | 0.50% | -0.06% |
| 2/25/2016 | 1.10% | 0.91% |
| 2/26/2016 | 0.03% | -0.26% |
| 2/29/2016 | -0.59% | 0.13% |
| 3/1/2016 | 2.21% | 2.15% |
| 3/2/2016 | 0.57% | -0.27% |
| 3/3/2016 | 0.56% | -0.55% |
| 3/4/2016 | 0.41% | 0.36% |
| 3/7/2016 | 0.32% | -0.35% |
| 3/8/2016 | -1.36% | -0.30% |
| 3/9/2016 | 0.56% | -0.06% |
| 3/10/2016 | -0.13% | 0.24% |
| 3/11/2016 | 1.73% | 0.84% |
| 3/14/2016 | -0.16% | 1.03% |
| 3/15/2016 | -0.45% | 0.09% |
| 3/16/2016 | 0.75% | 0.48% |
| 3/17/2016 | 0.82% | -0.46% |
| 3/18/2016 | 0.39% | 0.13% |
| 3/21/2016 | 0.05% | -0.19% |
| 3/22/2016 | -0.04% | 0.01% |
| 3/23/2016 | -0.95% | -0.07% |
| 3/24/2016 | -0.02% | -0.76% |
| 3/28/2016 | 0.08% | 0.49% |
| 3/29/2016 | 1.10% | 0.80% |
| 3/30/2016 | 0.45% | 1.11% |
| 3/31/2016 | -0.09% | -0.27% |
| 4/1/2016 | 0.46% | 1.25% |

## Exhibit-5

### Market and Peer Index Returns

15 May 2015 through 13 May 2016

| Date | Market Index Return | Peer Index Return |
|---|---|---|
| 4/4/2016 | -0.44% | -0.32% |
| 4/5/2016 | -1.01% | -0.46% |
| 4/6/2016 | 1.10% | 0.58% |
| 4/7/2016 | -1.17% | 0.18% |
| 4/8/2016 | 0.43% | 0.09% |
| 4/11/2016 | -0.18% | -0.35% |
| 4/12/2016 | 1.03% | -0.55% |
| 4/13/2016 | 1.12% | 0.24% |
| 4/14/2016 | -0.04% | 0.17% |
| 4/15/2016 | -0.06% | 0.40% |
| 4/18/2016 | 0.67% | 0.56% |
| 4/19/2016 | 0.45% | -0.32% |
| 4/20/2016 | 0.12% | 0.07% |
| 4/21/2016 | -0.53% | -1.30% |
| 4/22/2016 | 0.18% | -1.65% |
| 4/25/2016 | -0.28% | 0.66% |
| 4/26/2016 | 0.33% | 0.24% |
| 4/27/2016 | 0.26% | -0.71% |
| 4/28/2016 | -0.86% | -0.76% |
| 4/29/2016 | -0.45% | -0.76% |
| 5/2/2016 | 0.67% | 1.65% |
| 5/3/2016 | -1.11% | -0.62% |
| 5/4/2016 | -0.62% | 0.55% |
| 5/5/2016 | -0.05% | -0.18% |
| 5/6/2016 | 0.35% | 0.31% |
| 5/9/2016 | -0.02% | 0.98% |
| 5/10/2016 | 1.22% | 0.86% |
| 5/11/2016 | -0.83% | -2.18% |
| 5/12/2016 | -0.08% | 0.73% |
| 5/13/2016 | -0.80% | -0.90% |

**Sources:** Bloomberg and CRSP.

## Exhibit-6

### El Pollo Loco Common Stock Regression Results

Estimation Period: 15 May 2015 through 13 May 2016

| Regression Statistics | |
| --- | --- |
| R Squared | 0.508 |
| Adjusted R Squared | 0.494 |
| Standard Error | 2.59% |
| Observations | 252 |

| | Coefficients | Standard Error | $t$-statistic |
| --- | --- | --- | --- |
| Intercept | -0.07% | 0.17% | -0.40 |
| Market Index | 1.071 | 25.06% | 4.28 |
| Peer Index | 0.231 | 23.43% | 0.99 |
| 15 May 2015 | -16.49% | 2.60% | -6.35 |
| 14 August 2015 | -23.56% | 2.60% | -9.08 |
| 13 November 2015 | -10.69% | 2.61% | -4.10 |
| 11 March 2016 | -10.53% | 2.61% | -4.03 |
| 6 May 2016 | -16.96% | 2.59% | -6.54 |

## Exhibit-7
### El Pollo Loco Event Study Results

### Earnings Surprise Events

| Date | El Pollo Loco Closing Price | El Pollo Loco Prior Day Closing Price | El Pollo Loco Logarithmic Return | Market Index Logarithmic Return | Peer Index Logarithmic Return | El Pollo Loco Explained Return | El Pollo Loco Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|
| 15 May 2015 | $24.70 | $29.06 | -16.26% | 0.11% | 0.82% | 0.24% | -16.49% | -6.37 |
| 14 August 2015 | $14.56 | $18.36 | -23.19% | 0.38% | 0.12% | 0.37% | -23.56% | -9.10 |

**Notes:**

The threshold for significance using a two-tailed test is a $t$-statistic of greater (less) than positive (negative) 1.96.

## Exhibit-8

### Interest Rates

15 May 2015 through 13 May 2016

| Date | 1-Year Treasury Rate | Broker-Dealer Rate |
|---|---|---|
| 5/15/2015 | 0.23% | 2.00% |
| 5/18/2015 | 0.22% | 2.00% |
| 5/19/2015 | 0.23% | 2.00% |
| 5/20/2015 | 0.23% | 2.00% |
| 5/21/2015 | 0.22% | 2.00% |
| 5/22/2015 | 0.23% | 2.00% |
| 5/26/2015 | 0.24% | 2.00% |
| 5/27/2015 | 0.27% | 2.00% |
| 5/28/2015 | 0.26% | 2.00% |
| 5/29/2015 | 0.26% | 2.00% |
| 6/1/2015 | 0.26% | 2.00% |
| 6/2/2015 | 0.26% | 2.00% |
| 6/3/2015 | 0.26% | 2.00% |
| 6/4/2015 | 0.27% | 2.00% |
| 6/5/2015 | 0.29% | 2.00% |
| 6/8/2015 | 0.27% | 2.00% |
| 6/9/2015 | 0.27% | 2.00% |
| 6/10/2015 | 0.28% | 2.00% |
| 6/11/2015 | 0.28% | 2.00% |
| 6/12/2015 | 0.28% | 2.00% |
| 6/15/2015 | 0.28% | 2.00% |
| 6/16/2015 | 0.28% | 2.00% |
| 6/17/2015 | 0.27% | 2.00% |
| 6/18/2015 | 0.26% | 2.00% |
| 6/19/2015 | 0.25% | 2.00% |
| 6/22/2015 | 0.27% | 2.00% |
| 6/23/2015 | 0.30% | 2.00% |
| 6/24/2015 | 0.30% | 2.00% |
| 6/25/2015 | 0.29% | 2.00% |
| 6/26/2015 | 0.29% | 2.00% |
| 6/29/2015 | 0.27% | 2.00% |
| 6/30/2015 | 0.28% | 2.00% |
| 7/1/2015 | 0.28% | 2.00% |
| 7/2/2015 | 0.26% | 2.00% |
| 7/6/2015 | 0.26% | 2.00% |
| 7/7/2015 | 0.25% | 2.00% |
| 7/8/2015 | 0.24% | 2.00% |
| 7/9/2015 | 0.25% | 2.00% |

## Exhibit-8

### Interest Rates

15 May 2015 through 13 May 2016

| Date | 1-Year Treasury Rate | Broker-Dealer Rate |
|------|------|------|
| 7/10/2015 | 0.28% | 2.00% |
| 7/13/2015 | 0.28% | 2.00% |
| 7/14/2015 | 0.27% | 2.00% |
| 7/15/2015 | 0.28% | 2.00% |
| 7/16/2015 | 0.29% | 2.00% |
| 7/17/2015 | 0.29% | 2.00% |
| 7/20/2015 | 0.31% | 2.00% |
| 7/21/2015 | 0.34% | 2.00% |
| 7/22/2015 | 0.34% | 2.00% |
| 7/23/2015 | 0.33% | 2.00% |
| 7/24/2015 | 0.32% | 2.00% |
| 7/27/2015 | 0.32% | 2.00% |
| 7/28/2015 | 0.32% | 2.00% |
| 7/29/2015 | 0.33% | 2.00% |
| 7/30/2015 | 0.36% | 2.00% |
| 7/31/2015 | 0.33% | 2.00% |
| 8/3/2015 | 0.33% | 2.00% |
| 8/4/2015 | 0.37% | 2.00% |
| 8/5/2015 | 0.38% | 2.00% |
| 8/6/2015 | 0.35% | 2.00% |
| 8/7/2015 | 0.38% | 2.00% |
| 8/10/2015 | 0.40% | 2.00% |
| 8/11/2015 | 0.37% | 2.00% |
| 8/12/2015 | 0.37% | 2.00% |
| 8/13/2015 | 0.40% | 2.00% |
| 8/14/2015 | 0.41% | 2.00% |
| 8/17/2015 | 0.40% | 2.00% |
| 8/18/2015 | 0.42% | 2.00% |
| 8/19/2015 | 0.39% | 2.00% |
| 8/20/2015 | 0.39% | 2.00% |
| 8/21/2015 | 0.36% | 2.00% |
| 8/24/2015 | 0.33% | 2.00% |
| 8/25/2015 | 0.36% | 2.00% |
| 8/26/2015 | 0.35% | 2.00% |
| 8/27/2015 | 0.36% | 2.00% |
| 8/28/2015 | 0.38% | 2.00% |
| 8/31/2015 | 0.39% | 2.00% |
| 9/1/2015 | 0.39% | 2.00% |

85

# Exhibit-8

## Interest Rates

15 May 2015 through 13 May 2016

| Date | 1-Year Treasury Rate | Broker-Dealer Rate |
|---|---|---|
| 9/2/2015 | 0.37% | 2.00% |
| 9/3/2015 | 0.36% | 2.00% |
| 9/4/2015 | 0.36% | 2.00% |
| 9/8/2015 | 0.39% | 2.00% |
| 9/9/2015 | 0.39% | 2.00% |
| 9/10/2015 | 0.39% | 2.00% |
| 9/11/2015 | 0.40% | 2.00% |
| 9/14/2015 | 0.40% | 2.00% |
| 9/15/2015 | 0.47% | 2.00% |
| 9/16/2015 | 0.46% | 2.00% |
| 9/17/2015 | 0.39% | 2.00% |
| 9/18/2015 | 0.35% | 2.00% |
| 9/21/2015 | 0.36% | 2.00% |
| 9/22/2015 | 0.35% | 2.00% |
| 9/23/2015 | 0.34% | 2.00% |
| 9/24/2015 | 0.32% | 2.00% |
| 9/25/2015 | 0.35% | 2.00% |
| 9/28/2015 | 0.34% | 2.00% |
| 9/29/2015 | 0.33% | 2.00% |
| 9/30/2015 | 0.33% | 2.00% |
| 10/1/2015 | 0.31% | 2.00% |
| 10/2/2015 | 0.25% | 2.00% |
| 10/5/2015 | 0.26% | 2.00% |
| 10/6/2015 | 0.26% | 2.00% |
| 10/7/2015 | 0.27% | 2.00% |
| 10/8/2015 | 0.27% | 2.00% |
| 10/9/2015 | 0.28% | 2.00% |
| 10/12/2015 | 0.28% | 2.00% |
| 10/13/2015 | 0.27% | 2.00% |
| 10/14/2015 | 0.21% | 2.00% |
| 10/15/2015 | 0.22% | 2.00% |
| 10/16/2015 | 0.23% | 2.00% |
| 10/19/2015 | 0.23% | 2.00% |
| 10/20/2015 | 0.23% | 2.00% |
| 10/21/2015 | 0.23% | 2.00% |
| 10/22/2015 | 0.23% | 2.00% |
| 10/23/2015 | 0.24% | 2.00% |
| 10/26/2015 | 0.25% | 2.00% |

# Exhibit-8

## Interest Rates

15 May 2015 through 13 May 2016

| Date | 1-Year Treasury Rate | Broker-Dealer Rate |
|---|---|---|
| 10/27/2015 | 0.29% | 2.00% |
| 10/28/2015 | 0.33% | 2.00% |
| 10/29/2015 | 0.33% | 2.00% |
| 10/30/2015 | 0.34% | 2.00% |
| 11/2/2015 | 0.37% | 2.00% |
| 11/3/2015 | 0.39% | 2.00% |
| 11/4/2015 | 0.40% | 2.00% |
| 11/5/2015 | 0.42% | 2.00% |
| 11/6/2015 | 0.47% | 2.00% |
| 11/9/2015 | 0.47% | 2.00% |
| 11/10/2015 | 0.51% | 2.00% |
| 11/11/2015 | 0.51% | 2.00% |
| 11/12/2015 | 0.51% | 2.00% |
| 11/13/2015 | 0.50% | 2.00% |
| 11/16/2015 | 0.50% | 2.00% |
| 11/17/2015 | 0.50% | 2.00% |
| 11/18/2015 | 0.49% | 2.00% |
| 11/19/2015 | 0.49% | 2.00% |
| 11/20/2015 | 0.49% | 2.00% |
| 11/23/2015 | 0.50% | 2.00% |
| 11/24/2015 | 0.52% | 2.00% |
| 11/25/2015 | 0.52% | 2.00% |
| 11/27/2015 | 0.50% | 2.00% |
| 11/30/2015 | 0.51% | 2.00% |
| 12/1/2015 | 0.51% | 2.00% |
| 12/2/2015 | 0.52% | 2.00% |
| 12/3/2015 | 0.57% | 2.00% |
| 12/4/2015 | 0.60% | 2.00% |
| 12/7/2015 | 0.67% | 2.00% |
| 12/8/2015 | 0.76% | 2.00% |
| 12/9/2015 | 0.72% | 2.00% |
| 12/10/2015 | 0.71% | 2.00% |
| 12/11/2015 | 0.68% | 2.00% |
| 12/14/2015 | 0.68% | 2.00% |
| 12/15/2015 | 0.69% | 2.00% |
| 12/16/2015 | 0.70% | 2.25% |
| 12/17/2015 | 0.69% | 2.25% |
| 12/18/2015 | 0.67% | 2.25% |

87

## Exhibit-8

### Interest Rates

15 May 2015 through 13 May 2016

| Date | 1-Year Treasury Rate | Broker-Dealer Rate |
|---|---|---|
| 12/21/2015 | 0.64% | 2.25% |
| 12/22/2015 | 0.66% | 2.25% |
| 12/23/2015 | 0.65% | 2.25% |
| 12/24/2015 | 0.64% | 2.25% |
| 12/28/2015 | 0.66% | 2.25% |
| 12/29/2015 | 0.67% | 2.25% |
| 12/30/2015 | 0.64% | 2.25% |
| 12/31/2015 | 0.65% | 2.25% |
| 1/4/2016 | 0.61% | 2.25% |
| 1/5/2016 | 0.68% | 2.25% |
| 1/6/2016 | 0.67% | 2.25% |
| 1/7/2016 | 0.66% | 2.25% |
| 1/8/2016 | 0.64% | 2.25% |
| 1/11/2016 | 0.63% | 2.25% |
| 1/12/2016 | 0.62% | 2.25% |
| 1/13/2016 | 0.60% | 2.25% |
| 1/14/2016 | 0.55% | 2.25% |
| 1/15/2016 | 0.49% | 2.25% |
| 1/19/2016 | 0.48% | 2.25% |
| 1/20/2016 | 0.43% | 2.25% |
| 1/21/2016 | 0.44% | 2.25% |
| 1/22/2016 | 0.47% | 2.25% |
| 1/25/2016 | 0.47% | 2.25% |
| 1/26/2016 | 0.47% | 2.25% |
| 1/27/2016 | 0.47% | 2.25% |
| 1/28/2016 | 0.47% | 2.25% |
| 1/29/2016 | 0.47% | 2.25% |
| 2/1/2016 | 0.47% | 2.25% |
| 2/2/2016 | 0.54% | 2.25% |
| 2/3/2016 | 0.54% | 2.25% |
| 2/4/2016 | 0.52% | 2.25% |
| 2/5/2016 | 0.55% | 2.25% |
| 2/8/2016 | 0.51% | 2.25% |
| 2/9/2016 | 0.52% | 2.25% |
| 2/10/2016 | 0.52% | 2.25% |
| 2/11/2016 | 0.47% | 2.25% |
| 2/12/2016 | 0.51% | 2.25% |
| 2/16/2016 | 0.51% | 2.25% |

## Exhibit-8

### Interest Rates

15 May 2015 through 13 May 2016

| Date | 1-Year Treasury Rate | Broker-Dealer Rate |
|---|---|---|
| 2/17/2016 | 0.53% | 2.25% |
| 2/18/2016 | 0.53% | 2.25% |
| 2/19/2016 | 0.53% | 2.25% |
| 2/22/2016 | 0.55% | 2.25% |
| 2/23/2016 | 0.55% | 2.25% |
| 2/24/2016 | 0.55% | 2.25% |
| 2/25/2016 | 0.56% | 2.25% |
| 2/26/2016 | 0.60% | 2.25% |
| 2/29/2016 | 0.62% | 2.25% |
| 3/1/2016 | 0.68% | 2.25% |
| 3/2/2016 | 0.67% | 2.25% |
| 3/3/2016 | 0.65% | 2.25% |
| 3/4/2016 | 0.67% | 2.25% |
| 3/7/2016 | 0.67% | 2.25% |
| 3/8/2016 | 0.68% | 2.25% |
| 3/9/2016 | 0.68% | 2.25% |
| 3/10/2016 | 0.69% | 2.25% |
| 3/11/2016 | 0.70% | 2.25% |
| 3/14/2016 | 0.70% | 2.25% |
| 3/15/2016 | 0.71% | 2.25% |
| 3/16/2016 | 0.66% | 2.25% |
| 3/17/2016 | 0.64% | 2.25% |
| 3/18/2016 | 0.62% | 2.25% |
| 3/21/2016 | 0.63% | 2.25% |
| 3/22/2016 | 0.64% | 2.25% |
| 3/23/2016 | 0.64% | 2.25% |
| 3/24/2016 | 0.63% | 2.25% |
| 3/28/2016 | 0.65% | 2.25% |
| 3/29/2016 | 0.63% | 2.25% |
| 3/30/2016 | 0.61% | 2.25% |
| 3/31/2016 | 0.59% | 2.25% |
| 4/1/2016 | 0.62% | 2.25% |
| 4/4/2016 | 0.59% | 2.25% |
| 4/5/2016 | 0.56% | 2.25% |
| 4/6/2016 | 0.55% | 2.25% |
| 4/7/2016 | 0.52% | 2.25% |
| 4/8/2016 | 0.54% | 2.25% |
| 4/11/2016 | 0.53% | 2.25% |

89

## Exhibit-8

### Interest Rates

15 May 2015 through 13 May 2016

| Date | 1-Year Treasury Rate | Broker-Dealer Rate |
|---|---|---|
| 4/12/2016 | 0.54% | 2.25% |
| 4/13/2016 | 0.55% | 2.25% |
| 4/14/2016 | 0.55% | 2.25% |
| 4/15/2016 | 0.53% | 2.25% |
| 4/18/2016 | 0.52% | 2.25% |
| 4/19/2016 | 0.53% | 2.25% |
| 4/20/2016 | 0.54% | 2.25% |
| 4/21/2016 | 0.56% | 2.25% |
| 4/22/2016 | 0.56% | 2.25% |
| 4/25/2016 | 0.57% | 2.25% |
| 4/26/2016 | 0.61% | 2.25% |
| 4/27/2016 | 0.58% | 2.25% |
| 4/28/2016 | 0.56% | 2.25% |
| 4/29/2016 | 0.56% | 2.25% |
| 5/2/2016 | 0.55% | 2.25% |
| 5/3/2016 | 0.53% | 2.25% |
| 5/4/2016 | 0.52% | 2.25% |
| 5/5/2016 | 0.51% | 2.25% |
| 5/6/2016 | 0.51% | 2.25% |
| 5/9/2016 | 0.51% | 2.25% |
| 5/10/2016 | 0.52% | 2.25% |
| 5/11/2016 | 0.53% | 2.25% |
| 5/12/2016 | 0.54% | 2.25% |
| 5/13/2016 | 0.55% | 2.25% |

**Sources:** Bloomberg and FRED.

## Exhibit-9

### Synthetic Prices

14 May 2015 through 13 May 2016

| Date | Synthetic Bid Price | Synthetic Ask Price | Synthetic Price | Synthetic Stock Logarithmic Return |
|------|------|------|------|------|
| 5/14/2015 | $28.33 | $29.04 | $28.68 | |
| 5/15/2015 | $23.88 | $24.99 | $24.44 | -16.01% |
| 5/18/2015 | $23.63 | $24.34 | $23.99 | -1.86% |
| 5/19/2015 | $22.55 | $23.30 | $22.93 | -4.53% |
| 5/20/2015 | $21.40 | $22.45 | $21.92 | -4.47% |
| 5/21/2015 | $22.00 | $22.67 | $22.33 | 1.86% |
| 5/22/2015 | $21.80 | $22.61 | $22.20 | -0.59% |
| 5/26/2015 | $21.19 | $22.13 | $21.66 | -2.47% |
| 5/27/2015 | $21.07 | $21.69 | $21.38 | -1.32% |
| 5/28/2015 | $20.57 | $21.25 | $20.91 | -2.22% |
| 5/29/2015 | $20.19 | $20.85 | $20.52 | -1.88% |
| 6/1/2015 | $19.97 | $20.80 | $20.39 | -0.65% |
| 6/2/2015 | $20.18 | $20.88 | $20.53 | 0.71% |
| 6/3/2015 | $20.62 | $21.16 | $20.89 | 1.73% |
| 6/4/2015 | $20.35 | $20.86 | $20.61 | -1.36% |
| 6/5/2015 | $20.60 | $20.90 | $20.75 | 0.70% |
| 6/8/2015 | $20.46 | $20.80 | $20.63 | -0.58% |
| 6/9/2015 | $19.93 | $20.62 | $20.27 | -1.75% |
| 6/10/2015 | $20.25 | $20.79 | $20.52 | 1.21% |
| 6/11/2015 | $19.96 | $20.94 | $20.45 | -0.34% |
| 6/12/2015 | $20.18 | $20.71 | $20.45 | -0.00% |
| 6/15/2015 | $20.07 | $20.66 | $20.37 | -0.40% |
| 6/16/2015 | $20.33 | $20.85 | $20.59 | 1.09% |
| 6/17/2015 | $20.46 | $20.94 | $20.70 | 0.52% |
| 6/18/2015 | $20.43 | $21.01 | $20.72 | 0.10% |
| 6/19/2015 | $20.47 | $21.42 | $20.94 | 1.08% |
| 6/22/2015 | $20.33 | $20.88 | $20.60 | -1.63% |
| 6/23/2015 | $20.35 | $20.82 | $20.59 | -0.09% |
| 6/24/2015 | $19.98 | $20.62 | $20.30 | -1.38% |
| 6/25/2015 | $20.19 | $20.82 | $20.51 | 1.01% |
| 6/26/2015 | $20.46 | $21.07 | $20.76 | 1.23% |
| 6/29/2015 | $20.23 | $20.83 | $20.53 | -1.13% |
| 6/30/2015 | $19.74 | $21.02 | $20.38 | -0.74% |
| 7/1/2015 | $20.17 | $20.85 | $20.51 | 0.64% |
| 7/2/2015 | $20.24 | $20.56 | $20.40 | -0.56% |

91

## Exhibit-9

### Synthetic Prices

14 May 2015 through 13 May 2016

| Date | Synthetic Bid Price | Synthetic Ask Price | Synthetic Price | Synthetic Stock Logarithmic Return |
|---|---|---|---|---|
| 7/6/2015 | $19.94 | $20.45 | $20.20 | -0.98% |
| 7/7/2015 | $19.54 | $20.23 | $19.89 | -1.54% |
| 7/8/2015 | $19.26 | $19.84 | $19.55 | -1.73% |
| 7/9/2015 | $19.02 | $19.47 | $19.24 | -1.56% |
| 7/10/2015 | $19.27 | $19.82 | $19.54 | 1.55% |
| 7/13/2015 | $19.73 | $20.37 | $20.05 | 2.57% |
| 7/14/2015 | $19.62 | $20.19 | $19.90 | -0.74% |
| 7/15/2015 | $18.80 | $19.53 | $19.16 | -3.80% |
| 7/16/2015 | $18.87 | $19.68 | $19.28 | 0.59% |
| 7/17/2015 | $18.49 | $19.26 | $18.87 | -2.12% |
| 7/20/2015 | $18.06 | $18.96 | $18.51 | -1.91% |
| 7/21/2015 | $17.86 | $19.08 | $18.47 | -0.25% |
| 7/22/2015 | $18.00 | $19.26 | $18.63 | 0.88% |
| 7/23/2015 | $18.23 | $19.34 | $18.79 | 0.83% |
| 7/24/2015 | $17.87 | $18.80 | $18.33 | -2.43% |
| 7/27/2015 | $17.69 | $18.58 | $18.14 | -1.08% |
| 7/28/2015 | $17.90 | $18.50 | $18.20 | 0.37% |
| 7/29/2015 | $18.50 | $19.17 | $18.84 | 3.41% |
| 7/30/2015 | $18.11 | $18.76 | $18.44 | -2.13% |
| 7/31/2015 | $18.42 | $18.98 | $18.70 | 1.42% |
| 8/3/2015 | $18.35 | $18.80 | $18.57 | -0.70% |
| 8/4/2015 | $18.84 | $19.24 | $19.04 | 2.49% |
| 8/5/2015 | $19.00 | $19.91 | $19.45 | 2.15% |
| 8/6/2015 | $18.71 | $19.20 | $18.95 | -2.60% |
| 8/7/2015 | $18.30 | $18.75 | $18.52 | -2.29% |
| 8/10/2015 | $17.95 | $18.67 | $18.31 | -1.18% |
| 8/11/2015 | $17.68 | $18.09 | $17.88 | -2.34% |
| 8/12/2015 | $17.11 | $18.23 | $17.67 | -1.22% |
| 8/13/2015 | $18.06 | $18.57 | $18.31 | 3.60% |
| 8/14/2015 | $14.20 | $15.03 | $14.62 | -22.54% |
| 8/17/2015 | $14.26 | $14.92 | $14.59 | -0.19% |
| 8/18/2015 | $13.84 | $14.33 | $14.08 | -3.54% |
| 8/19/2015 | $13.06 | $13.55 | $13.30 | -5.69% |
| 8/20/2015 | $12.22 | $12.78 | $12.50 | -6.25% |
| 8/21/2015 | $11.79 | $12.55 | $12.17 | -2.65% |

92

## Exhibit-9

### Synthetic Prices

14 May 2015 through 13 May 2016

| Date | Synthetic Bid Price | Synthetic Ask Price | Synthetic Price | Synthetic Stock Logarithmic Return |
|------|------|------|------|------|
| 8/24/2015 | $10.66 | $12.01 | $11.33 | -7.14% |
| 8/25/2015 | $11.85 | $12.66 | $12.25 | 7.81% |
| 8/26/2015 | $11.42 | $11.99 | $11.71 | -4.54% |
| 8/27/2015 | $12.17 | $12.80 | $12.48 | 6.38% |
| 8/28/2015 | $12.97 | $13.79 | $13.38 | 6.96% |
| 8/31/2015 | $12.83 | $13.36 | $13.10 | -2.13% |
| 9/1/2015 | $12.50 | $13.00 | $12.75 | -2.71% |
| 9/2/2015 | $12.23 | $12.81 | $12.52 | -1.84% |
| 9/3/2015 | $12.18 | $12.76 | $12.47 | -0.36% |
| 9/4/2015 | $12.31 | $12.82 | $12.56 | 0.72% |
| 9/8/2015 | $12.30 | $12.70 | $12.50 | -0.48% |
| 9/9/2015 | $12.07 | $12.59 | $12.33 | -1.37% |
| 9/10/2015 | $12.06 | $12.37 | $12.22 | -0.93% |
| 9/11/2015 | $11.99 | $12.41 | $12.20 | -0.17% |
| 9/14/2015 | $11.97 | $12.41 | $12.19 | -0.01% |
| 9/15/2015 | $12.14 | $12.60 | $12.37 | 1.46% |
| 9/16/2015 | $12.41 | $12.70 | $12.56 | 1.46% |
| 9/17/2015 | $12.29 | $12.87 | $12.58 | 0.18% |
| 9/18/2015 | $12.05 | $12.46 | $12.26 | -2.59% |
| 9/21/2015 | $12.09 | $12.42 | $12.25 | -0.02% |
| 9/22/2015 | $11.65 | $12.14 | $11.90 | -2.96% |
| 9/23/2015 | $11.36 | $11.91 | $11.63 | -2.26% |
| 9/24/2015 | $10.94 | $11.51 | $11.23 | -3.56% |
| 9/25/2015 | $10.90 | $11.46 | $11.18 | -0.40% |
| 9/28/2015 | $10.41 | $10.85 | $10.63 | -5.06% |
| 9/29/2015 | $10.70 | $11.13 | $10.91 | 2.64% |
| 9/30/2015 | $10.46 | $11.09 | $10.78 | -1.25% |
| 10/1/2015 | $9.90 | $10.73 | $10.32 | -4.39% |
| 10/2/2015 | $10.22 | $11.06 | $10.64 | 3.10% |
| 10/5/2015 | $10.98 | $11.42 | $11.20 | 5.09% |
| 10/6/2015 | $10.79 | $11.20 | $11.00 | -1.81% |
| 10/7/2015 | * | * | * | * |
| 10/8/2015 | $11.94 | $12.49 | $12.22 | * |
| 10/9/2015 | $12.60 | $13.36 | $12.98 | 6.07% |
| 10/12/2015 | $11.47 | $12.32 | $11.90 | -8.72% |

93

## Exhibit-9

### Synthetic Prices

14 May 2015 through 13 May 2016

| Date | Synthetic Bid Price | Synthetic Ask Price | Synthetic Price | Synthetic Stock Logarithmic Return |
|---|---|---|---|---|
| 10/13/2015 | $11.49 | $11.97 | $11.73 | -1.38% |
| 10/14/2015 | $11.27 | $11.80 | $11.53 | -1.71% |
| 10/15/2015 | $11.29 | $11.92 | $11.61 | 0.63% |
| 10/16/2015 | $11.42 | $11.89 | $11.65 | 0.39% |
| 10/19/2015 | $11.81 | $12.24 | $12.02 | 3.15% |
| 10/20/2015 | $11.83 | $12.28 | $12.06 | 0.28% |
| 10/21/2015 | $11.44 | $11.80 | $11.62 | -3.69% |
| 10/22/2015 | $11.29 | $11.67 | $11.48 | -1.22% |
| 10/23/2015 | $11.42 | $11.92 | $11.67 | 1.67% |
| 10/26/2015 | $11.37 | $11.70 | $11.53 | -1.22% |
| 10/27/2015 | $10.84 | $11.45 | $11.15 | -3.40% |
| 10/28/2015 | $11.18 | $11.71 | $11.44 | 2.64% |
| 10/29/2015 | * | * | * | * |
| 10/30/2015 | $11.26 | $11.69 | $11.47 | * |
| 11/2/2015 | $11.05 | $12.18 | $11.62 | 1.24% |
| 11/3/2015 | $11.54 | $12.07 | $11.80 | 1.59% |
| 11/4/2015 | $11.27 | $11.60 | $11.44 | -3.14% |
| 11/5/2015 | $11.18 | $11.52 | $11.35 | -0.78% |
| 11/6/2015 | $11.31 | $11.72 | $11.51 | 1.46% |
| 11/9/2015 | $11.45 | $11.86 | $11.65 | 1.19% |
| 11/10/2015 | $11.35 | $11.70 | $11.52 | -1.13% |
| 11/11/2015 | $11.69 | $12.26 | $11.98 | 3.86% |
| 11/12/2015 | $11.30 | $11.79 | $11.54 | -3.68% |
| 11/13/2015 | $9.78 | $10.92 | $10.35 | -10.90% |
| 11/16/2015 | $10.21 | $10.77 | $10.49 | 1.33% |
| 11/17/2015 | $10.26 | $10.79 | $10.53 | 0.35% |
| 11/18/2015 | $10.50 | $10.73 | $10.62 | 0.85% |
| 11/19/2015 | $10.70 | $11.30 | $11.00 | 3.59% |
| 11/20/2015 | $11.00 | $11.33 | $11.16 | 1.44% |
| 11/23/2015 | $11.31 | $11.79 | $11.55 | 3.41% |
| 11/24/2015 | $11.02 | $11.78 | $11.40 | -1.33% |
| 11/25/2015 | $11.36 | $12.11 | $11.73 | 2.91% |
| 11/27/2015 | $11.57 | $11.99 | $11.78 | 0.41% |
| 11/30/2015 | $11.90 | $12.53 | $12.21 | 3.60% |
| 12/1/2015 | $12.41 | $12.76 | $12.59 | 3.00% |

# Exhibit-9

## Synthetic Prices

14 May 2015 through 13 May 2016

| Date | Synthetic Bid Price | Synthetic Ask Price | Synthetic Price | Synthetic Stock Logarithmic Return |
|---|---|---|---|---|
| 12/2/2015 | $11.96 | $12.43 | $12.20 | -3.14% |
| 12/3/2015 | $11.87 | $12.26 | $12.07 | -1.07% |
| 12/4/2015 | $11.89 | $12.10 | $11.99 | -0.61% |
| 12/7/2015 | $11.73 | $12.37 | $12.05 | 0.46% |
| 12/8/2015 | $12.13 | $12.57 | $12.35 | 2.48% |
| 12/9/2015 | $12.24 | $12.59 | $12.41 | 0.51% |
| 12/10/2015 | $12.36 | $12.86 | $12.61 | 1.55% |
| 12/11/2015 | $12.19 | $12.68 | $12.44 | -1.36% |
| 12/14/2015 | $12.15 | $12.45 | $12.30 | -1.12% |
| 12/15/2015 | $12.48 | $12.83 | $12.66 | 2.88% |
| 12/16/2015 | $12.74 | $13.10 | $12.92 | 2.04% |
| 12/17/2015 | $12.23 | $12.98 | $12.60 | -2.47% |
| 12/18/2015 | $12.48 | $12.94 | $12.71 | 0.83% |
| 12/21/2015 | $12.59 | $12.97 | $12.78 | 0.56% |
| 12/22/2015 | $12.28 | $13.07 | $12.67 | -0.83% |
| 12/23/2015 | $12.80 | $13.27 | $13.03 | 2.79% |
| 12/24/2015 | $12.96 | $13.29 | $13.12 | 0.67% |
| 12/28/2015 | $12.60 | $12.94 | $12.77 | -2.71% |
| 12/29/2015 | $12.59 | $13.07 | $12.83 | 0.46% |
| 12/30/2015 | $12.48 | $12.86 | $12.67 | -1.28% |
| 12/31/2015 | $12.12 | $13.04 | $12.58 | -0.67% |
| 1/4/2016 | $12.16 | $12.74 | $12.45 | -1.08% |
| 1/5/2016 | $12.04 | $13.05 | $12.55 | 0.81% |
| 1/6/2016 | * | * | * | * |
| 1/7/2016 | $11.93 | $12.51 | $12.22 | * |
| 1/8/2016 | $12.15 | $12.69 | $12.42 | 1.62% |
| 1/11/2016 | $12.22 | $12.70 | $12.46 | 0.35% |
| 1/12/2016 | $11.81 | $12.70 | $12.25 | -1.67% |
| 1/13/2016 | $12.37 | $12.84 | $12.60 | 2.82% |
| 1/14/2016 | $13.06 | $13.64 | $13.35 | 5.75% |
| 1/15/2016 | $12.51 | $13.18 | $12.84 | -3.89% |
| 1/19/2016 | $11.56 | $12.70 | $12.13 | -5.71% |
| 1/20/2016 | $10.95 | $11.45 | $11.20 | -7.98% |
| 1/21/2016 | $11.56 | $11.99 | $11.77 | 5.03% |
| 1/22/2016 | $11.44 | $12.60 | $12.02 | 2.08% |

95

## Exhibit-9

### Synthetic Prices

14 May 2015 through 13 May 2016

| Date | Synthetic Bid Price | Synthetic Ask Price | Synthetic Price | Synthetic Stock Logarithmic Return |
|---|---|---|---|---|
| 1/25/2016 | $11.75 | $12.05 | $11.90 | -1.03% |
| 1/26/2016 | $11.53 | $12.37 | $11.95 | 0.45% |
| 1/27/2016 | $10.93 | $12.87 | $11.90 | -0.43% |
| 1/28/2016 | * | * | * | * |
| 1/29/2016 | $11.73 | $12.26 | $12.00 | * |
| 2/1/2016 | $12.22 | $12.64 | $12.43 | 3.53% |
| 2/2/2016 | $11.83 | $12.12 | $11.98 | -3.71% |
| 2/3/2016 | $11.64 | $12.00 | $11.82 | -1.31% |
| 2/4/2016 | * | * | * | * |
| 2/5/2016 | $11.33 | $11.81 | $11.57 | * |
| 2/8/2016 | $10.86 | $11.18 | $11.02 | -4.85% |
| 2/9/2016 | $10.49 | $10.93 | $10.71 | -2.90% |
| 2/10/2016 | $10.37 | $10.69 | $10.53 | -1.63% |
| 2/11/2016 | $10.17 | $10.69 | $10.43 | -0.95% |
| 2/12/2016 | * | * | * | * |
| 2/16/2016 | $11.34 | $11.67 | $11.51 | * |
| 2/17/2016 | $11.73 | $12.04 | $11.89 | 3.26% |
| 2/18/2016 | $11.66 | $12.22 | $11.94 | 0.43% |
| 2/19/2016 | $11.83 | $12.26 | $12.05 | 0.90% |
| 2/22/2016 | $12.07 | $12.56 | $12.32 | 2.23% |
| 2/23/2016 | $12.29 | $12.50 | $12.39 | 0.59% |
| 2/24/2016 | * | * | * | * |
| 2/25/2016 | $12.21 | $12.76 | $12.49 | * |
| 2/26/2016 | $12.49 | $12.80 | $12.64 | 1.25% |
| 2/29/2016 | $12.60 | $13.05 | $12.83 | 1.42% |
| 3/1/2016 | $12.72 | $13.45 | $13.09 | 2.04% |
| 3/2/2016 | $13.30 | $13.95 | $13.63 | 4.03% |
| 3/3/2016 | $13.52 | $14.06 | $13.79 | 1.17% |
| 3/4/2016 | $13.73 | $14.50 | $14.11 | 2.33% |
| 3/7/2016 | $14.45 | $15.14 | $14.79 | 4.71% |
| 3/8/2016 | $14.50 | $15.29 | $14.89 | 0.65% |
| 3/9/2016 | $14.43 | $15.19 | $14.81 | -0.55% |
| 3/10/2016 | $14.50 | $15.46 | $14.98 | 1.14% |
| 3/11/2016 | $13.54 | $14.03 | $13.78 | -8.32% |
| 3/14/2016 | $12.94 | $13.28 | $13.11 | -5.01% |

# Exhibit-9

## Synthetic Prices

14 May 2015 through 13 May 2016

| Date | Synthetic Bid Price | Synthetic Ask Price | Synthetic Price | Synthetic Stock Logarithmic Return |
|------|------|------|------|------|
| 3/15/2016 | $12.92 | $13.21 | $13.07 | -0.35% |
| 3/16/2016 | $12.62 | $13.17 | $12.89 | -1.32% |
| 3/17/2016 | $12.90 | $13.26 | $13.08 | 1.43% |
| 3/18/2016 | $13.07 | $13.39 | $13.23 | 1.14% |
| 3/21/2016 | $12.74 | $13.32 | $13.03 | -1.51% |
| 3/22/2016 | $12.74 | $13.04 | $12.89 | -1.07% |
| 3/23/2016 | $12.30 | $12.64 | $12.47 | -3.31% |
| 3/24/2016 | $12.12 | $12.44 | $12.28 | -1.54% |
| 3/25/2016 | * | * | * | * |
| 3/29/2016 | $12.74 | $13.20 | $12.97 | * |
| 3/30/2016 | $13.22 | $13.64 | $13.43 | 3.50% |
| 3/31/2016 | $13.03 | $13.56 | $13.30 | -0.99% |
| 4/1/2016 | $13.60 | $13.89 | $13.75 | 3.31% |
| 4/4/2016 | $13.15 | $13.84 | $13.50 | -1.81% |
| 4/5/2016 | $12.82 | $13.22 | $13.02 | -3.63% |
| 4/6/2016 | * | * | * | * |
| 4/7/2016 | $12.54 | $13.04 | $12.79 | * |
| 4/8/2016 | $12.81 | $13.22 | $13.01 | 1.76% |
| 4/11/2016 | $13.03 | $13.37 | $13.20 | 1.43% |
| 4/12/2016 | $13.24 | $13.61 | $13.42 | 1.65% |
| 4/13/2016 | $13.89 | $14.32 | $14.11 | 4.97% |
| 4/14/2016 | $13.95 | $14.25 | $14.10 | -0.06% |
| 4/15/2016 | $14.09 | $14.49 | $14.29 | 1.34% |
| 4/18/2016 | * | * | * | * |
| 4/19/2016 | $14.14 | $14.69 | $14.41 | * |
| 4/20/2016 | $14.35 | $14.70 | $14.52 | 0.76% |
| 4/21/2016 | $14.27 | $14.64 | $14.46 | -0.43% |
| 4/22/2016 | $14.42 | $14.70 | $14.56 | 0.70% |
| 4/25/2016 | $14.17 | $14.41 | $14.29 | -1.85% |
| 4/26/2016 | $14.72 | $15.04 | $14.88 | 4.04% |
| 4/27/2016 | $13.30 | $13.96 | $13.63 | -8.80% |
| 4/28/2016 | $12.98 | $13.43 | $13.20 | -3.18% |
| 4/29/2016 | * | * | * | * |
| 5/2/2016 | * | * | * | * |
| 5/3/2016 | $13.19 | $13.53 | $13.36 | * |

97

## Exhibit-9

### Synthetic Prices

14 May 2015 through 13 May 2016

| Date | Synthetic Bid Price | Synthetic Ask Price | Synthetic Price | Synthetic Stock Logarithmic Return |
|------|---------------------|---------------------|-----------------|-------------------------------------|
| 5/4/2016 | $13.27 | $13.52 | $13.40 | 0.29% |
| 5/5/2016 | $12.96 | $13.37 | $13.16 | -1.77% |
| 5/6/2016 | $10.99 | $11.58 | $11.28 | -15.42% |
| 5/9/2016 | $11.48 | $11.83 | $11.65 | 3.23% |
| 5/10/2016 | * | * | * | * |
| 5/11/2016 | $11.00 | $11.58 | $11.29 | * |
| 5/12/2016 | $10.63 | $11.60 | $11.11 | -1.58% |
| 5/13/2016 | $10.78 | $11.27 | $11.03 | -0.75% |

**Sources:** IVolatility.

An "*" indicates that Synthetic Ask and Synthetic Bid prices could not be computed, either on account of no matching contracts for a particular date or zero volume on matched contracts. Consequently, there is no return for that day and the subsequent day.

98

## Exhibit-10

### El Pollo Loco Synthetic Stock Regression Results

Estimation Period: 15 May 2015 through 13 May 2016

| Regression Statistics | |
|---|---|
| R Squared | 0.520 |
| Adjusted R Squared | 0.505 |
| Standard Error | 2.43% |
| Observations | 227 |

| | Coefficients | Standard Error | $t$-statistic |
|---|---|---|---|
| Intercept | -0.16% | 0.17% | -0.95 |
| Market Index | 0.872 | 26.27% | 3.32 |
| Peer Index | 0.245 | 25.48% | 0.96 |
| 15 May 2015 | -16.15% | 2.45% | -6.60 |
| 14 August 2015 | -22.74% | 2.44% | -9.31 |
| 13 November 2015 | -9.50% | 2.45% | -3.87 |
| 11 March 2016 | -9.87% | 2.46% | -4.01 |
| 6 May 2016 | -15.65% | 2.44% | -6.41 |

**Exhibit-11**

**El Pollo Loco Synthetic Stock Event Study Results**

**Earnings Surprise Events**

| Date | El Pollo Loco Synthetic Stock Price | El Pollo Loco Prior Day Synthetic Stock Price | El Pollo Loco Synthetic Stock Logarithmic Return | Market Index Logarithmic Return | Peer Index Logarithmic Return | El Pollo Loco Synthetic Stock Explained Return | El Pollo Loco Synthetic Stock Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|
| 15 May 2015 | $24.44 | $28.68 | -16.01% | 0.11% | 0.82% | 0.14% | -16.15% | -6.63 |
| 14 August 2015 | $14.62 | $18.31 | -22.54% | 0.38% | 0.12% | 0.20% | -22.74% | -9.34 |

**Notes:**

The threshold for significance using a two-tailed test is a $t$-statistic of greater (less) than positive (negative) 1.96.