# EXHIBIT A

**From:** Hsiao, Winston P [mailto:Winston.Hsiao@skadden.com]
**Sent:** Tuesday, April 24, 2018 9:14 PM
**To:** Laurie Largent; Ryan Llorens; Kevin Lavelle
**Cc:** Russell, Jason D
**Subject:** El Pollo Loco Securities Litigation

Counsel,

Hope this finds you well.  We have reviewed Plaintiffs' Reply in support of the Motion for Class Certification and believe there are grounds to move to strike portions of the Reply, or in the alternative, for leave to file a sur-reply to respond to the Reply.  Pursuant to Local Rule 7-3, are you available to speak tomorrow about this possible motion?  We are available at your convenience, except from 11:00 am to noon PT.

If the parties are unable to resolve the dispute, Defendants plan on filing any possible motion to strike promptly.  However, given that Local Rule 6-1 requires 28 days for a regularly noticed-motion, it is already not possible for Defendants to proceed on a regularly noticed schedule and have any motion to strike heard on the same day as the hearing on Plaintiffs' Motion for Class Certification, which Plaintiffs set for May 14.  The earliest hearing date would be June 4, due to the Memorial Day holiday on May 28.

In order to avoid an *ex parte* application and to give everyone ample briefing time, are Plaintiffs willing to stipulate to continue the hearing date on the Motion for Class Certification by a mere three weeks to June 4, and set the following briefing schedule on Defendant' motion to strike:  (1) Defendants file their motion on April 30; (2) Plaintiffs file their opposition on May 11; (3) Defendants file their reply on May 21; and (4) the hearing on both motions is set for June 4 at 8:30, or at a day and time thereafter that is convenient to the court?  We note that moving the hearing by three weeks will not require modifying the case schedule in any way.  Attached is a draft stipulation. Please let us know if you will agree.

Thanks

**Winston P. Hsiao**
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue | Los Angeles | California | 90071-3144
T: 213.687.5219 | F: 213.621.5219
winston.hsiao@skadden.com

Skadden

 Please consider the environment before printing this email.

---

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

============================================================================

JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
WINSTON P. HSIAO (SBN 273638)
winston.hsiao@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JAY B. KASNER (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendants*
*El Pollo Loco Holdings, Inc., Trimaran Capital Partners, Trimaran Pollo Partners, L.L.C., Freeman Spogli & Co., Stephen J. Sather, Laurance Roberts and Edward J. Valle*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANIEL TUROCY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EL POLLO LOCO HOLDINGS, INC., et al.,<br><br>Defendants. | No. 8:15-CV-01343-DOC-KES<br><br><u>CLASS ACTION</u><br><br>STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STRIKE, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY<br><br>Current Hearing Date & Time: May 14, 2018 at 8:30 a.m.<br>Requested Hearing Date & Time: June 4, 2018 at 8:30 a.m.<br>Judge: Hon. David O. Carter<br>Ctrm.: 9D |

1  Lead Plaintiffs Peter Kim, Dr. Richard J. Levy, Sammy Tanner and Ron Huston (collectively, the "Plaintiffs") and Defendants El Pollo Loco Holdings, Inc., Trimaran Capital Partners, Trimaran Pollo Partners, L.L.C., Freeman Spogli & Co., Stephen J. Sather, Laurance Roberts and Edward J. Valle (collectively, the "Defendants"), hereby stipulate and agree as follows:

**WHEREAS**, on December 8, 2017, Plaintiffs filed their Motion for Class Certification, and set the hearing for May 14, 2018 (Dkt. No. 112);

**WHEREAS**, on March 8, 2018, Defendants filed their Opposition to Plaintiffs' Motion for Class Certification (Dkt. No. 122);

**WHEREAS**, on April 24, 2018, Plaintiffs filed their Reply in support of the Motion for Class Certification (Dkt. No. 129);

**WHEREAS**, pursuant to Local Rule 7-3, on April 25, 2018, the parties met and conferred concerning Defendants' intention to move to strike certain portions of Plaintiffs' Reply and supporting papers, or in the alternative, seek leave to file a sur-reply ("Motion to Strike"), but could not resolve the dispute;

**WHEREAS**, given the currently scheduled May 14, 2018 hearing date on the Motion for Class Certification, Defendants cannot file a regularly noticed Motion to Strike in compliance with Local Rule 6-1 that can be heard prior to, or simultaneously with, Plaintiffs' Motion for Class Certification;

**WHEREAS**, due to the Memorial Day holiday on May 28, 2018, the earliest date that the Motion to Strike can be noticed for a hearing is June 4, 2018;

**WHEREAS**, continuing the hearing on Plaintiffs' Motion for Class Certification will not require any changes to the Court's October 31, 2018 Scheduling Order & Order Re: Pretrial and Trial Procedures (Dkt. No. 108);

**WHEREAS**, in the interests of judicial efficiency, professional cooperation, and to avoid burdening the Court with an *ex parte* application, Plaintiffs and Defendants respectfully request the Court continue the May 14, 2018 hearing on the Motion for Class Certification three weeks to June 4, 2018, and set the following briefing and hearing

schedule on Defendants' intended Motion to Strike: (1) Defendants file their Motion to Strike on April 27, 2018; (2) Plaintiffs file their opposition brief on May 11, 2018; (3) Defendants file their reply brief on May 21, 2018; and (4) the Court simultaneously hears Plaintiffs' Motion for Class Certification and Defendants' Motion to Strike on June 4, 2018 at 8:30 a.m., or such subsequent time and date as is convenient for the Court.

**IT IS HEREBY STIPULATED**, subject to Court approval, between Lead Plaintiffs and Defendants:

1. The hearing on Plaintiffs' Motion for Class Certification is continued to June 4, 2018;

2. Defendants must file their Motion to Strike by April 27, 2018;

3. Plaintiffs must file their opposition brief to the Motion to Strike by May 11, 2018;

4. Defendants must file their reply brief in support of the Motion to Strike by May 21, 2018;

5. The hearing on Plaintiffs' Motion for Class Certification and Defendants' Motion to Strike is set for June 4, 2018 at 8:30 a.m., or such subsequent time and date as is convenient for the Court.

IT IS SO STIPULATED.

DATED: 5/14/18    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
JASON D. RUSSELL
WINSTON P. HSIAO

　　　　　　　　　　　　　/s/ Jason D. Russell
　　　　　　　　　　　　　JASON D. RUSSELL

Attorneys for Defendants El Pollo Loco Holdings, Inc., Trimaran Capital Partners, Trimaran Pollo Partners, L.L.C., Freeman Spogli & Co., Stephen J. Sather, Laurance Roberts and Edward J. Valle

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| DATED: 5/14/18 | ROBBINS GELLER RUDMAN & DOWD LLP<br>RYAN A. LLORENS<br>LAURIE L. LARGENT | |

/s/ Ryan A. Llorens<br>RYAN A. LLORENS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

DATED: 5/14/18        THE ROSEN LAW FIRM, P.A.
                      LAURENCE M. ROSEN

/s/ Laurence M. Rosen<br>LAURENCE M. ROSEN

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile:  (213) 226-4684

Co-Lead Counsel for Lead Plaintiffs Robert W. Kegley, Sr., Peter Kim, Dr. Richard J. Levy, Sammy Tanner and Ron Huston