1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANIEL TUROCY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EL POLLO LOCO HOLDINGS, INC., et al.,<br><br>　　　　　Defendants. | No. 8:15-CV-01343-DOC-KES<br><br>CLASS ACTION<br><br>ORDER GRANTING JOINT REQUEST TO STAY PROCEEDINGS [182] |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Based on the concurrently-filed Notice of Settlement and Joint Request to Stay
2  Proceedings, and for good cause appearing, the Court hereby orders that all
3  proceedings in the above-captioned matter be stayed until April 3, 2019, on or before
4  which the Parties expect to file a Stipulation of Settlement and motion for preliminary
5  approval.

6  **IT IS SO ORDERED.**

7  DATED: January 24, 2019        _/s/ David O. Carter_____
                                  THE HONORABLE DAVID O. CARTER
8                                 UNITED STATES DISTRICT JUDGE