ROBBINS GELLER RUDMAN
  & DOWD LLP
RYAN A. LLORENS (225196)
LAURIE L. LARGENT (153493)
KEVIN A. LAVELLE (292442)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ryanl@rgrdlaw.com
llargent@rgrdlaw.com
klavelle@rgrdlaw.com

THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN (219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA  90071
Telephone:  213/785-2610
213/226-4684 (fax)
lrosen@rosenlegal.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANIEL TUROCY, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>EL POLLO LOCO HOLDINGS, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 8:15-cv-01343-DOC-KES (**Consolidated**)<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND LEAD PLAINTIFFS' MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE<br><br>DATE:　May 6, 2019<br>TIME:　8:30 a.m.<br>CTRM:　9D<br>JUDGE:　Honorable David O. Carter |

1549710_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on May 6, 2019, at 8:30 a.m., in the Courtroom of the Honorable David O. Carter, United States District Judge, at the United States District Court for the Central District of California, Southern Division, 411 West Fourth Street, Santa Ana, CA 92701, Lead Plaintiffs will move for an order: (1) granting preliminary approval of the settlement set forth in the Stipulation of Settlement, dated April 3, 2019 (the "Stipulation"), which is being filed concurrently; (2) directing Class Members be given notice of the pendency of settlement of this action in the form and manner set forth in the Stipulation and the exhibits annexed thereto; (3) setting a hearing date for the Court to consider final approval of the settlement and related matters; and (4) setting a schedule of events to govern the procedural aspects of the settlement. Lead Plaintiffs' motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Michael Joaquin, the Stipulation, and such additional evidence or argument as may be required by the Court.

DATED: April 3, 2019          Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
RYAN A. LLORENS
LAURIE L. LARGENT
KEVIN A. LAVELLE

                                  s/ *Ryan A. Llorens*
                              RYAN A. LLORENS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

- 1 -

1549710_1

| | |
|---|---|
| 1 | |
| 2 | THE ROSEN LAW FIRM, P.A.<br>LAURENCE M. ROSEN |
| 3 | |
| 4 | _s/ Laurence M. Rosen_ |
| 5 | LAURENCE M. ROSEN |
| 6 | 355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071 |
| 7 | Telephone: 213/785-2610<br>213/226-4684 (fax) |
| 8 | |
| 9 | THE ROSEN LAW FIRM, P.A.<br>PHILIP KIM |
| 10 | JONATHAN R. HORNE<br>JOSHUA E. BAKER |
| 11 | 275 Madison Avenue, 34th Floor<br>New York, NY 10016 |
| 12 | Telephone: 212/686-1060<br>212/202-3827 (fax) |
| 13 | |
| 14 | Co-Lead Counsel for Plaintiffs |
| 15 | |
| 16 | HAEGGQUIST & ECK, LLP<br>AMBER L. ECK |
| 17 | 225 Broadway, Suite 2050<br>San Diego, CA 92101 |
| 18 | Telephone: 619/342-8000<br>619/342-7878 (fax) |
| 19 | |
| 20 | GOLDBERG LAW PC<br>MICHAEL GOLDBERG |
| 21 | 13650 Marina Pointe Dr., Suite 1404<br>Marina Del Rey, CA 90292 |
| 22 | Telephone: 800/977-7401<br>800/536-0065 (fax) |
| 23 | |
| 24 | Attorneys for Plaintiffs |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 2 -

1549710_1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 3, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Ryan A. Llorens*
RYAN A. LLORENS

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ryanl@rgrdlaw.com

# Mailing Information for a Case 8:15-cv-01343-DOC-KES Daniel Turocy v. El Pollo Loco Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Seth A Aronson**
  saronson@omm.com,LitigationCalendar@omm.com

- **Joshua E Baker**
  jbaker@rosenlegal.com

- **Mary K Blasy**
  mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Amber L Eck**
  ambere@haelaw.com,cassl@haelaw.com

- **Zachary Marc Faigen**
  zack.faigen@skadden.com,Zack.Faigen@probonolaw.com

- **Robert A Fumerton**
  robert.fumerton@skadden.com

- **Jonathan R Horne**
  jhorne@rosenlegal.com

- **Winston Ping Hsiao**
  winston.hsiao@skadden.com

- **Alec Johnson**
  johnsonstu@sec.gov,skemp@omm.com

- **Jay B Kasner**
  jay.kasner@skadden.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Laurie L Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com,tjohnson@rgrdlaw.com,klavelle@rgrdlaw.com

- **Kevin A Lavelle**
  klavelle@rgrdlaw.com,karenc@rgrdlaw.com

- **Ryan A Llorens**
  ryanl@rgrdlaw.com,3412673420@filings.docketbird.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michael M Powell**
  michael.powell@skadden.com

- **Michael W Restey**
  michael.restey@skadden.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Howard Marcus Rupp**
  marc@hmrupp.com

- **Jason D Russell**
  jason.russell@skadden.com,nandi.berglund@skadden.com,DLMLCLAC@skadden.com,nandi-berglund-4699@ecf.pacerpro.com,Jessica.barcus@skadden.com,hillary.hamilton@skadden.com

- **Evan Jason Smith**
  esmith@brodskysmith.com

- **Daniel Tyre-Karp**
  dtyrekarp@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- ```(No manual recipients)```