ROBBINS GELLER RUDMAN
  & DOWD LLP
RYAN A. LLORENS (225196)
LAURIE L. LARGENT (153493)
KEVIN A. LAVELLE (292442)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ryanl@rgrdlaw.com
llargent@rgrdlaw.com
klavelle@rgrdlaw.com

THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN (219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: 213/785-2610
213/226-4684 (fax)
lrosen@rosenlegal.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANIEL TUROCY, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>EL POLLO LOCO HOLDINGS, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 8:15-cv-01343-DOC-KES (**Consolidated**)<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION<br><br>DATE:　August 21, 2019<br>TIME:　8:30 a.m.<br>CTRM:　9D<br>JUDGE:　Honorable David O. Carter |

4818-4209-9612.v1

TO:     ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that on August 21, 2019, at 8:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable David O. Carter, United States District Judge, at the United States District Court for the Central District of California, Courtroom 9D of the United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701, Plaintiffs, by and through their counsel, will respectfully move, pursuant to Federal Rule of Civil Procedure 23(e), for entry of the [Proposed] Final Judgment and Order of Dismissal with Prejudice and the [Proposed] Order Approving the Plan of Allocation.[1]

Plaintiffs' motion is based on the Memorandum of Points and Authorities in Support thereof; the Joint Declaration of Laurence M. Rosen and Ryan A. Llorens in Support of Motions for: (1) Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (2) an Award of Attorneys' Fees and Expenses and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); the Declarations of Lead Plaintiffs; the Declaration of Carole K. Sylvester Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date; the Stipulation of Settlement dated April 3, 2019 (ECF No. 187); all of the prior pleadings and papers in this Litigation; and such additional evidence or argument as may be required by the Court.

DATED: July 17, 2019                    Respectfully submitted,

                                                ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
                                                RYAN A. LLORENS
                                                LAURIE L. LARGENT
                                                KEVIN A. LAVELLE

                                                   *s/Ryan A. Llorens*
                                                 RYAN A. LLORENS

---

[1] Lead Counsel will submit proposed orders to the Court, along with their reply submission, on or before August 14, 2019.

- 1 -

4818-4209-9612.v1

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN

*s/Laurence M. Rosen*
LAURENCE M. ROSEN

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: 213/785-2610
213/226-4684 (fax)

THE ROSEN LAW FIRM, P.A.
PHILIP KIM
JONATHAN R. HORNE
JOSHUA E. BAKER
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: 212/686-1060
212/202-3827 (fax)

Co-Lead Counsel for Plaintiffs

HAEGGQUIST & ECK, LLP
AMBER L. ECK
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

GOLDBERG LAW PC
MICHAEL GOLDBERG
13650 Marina Pointe Dr., Suite 1404
Marina Del Rey, CA 90292
Telephone: 800/977-7401
800/536-0065 (fax)

Attorneys for Plaintiffs

- 2 -

4818-4209-9612.v1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 17, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ *Ryan A. Llorens*
RYAN A. LLORENS

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ryanl@rgrdlaw.com

# Mailing Information for a Case 8:15-cv-01343-DOC-KES Daniel Turocy v. El Pollo Loco Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Seth A Aronson**
  saronson@omm.com,LitigationCalendar@omm.com,seth-aronson-9209@ecf.pacerpro.com

- **Joshua E Baker**
  jbaker@rosenlegal.com

- **Mary K Blasy**
  mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Amber L Eck**
  ambere@haelaw.com,cassl@haelaw.com

- **Zachary Marc Faigen**
  zack.faigen@skadden.com,Zack.Faigen@probonolaw.com

- **Robert A Fumerton**
  robert.fumerton@skadden.com

- **Jonathan R Horne**
  jhorne@rosenlegal.com

- **Winston Ping Hsiao**
  winston.hsiao@skadden.com

- **Alec Johnson**
  johnsonstu@sec.gov,skemp@omm.com

- **Jay B Kasner**
  jay.kasner@skadden.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Laurie L Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com,tjohnson@rgrdlaw.com,klavelle@rgrdlaw.com

- **Kevin A Lavelle**
  klavelle@rgrdlaw.com,karenc@rgrdlaw.com

- **Ryan A Llorens**
  ryanl@rgrdlaw.com,3412673420@filings.docketbird.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- 4 -

- **Michael M Powell**
  michael.powell@skadden.com

- **Michael W Restey**
  michael.restey@skadden.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Howard Marcus Rupp**
  marc@hmrupp.com

- **Jason D Russell**
  jason.russell@skadden.com,nandi.berglund@skadden.com,DLMLCLAC@skadden.com,nandi-berglund-4699@ecf.pacerpro.com,hillary.hamilton@skadden.com

- **Evan Jason Smith**
  esmith@brodskysmith.com

- **Daniel Tyre-Karp**
  dtyrekarp@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`